

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

_Pedro Orozco_

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas Dart, Cook County
Sgt. Hession, Sgt. Williamson,
Deputy Wells, Deputy D'Leo,
Deputy Jackson, John Does 1-10.

(Enter above the full name of ALL
defendants in this action. __Do not__
use "et al.")

1:18-cv-01938
Judge Charles R. Norgle, Sr
Magistrate Judge Sidney I. Schenkier
PC-4

Case No:_____
(To be supplied by the Clerk of this Court)

RECEIVED

MAR 1 6 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**

X_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
            **U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
            **28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

_BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR_
_FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY._

I.  **Plaintiff(s):**

A.  Name: Pedro Orozco, K58570

B.  List all aliases: N/A

C.  Prisoner identification number: K58570

D.  Place of present confinement: Lawrence Correctional Center

E.  Address: 10930 Lawrence Road, Sumner, IL 62466

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: Thomas Dart, Cook County Sheriff,

Title: Cook County Sheriff

Place of Employment: Cook County Sheriff

B.  Defendant: Sgt. Hession, Sgt. Williamson, Deputies Wells, D'Leo and Jackson; John Does 1-10

Title: Cook County Sheriff

Place of Employment: Cook County Jail

C.  Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                    Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____Unknown_____

B. Approximate date of filing lawsuit: _____June-July, 2015_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Myself, JoAnne Melissinas._____

D. List all defendants: _State Farm Insurance_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____Cook County Circuit Court_____

F. Name of judge to whom case was assigned: ___Unknown_____

G. Basic claim made:___Personal Injury (Car accident)_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __settled_____

I. Approximate date of disposition: ___2016_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV.   Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is
involved, including names, dates, and places.  **Do not give any legal arguments or cite any
cases or statutes.**  If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets
if necessary.)

On January 9, 2017, I was an inmate at the Cook County Jail, and housed in

Division 10, Wing 3A.  I had a verbal altercation with another inmate,

Andrew Smith, who threatened me with violence.  I spoke to Officer Wells

who was the assigned Officer to Wing 3A, on that date and time.  This took

place at approximately 7:30 pm, during the dayroom activity.  Smith ran to the

"bubble"  and refused to leave until the officer called for the Sergeant.

Sgt. Hession, Sgt. Williamson, and Officer Jackson came over and escorted

inmate Smith back to his cell.  At this time, Officer Sgt. Hession, and

Sgt. Williamson talked to me in a hallway of the wing.  I told them that I

feared for my life, and that I wanted to be moved from that wing.  They all

assured me that I would be safe, and that nothing would happen to me.   I told

them that I was scared for my life.  On January 11, 2017, just after 8:am, I

went into the dayroom and I was attacked by inmate Andrew smith, and another

inmate, both gang members.  I was beaten and stabbed several times all over

my body.  I tried to fight off the attack, but was unable.  The attack lasted

for over 15 minutes.  No officers were present.  I was taken to the Cermak

Hospital for treatment.  (State the injuries that you suffered, list the

pain that you were in and lasting effects of the injuries that you suffered).

4                              Revised 9/2007

(If you have hospital records to support your injuries, attach them to
your 1983). I believe that my constitutional rights were violated by County
jail officials when they failed to protect me from physical assault and
injuries. I clearly indicated that I feared for my life and safety, and
I was not moved to a safe place. These officers were deliberately indiffer-
ent to a serious safety issue, and allowed me to be seriously injured by
other inmates. The named defendants were deliberately indifferent to the
risk that I would be attacked, after I spoke to them. The Cook County Jail
has a long history of violence, and the conditions of confinement at the
Cook County Jail, including overcrowding, and inmates with serious mental
health needs, put the named defendants on notice that inmate-on-inmate
violence would occur. And, because I told the named officers of my fear
and the threats I received from inmate Andrew Smith. These officers took
no action to prevent such an attack upon me, and even after I was attacked
I was taken to the jail hospital, and then returned back to the same Wing.
I continued to fear for my safety when I was returned back to the same
wing I was attacked on, when other members of Andrew Smith's were still on
that wing. Both inmates, Andrew Smith and Jamel Ross were criminally charged
and prosecuted for attack/crime.

Revised 9/2007

**V.**    **Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Compensatory Damages in the amount of one million dollars

Punitive Damages in the amount of 10 million dollars


VI.    The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO


CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___/___ day of __/ /__ , 20 _18_


_Pedro Orozco_
(Signature of plaintiff or plaintiffs)
Pedro Orozco

(Print name)

K58570
(I.D. Number)


Lawrence Correctional Center
10930 · Lawrence Road Sumner Ill 62466
(Address)

6                                              Revised 9/2007

Pedro Orozco #K-58570
Lawrence Correctional Center
10930 Lawrence Road
Sumner IL. 62466



PRIORITY MAIL
TRACKED ★★★ INSURED
UNITED STATES POSTAL SERVICE®
For Domestic and International Use
Label 107, May 2014

03/16/2018-41

US District Court - Nothern District of Illinois - Eastern Division
c/o Prisoner Corresponding Clerk
217 S. Dearborn St. - 20th Fl.
Chicago, IL 60604

PRIVILEGED

1:18-cv-01938
Judge Charles R. Norgle, Sr
Magistrate Judge Sidney I. Schenkier
PC-4

Legal Mail!

2018 MAR 16 AM 8:53
RECEIVED



US POSTAGE ≫ PITNEY BOWES
ZIP 62466
02 1W
0001393731 MAR 13 2018
$ 007.25°

