# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Pedro Orozco

                Plaintiff,

v.                                        Case No.: 1:18−cv−01938
                                                      Honorable Charles R. Norgle Sr.

Thomas Dart, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 31, 2018:

    MINUTE entry before the Honorable Charles R. Norgle:Status hearing held on 10/31/2018. Defendants are granted leave to take the deposition of incarcerated plaintiff Pedro Orozco. Status hearing is continued to 1/9/2019 at 10:00 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.