UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEDRO OROZCO, pro se,<br>PLAINTIFF,<br><br>v.<br><br>TOM DART, SHERIFF COOK COUNTY ILLINOIS, SGT. HESSION, SGT. WILLIAMSON, et al.,<br>DEFENDANTS. | CASE NO. 18 cv 01938<br><br>HONORABLE CHARLES R. NORGLE SR. |

**MOTION TO COMPEL DEFENDANTS TO RESPOND TO PLAINTIFF'S INTEROGATORIES**

NOW COMES PLAINTIFF, PEDRO OROZCO, pro se, AND HEREBY SUBMITS THIS PLAINTIFF'S "MOTION TO COMPEL DEFENDANTS TO RESPOND TO PLAINTIFF'S INTEROGATORIES," AND IN SUPPORT THEREOF STATES AS FOLLOWS:

1. ON OR ABOUT APRIL 3, 2018, PLAINTIFF FILED HIS COMPLAINT IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRIC OF ILLINOIS EASTERN DIVISION.

2. PLAINTIFF WAS AT ALL TIMES RELEVANT TO THIS COMPLAINT A DETAINEE HELD IN CUSTODY BY DEFENDANTS.

3. ON OR ABOUT APRIL 1, 2019, PLAINTIFF MAILED, THROUGH THE UNITED STATES POSTAL SERVICE, PLAINTIFF'S INTEROGATORIES TO BE RESPONDED TO, IN ACCORDANCE WITH THE F.R.C.P., BY DEFENDANTS.

4. ON DECEMBER 12, 2019, PLAINTIFF, IN HIS ATTEMPT TO NOT BURDEN

PAGE 1 OF 2

This Court, mailed, through the United States Postal Service, to the Defendant's Attorney a letter respectfully requesting Defendants Comply with the F.R.C.P. and, without further delay, respond to Plaintiff's Interrogatories. This letter was placed in the institutional mail at the Lawrence Correctional Center along with "Offender Authorization For Payment" (IDOC Form DOC0296) for required fully paid First Class Postage. (See Exhibit "A")

5. As of the date of this Plaintiff's Motion To Compel, Defendants have not complied with the F.R.C.P. or responded to Plaintiff in any way.

6. The Court should grant Plaintiff's motion.

WHEREFORE, based on the reasons stated herein, Plaintiff respectfully asks that this Honorable Court grant Plaintiff's Motion To Compel Defendants To Respond To Plaintiff's Interrogatories within a timeframe set by this Court, and grant any other relief as determined by the Court.

Date: 1-6-20

Respectfully Submitted,

/s/ Pedro Orozco

Pedro Orozco, pro se, Plaintiff
IDOC # K58570
Lawrence Correctional Center
10930 Lawrence Rd.
Sumner, Illinois 62466

Exhibit "A"

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Posting Document # _____  Date __12-12-19__

Offender Name __Pedro Orozco__  ID# __K-58570__  Housing Unit __Seg-B-L-8__

Pay to _____

  Address _____

  City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of __ASA Joseph T. Murphy - legal documents__

☑ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature __Pedro Orozco__  ID# __K-58570__

Witness Signature _____

☐ Approved  ☐ Not Approved  Chief Administrative Officer Signature _____

LEGAL

Postage applied in the amount of __1__ dollars and __45__ cents.

L (thick)

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

*Printed on Recycled Paper*

Need cost back please! Thanks!

Exhibit "B"

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

3343

Posting Document # _____    Date __10-22-19__

Offender Name __Pedro Quizo__    ID# __K-58570__    Housing Unit __Seg-Cell 4__

Pay to _____

    Address _____ **OCT 3 0 2019**

    City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of __A.S.A. Joseph T. Murphy legal documents__

☐ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature __Pedro Quizo__    ID# __K-58570__

Witness Signature _____

☐ Approved   ☐ Not Approved   Chief Administrative Officer Signature __Warden Roberson BC__

Postage applied in the amount of _____ dollars and __50__ cents.

Distribution: Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Exhibit "C"

Posting Document # _____  Date _____

Offender Name _____ ID# K-53572 Housing Unit B L 8

Pay to _____

Address _____

City, State, Zip _____

The sum of __32__ dollars and __50__ cents charged to my trust fund account, for the purpose of __Legal Copies__

☐ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____ ID# _____

Witness Signature __S. Buta__

☐ Approved  ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender

Printed on Recycled Paper

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Exhibit "D"

## IN THE

Northern District of Illinois

Pedro Orozco #K-58570
**Plaintiff/Petitioner**

Vs.

Tou Dant Sargent Hesreen
**Defendant/Respondent**
Sarget Williamson

No. 1938

Judge Charles R. Norgle

## PROOF/CERTIFICATE OF SERVICE

TO: Joseph T Murphy
A.S.A Cook County States Attorney
50 W. Washington St 5th Floor
Chicago IL, 60602

TO:

PLEASE TAKE NOTICE that at: 9:30 AM/**PM** 12-12, 20**19**, I Pedro Orozco placed the documents listed below in the institutional mail at Mot Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

Requesting for my interrogatories to be answered for 2nd time

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: 12-12-19

/s/ Pedro Orozco
Name: Pedro Orozco
IDOC No. K-58570
Lawrence Correctional Ctr.
POB 10930 Lawrence Road
Sumner, IL 62466

Revised 4/15/16