**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Pedro Orozco (##K-58570), ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 18 C 1938 |
| v. ) | |
| ) | Hon. Charles R. Norgle |
| Thomas Dart, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff has submitted a motion to compel [45]. Defendants are ordered to respond to the motion to compel by 2/24/2020.

Date: 1-10-20    /s/ Charles Norgle