# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Pedro Orozco
                    Plaintiff,

v.                                                Case No.: 1:18−cv−01938
                                                Honorable Charles R. Norgle Sr.

Thomas Dart, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 2, 2021:

      MINUTE entry before the Honorable Charles R. Norgle: Motion for extension of time to file dispositive motion [72] is granted. Defendants' motion for summary judgment shall be filed by February 5, 2021; Plaintiff's response due by March 8, 2021; and any reply is due by March 22, 2021. No appearance is required on Friday, February 5, 2021. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.