IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Pedro Orozco, | ) |
|       Plaintiff, | ) No. 18-cv-1938 |
| | ) Judge Charles R. Norgle, Jr. |
| v. | ) |
| Sgt. Hession and Sgt. Williamson, | ) |
|       Defendants. | ) |

## Defendants' Local Rule 56.1(A) Statement of Material Facts and Supporting Exhibits

Now come Defendants, Sgt. Hession and Sgt. Williamson (collectively "Defendants"), by their attorney Kimberly M. Foxx, State's Attorney of Cook County, through her Assistant State's Attorney, Ryan D. Suniga, and pursuant to Rule 56.1(a) of the Local Rules of the Northern District of Illinois, and files this statement of facts in support of their motion for summary judgment against Plaintiff Pedro Orozco. In support thereof, Defendants state as follows:

**I.    List of Exhibits.**

A. Deposition Transcript of Plaintiff, Pedro Orozco, dated September 17, 2019.

B. Security Camera Footage from Tier 3A, Division 10 on January 11, 2017, from approximately 758 a.m. to 10:16 a.m., with media player and Business Records Declaration.

C. Declaration of John Mueller, Deputy Director of Inmate Services at the Cook County Department of Corrections.

D. Grievances of Plaintiff Pedro Orozco #20150916195.

E. Still Photograph from Security Camera Footage of Tier 3A, Division 10, at 7:57:56 a.m.

F. Declaration of Defendant James Hession.

G. Declaration of Defendant Monica Williamson.

    H.  Plaintiff's Bed Assignment Sheet within Cook County Jail.

    I.  Inmate Handbook.

    J.  Inmate Grievance Procedure.

    K.  Pedro Orozco's Booking Card.

    L.  Incident Report DIV10-2017-674.

**II.    Description of the Parties.**

1. Plaintiff, Pedro Orozco (hereafter "Orozco"), is a resident of Menard, Illinois and is currently an inmate at Menard Correctional Center. (Dkt. 15).

2. On January 11, 2017, and at all relevant times herein, Orozco was a pretrial detainee at the Cook County Department of Corrections. (Dkt. 9).

3. At the time he submitted his complaint, Orozco was incarcerated at Lawrence Correctional Center in Sumner, Illinois. (Dkt. 1).

4. On January 11, 2017, and at all relevant times herein, Defendant Hession was employed by the Sheriff of Cook County as a Sergeant at the Cook County Department of Corrections. (Ex. F).

5. On January 11, 2017, and at all relevant times herein, Defendant Williamson was employed by the Sheriff of Cook County as a Sergeant at the Cook County Department of Corrections. (Ex. G).

**III.    Facts Supporting Venue and Jurisdiction in this Court.**

6. Plaintiff's lawsuit is brought pursuant to the Civil Rights Act, 42 U.S.C. §1983, 28 U.S.C. §1331, 28 U.S.C. §1343(a), and the Fourteenth Amendment of the Constitution of the United States. (Dkt. 9).

7. Accordingly, the jurisdiction of this Court is based on federal question. 28 U.S.C. § 1331. (Dkt. 9; Dkt. 18).

8. Venue is proper in this district pursuant to 28 U.S.C. §1391(b) because all the events giving rise to Orozco's claim occurred in this district. (Dkt. 9; Dkt. 18).

IV. **Undisputed Material Facts.**

*Cook County Jail Grievance Procedure.*

9. The Cook County Department of Corrections' Inmate Grievance Procedure requires inmates fill out and submit an Inmate Grievance Form within fifteen (15) days of the alleged grievable offense, and to appeal the grievance response to exhaust administrative remedies within 14 days from receipt of the grievance response. (Ex. C at ¶8).

10. Filing an appeal of a grievance response is required in order to exhaust an inmate's administrative remedies. (Ex. C at ¶8).

11. Inmates are made aware of the grievance procedures through multiple methods, including but not limited to, information contained on the grievance form itself, as well as in the inmate rules and regulations (i.e., the inmate handbook). (Ex. C, at ¶¶5-7; Ex. I).

12. With respect to the grievance forms, inmates must provide the specific date, location, and time of the incident; problem or event that they are grieving about; and the names and/or identifier(s) of the accused. These requirements are part of the Cook County Department of Corrections grievance procedure and are expressly stated on the grievance forms and in the inmate handbook. (Ex. D; Ex. I).

*Plaintiff's housing at Cook County Jail.*

13. Orozco entered Cook County Jail on September 16, 2015. (Ex. H).

14. Orozco was housed in various divisions until July 17, 2017, when he was transferred to the Illinois Department of Corrections upon being convicted of armed robbery and sentenced to a total of 14 years in prison. (Ex. H; Ex. A, at 10:8-11:1).

*The January 11, 2017 Incident.*

15. On January 11, 2017 at approximately 8:15 a.m., Plaintiff Pedro Orozco was involved in a fight with other pretrial detainees that occurred on Tier 3A in Division 10 at the Cook County Jail. (Ex. B).

16. Tier 3A in Division 10 consists of several cells running along the walls of the tier. In the open area of the tier, commonly referred to as the dayroom, there are tables and chairs (bolted to the ground), benches (bolted to the ground), a television, and a shower/bathroom area. (Ex. B).

17. Correctional officers monitor the tier through an office located next to the tier, which is separated by reinforced glass and a door. This area is colloquially referred to as the "bubble." (Ex. B).

18. On January 11, 2017, neither Defendant Hession nor Defendant Williamson were responsible for monitoring Tier 3A in Division 10. (Ex. F; Ex. G).

19. The shower/bathroom area is not entirely visible from the bubble. (Ex. B).

20. The fight on January 11, 2017 involving Pedro Orozco was captured and recorded on video surveillance cameras. (Ex. B).

21. Attached as Exhibit B is the security camera footage of that incident, and video interviews of Pedro Orozco, Ricky Hudson, and Jamal Ross conducted shortly after the incident. (Ex. B).

22. Pedro Orozco is the individual depicted by the red circle in the still photograph attached as Exhibit E. (Ex. B; Ex. E).

23. As the video shows, just prior to the fight, Orozco is sitting on a bench in the dayroom of the tier, watching television. (Ex. B, at "DIV_10-CAM_3.040_Tier_3A_Front_2017-01-11_07h58min00s000ms").

24. Orozco then gets ups and goes into the shower/bathroom area to use one of the urinals. (Ex. B).

25. As Orozco is walking into the bathroom area, two other detainees, Robert Morales and Ricky Hudson, are seen on video exchanging words. (Ex. B).

26. Morals and Hudson separate for a moment, and Orozco finishes using the urinal and walks back into the dayroom, taking a seat on one of the benches. (Ex. B).

27. While Orozco is seated and watching tv, he watches Morales and Hudson in the shower area as the two continue to argue and/or fight. (Ex. B).

28. Morales and Hudson, still in the bathroom area (not visible on camera) begin fighting with one another. (Ex. B).

29. Morales produces a knife-like weapon during the struggle, which Hudson gains control of and gives to another detainee, who flushes the weapon down the toilet. (Ex. A at 26:9-27:20; Ex. B at "SDV_1756"; Ex. B at "SDV_1758").

30. Orozco is still not involved in the altercation at this point. (Ex. B).

31. At a certain point, Orozco gets up from the bench and quickly walks into the bathroom area and inserts himself into the fight between Morales and Hudson. (Ex. B).

4

32. After several moments where Hudson, Morales, and Orozco are all struggling to gain control of one another, several other pretrial detainees on the tier become involved in the altercation. (Ex. B).

33. After these other detainees become involved, the altercation spills out into the dayroom (which is captured on camera), and two detainees are seen repeatedly punching Orozco. (Ex. B).

34. In total, from the time Orozco gets off the bench until the fighting finally ceases, approximately 5 minutes elapse. (Ex. B).

35. At 8:20 a.m., a correctional officer exits the adjacent tier (Tier 3B), while simultaneously making a radio call for backup, and walks to the glass door in the bubble of Tier 3A. (Ex. B).

36. A few minutes later, several correctional officers arrive, and escort detainees Orozco and Morales off the tier for medical attention. The remaining detainees are placed back inside their individual cells. (Ex. B).

### *Plaintiff's Grievances.*

37. On January 12, 2017, Plaintiff Orozco submitted a grievance regarding the January 11, 2017 incident on Tier 3A in Division 10. (Ex. D, at p.1).

38. This grievance was given control number 201700545. (Ex. D, at p.1).

39. This grievance stated:

    > On the above date and approx time I was assaulted by inmates. I was beat, punched, kicked & stabbed. This situation went on for "at least" 15 min. There was one officer in the unit to protect me. I got swelling on my face and head and I was [*unreadable*] stabbed at least five, 5, times in the back and some of the wounds required stitches.
    > (Ex. D, at p.1).

40. This grievance was signed as received by a correctional rehabilitation worker on January 13, 2017. (Ex. D, at p.1).

41. On January 13, 2017, corrections officials responded that this grievance had been forwarded to OPR. (Ex. D, at p.6).

42. On January 14, 2017, Orozco acknowledged receipt of this response, and on the same day appealed the grievance stating: "I would like for an proper investigation to be taken." (Ex. D, at p.6).

43. On January 12, 2017, Orozco submitted a supplement to his first grievance stating:

5

> On 1-11-17 I was beat and stabbed. I feel if random shake downs was done inmates would have never been able to possess metal to make shanks that I got stabbed with.
> (Ex. D, at p.3).

44. A correctional rehabilitation worker acknowledged receipt of this grievance on January 13, 2017. (Ex. D, at p.3).

45. This grievance was grouped with the other grievance submitted on the same day, and was also given control number 201700545. (Ex. D, at p.3).

46. On January 13, 2017, corrections officials responded that this grievance had been forwarded to OPR. (Ex. D, at p.6).

47. On January 14, 2017, Orozco acknowledged receipt of this response, and on the same day appealed the grievance stating: "I would like for an proper investigation to be taken." (Ex. D, at p.6).

48. On January 21, 2017, Orozco submitted another grievance stating:

> On 1-11-17 I Pedro Orozco 2015-0916-195 was assaulted and stabbed with a home made knife by other inmates in Cook County Jail. Soon after I was sent to Cermak Medical Center. I was stitched up and sent back without and pain killers or antibiotic prescribed. I've been in pain ever since and the wounds are now infected.
> (Ex. D, at p.8).

49. On February 9, 2017, corrections officials responded to this grievance. (Ex. D, at p.9).

50. On February 12, 2017, Orozco acknowledged receipt of this response, and on the same day appealed the grievance stating: "I would like for claims to get further investigated. Response don't make since I got stabbed 1-11-16." (Ex. D, at p.9).

                                                Respectfully submitted,

                                                KIMBERLY M. FOXX
                                                State's Attorney of Cook County

By:    */s/ Ryan Suniga*
         Ryan Suniga
         Assistant State's Attorney
         500 Richard J. Daley Center
         Chicago, Illinois 60602
         (312) 603-7930