```
        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
            COUNTY DEPARTMENT, CHANCERY DIVISION


PEDRO OROZCO,                        )
                                     )
                Plaintiff,           )
                                     )
vs.                                  ) No. 2018 C 1938
                                     )
OFFICER HESSION, ET AL.,             )
                                     )
                Defendants.          )
```

        THE DEPOSITION of PEDRO OROZCO, the Plaintiff

herein, called by the Defendants for examination in

the above-entitled cause, pursuant to the Federal

Rules of Civil Procedure, taken before me, Brenda L.

Zeitler, CSR-RPR, License No. 084-004062, at Lincoln

Correctional Center, 1098 1350th Street, in the City

of Lincoln, County of Logan, and State of Illinois on

the 18th day of July, 2019, commencing at 1:00 p.m.

Page 2

```
 1   APPEARANCES:

 2           PEDRO OROZCO, Appearing Pro Se.

 3           JOSEPH MURPHY, Esq.
             COOK COUNTY STATE'S ATTORNEY'S OFFICE -
 4           CIVIL ACTIONS BUREAU
             500 Richard J. Daley Center
 5           Chicago, Illinois  60602
             (312) 603-3368
 6           josepht.murphy@cookcountyil.gov
                   On Behalf of the Defendants.
 7           * Appearing by Teleconference
                       * * * * * * *
 8
                         I N D E X
 9
                                                    Page
10
     WITNESS:
11
             PEDRO OROZCO
12                 Examination by Mr. Murphy .........   4

13

14   EXHIBITS:

15           NONE MARKED.

16

17

18

19

20

21

22

23

24
```

 1                    (Witness sworn.)

 2          MR. MURPHY:  Let the record reflect this is

 3   the deposition of former Cook County inmate Pedro

 4   Orozco.  Pedro Orozco is the complainant as to the

 5   case of Orozco versus Hession, H-e-s-s-i-o-n.

 6          I know there are more officers there, but

 7   that's the caption, and the number is 18-CV-1938.

 8          My name is Joseph Murphy Assistant state's

 9   Attorney for Cook County, and I represent the

10   defendants.

11          This deposition will be conducted in

12   accordance with the federal rules of civil procedures

13   the local rules of the Northern District.  We've

14   convened here pursuant to notice, and a court reporter

15   is present creating a record of everything being

16   discussed today.  Please let me know if I'm talking

17   too fast.

18          This deposition is taking place at the

19   Thompson Center in Chicago, and you guys are at

20   Lincoln Correctional Facility?

21          THE WITNESS:  Correct.

22          MR. MURPHY:  So the time now is 1:01 p.m.,

23   and the witness has already been sworn in; so we'll

24   get right into it.

Page 4

1      PEDRO OROZCO,
2  the Plaintiff herein, called by the Defendants, after
3  having been first duly sworn to tell the truth, was
4  examined and testified upon his oath as follows:
5              EXAMINATION
6        BY MR. MURPHY:
7      Q.  Sir, could you please state your name for
8  the record?
9      A.  My name is Pedro Orozco.  Need me to spell
10 it?
11     Q.  It's okay.  Have you ever given a deposition
12 before, Mr. Orozco?
13     A.  Yes, sir.
14     Q.  And that was about a month and a half ago,
15 right?
16     A.  Correct.
17     Q.  That's the one that you took with us, right?
18     A.  Correct.
19     Q.  Any other depositions besides that one?
20     A.  No, sir.
21     Q.  You understand that the court reporter is
22 going to be taking down everything you say today,
23 right?
24     A.  Yes, sir.

Page 5

1      Q.  You understand that everything you say is
2  going to be under oath?
3      A.  Yes, sir.
4      Q.  Also, it's the same oath you will take in a
5  courtroom as if you are in front of a judge and a
6  jury, correct?
7      A.  Correct.
8      Q.  And that all the penalties of perjury apply
9  as if you're in a courtroom.  You understand that?
10     A.  Yes, sir.
11     Q.  What languages do you speak, Mr. Orozco?
12     A.  English is my first language.
13     Q.  You have no problem speaking English?
14     A.  No.
15     Q.  Great.  No problems understanding it?
16     A.  No.  I don't have no problems understanding
17 the actual language.  As far as specific words, you
18 know, I don't --
19     Q.  Understood.  If something comes up that you
20 don't understand, just ask me to clarify, and I'll
21 clarify it.
22          Again, if you don't understand a question,
23 just let me know, and I'll rephrase it, or I'll ask it
24 again.  All right?

Page 6

1      A.  You said you're in the Thompson Center or
2  Daley Center?
3      Q.  Thompson Center.  It's right across from the
4  Daley Center.
5      A.  I knew somebody who used to work at the
6  Liquor Commission on the fifth floor.
7      Q.  We're on floor 4.
8          So also if you answer a question and you
9  think "I didn't answer that right or something like
10 that" and you want to go back and clarify, you can do
11 that.  Just let me know, okay?
12     A.  Okay.
13     Q.  After this deposition ends, you'll have the
14 opportunity to review the transcript and correct any
15 errors, okay?
16     A.  Yes, sir.
17     Q.  If you need to take a break, let me know.  I
18 mean both of you.  Okay?  So is there any reason why
19 you can't testify truthfully today?
20     A.  There's no reason.
21     Q.  Are you taking any medications today?
22     A.  Yes.
23     Q.  What are those?
24     A.  I take daily medication.  I take Effexor,

Page 7

1  Buspar, Benadryl, Tramadol, and there's another one.
2  It coincides with the Effexor.
3      Q.  Will any of those medications affect your
4  ability to testify today, do you think?
5      A.  No.  They probably just make things a little
6  slower.  You know?
7      Q.  Understood.  It's same medications you were
8  taking last deposition?
9      A.  Yeah, the same.
10     Q.  You filed a lawsuit in Federal Court before,
11 correct?  That's one of them we did last time?
12     A.  Correct.
13     Q.  And any other lawsuits besides this one and
14 the one before?
15     A.  I got one that was a car accident.
16     Q.  Oh, that's right, the car accident.
17     A.  And I got one after this one on conditions
18 of confinement.  I was in Lawrence, and I was in
19 segregation.  They had me in a condemned cell:  No
20 light, no toilet, blood boogers on the wall, feces
21 everywhere, and urine everywhere.
22     Q.  That was at Illinois State -- the
23 corrections facility in Illinois?
24     A.  Yeah, Lawrence.

Page 8

1    THE WITNESS: Can I ask you a question
2  before we continue? If it's possible, maybe you could
3  clarify this for me.
4    MR. MURPHY: Off the record for a second.
5    (Discussion held off the record.)
6    Q. Have you ever reviewed any documents in
7  preparation for today's deposition at all?
8    A. Yeah, I reviewed some.
9    Q. What are those? Just the complaint?
10   A. Yeah, just the complaint, the grievances and
11 stuff.
12   Q. Did you watch any videos?
13   A. No. Didn't have the opportunity to.
14   Q. That's the other thing. I'll try to get
15 those videos to you in the next few weeks or so. I'm
16 not sure how that works. I know we can't send CDs,
17 but I'll make sure they are made available to you.
18   A. Do you think, the same way we're doing this
19 deposition, I could view the videos like that.
20   Q. I'm not sure how it works, but I'll look
21 into it. Within the next couple weeks, I'll make sure
22 you get them.
23   A. All right. Because I am Pro Se, right?
24   Q. Absolutely. You'll still get the videos.

Page 9

1    A. Even with the last lawsuit, the 2409, it's a
2  lot of important information that got redacted, like
3  hospital records, actual injuries that happened, stab
4  wounds, all of that, the stuff that happened in the
5  hospital. You know I got assaulted in the hospital?
6    I'm getting actual paper, but you see how a
7  lot of stuff is redacted. In the other 2409, the
8  whole paper is redacted. They headline it, but then I
9  can't read nothing.
10   Q. Okay. I'll definitely look into that too.
11 You'll have everything at this end.
12   A. All right. Thank you.
13   Q. No problem.
14     How old are you today, Mr. Orozco?
15   A. 41.
16   Q. What was your birth date?
17   A. ███████.
18   Q. What's the highest level of education you
19 received?
20   A. I just received my GED.
21   Q. Great. I remember you saying that.
22     That was while you were in prison?
23   A. Yeah, just this February.
24   Q. Where were you employed prior to being in

Page 10

1  the Cook County jail?
2    A. I didn't have no -- I was doing odd stuff
3  but nothing solid. No check, no paycheck, no stubs.
4    Q. Got it. What kind of stuff?
5    A. I was helping promote an energy drink. I
6  was, you know, kind of working with Charles Walgreens
7  a little bit. I was sampling.
8    Q. Okay. Turning to criminal history, why were
9  you sent to Cook County jail for this --
10   A. Armed robbery.
11   Q. Did you plead guilty, or were you found
12 guilty?
13   A. I got found guilty, but I'm in the appellate
14 courts right now.
15   Q. And then when did you enter Cook County jail
16 for that?
17   A. September 15, 2015.
18   Q. Where were you housed at?
19   A. Division 10.
20   Q. Then when were you sent to IDOC,
21 approximately?
22   A. August of 2017, like the end of August of
23 2017.
24   Q. Do you know how long the sentence is?

Page 11

1    A. 14 years, 50 percent.
2    Q. Okay. Do you have any prior convictions
3  besides this one?
4    A. Yes.
5    Q. Do you know off the top of your head which
6  they are?
7    A. No. I've been basically a ward of the State
8  my whole life. I've been in and out of prison and in
9  juvenile detention centers my whole life.
10   Q. So let's get to the actual substance of the
11 complaint, all right?
12   A. Yes, sir.
13   Q. You filed this complaint on 06/25/18. Does
14 that sound about right?
15   A. Yeah. I was in Lawrence when I filed. I
16 filed -- I actually filed it in March of 2018. I
17 don't know why it took so long to get to the courts.
18 It was through the mail system.
19   Q. Understood. Then everything in that
20 complaint, is that accurate? Is that everything you
21 needed to complain about for this lawsuit?
22   A. For the most part, yeah. Just some
23 information that I requested, I never got, you know,
24 such as, like, the officer's guidelines.

Page 12

1  Q. I understand. That's discovery. But in
2  terms of what you wrote as to what happened, is that
3  everything?
4  A. Yeah. To sum it up, yeah, that's it.
5  Q. Okay. Sounds good. So I want to direct
6  your attention to the actual day of the incident. I
7  know it occurred over a couple of days.
8  A. Yeah. It started on a Monday, on January 9.
9  Q. Exactly. Let's talk about January 9, 2017.
10 Again, it's going to be a few preliminary questions
11 before we get into the actual substance.
12     Where were you housed on that date?
13 A. Division 10, tier 3A
14 Q. Is that a maximum security tier?
15 A. Correct.
16 Q. Did you have a cell mate?
17 A. Yes.
18 Q. Do you recall his name at all?
19 A. His nickname.
20 Q. What was that?
21 A. 50. Like 50 Cal or something like that.
22 Q. Did you get along with him?
23 A. We was all right. We were just -- we just
24 became cellys. My other celly left. His name was

Page 13

1  Adam Ruiz.
2  Q. So you had a verbal altercation right with
3  an inmate named Andrew Smith, right?
4  A. Correct.
5  Q. Describe the nature of the altercation.
6  Tell me what happened.
7  A. All right. On the 9th -- now, it was things
8  going, you know, through the County as far as -- it
9  was a lot of racially motivated incidents.
10     We was actually watching the news at this
11 time in the front of the day room. It came across the
12 screen two incidents that took place at Cook County
13 jail. One was right upstairs from us where a officer
14 got assaulted.
15     That building is mental health max. They
16 got -- I don't know if you know the difference
17 between, like, P-3s and P-4s. P-4s are the guys that
18 shit on theirself and is just all the way gone.
19 Q. Got it.
20 A. And P-3s are, you know, guys like me that
21 got mental health issues but kind of still function.
22 You know?
23     It was an incident that came across the
24 screen. A P-4 guy -- they showed the video on TV.

Page 14

1  The officer was unlocking the doors, and it showed the
2  inmate strike the officer. You know, it was actually
3  a cool officer. He wasn't no asshole or nothing like
4  that. Dude was just out of his mind.
5      So then after that, it showed something that
6  happened in another building, in Division 9, some
7  Latino dudes getting stabbed up and jumped by all the
8  black guys.
9      It was kind of already tension on my tier
10 because of everything that was going on in the County.
11 Andrew Smith made a statement once they seen all that
12 on TV as far as inmates getting stabbed, Latino dudes,
13 that that needs to start happening in that building,
14 in 10.
15 Q. Just for one second, did he just kind of
16 make that statement?
17 A. Yeah, yeah. It was like a indirect shot.
18 We kind of had a little history prior to that because
19 he was one of them guys that liked to show his male
20 organs off to the female staff.
21 Q. Sure.
22 A. So there was already tension between that,
23 so that right there, it was a indirect shot, but it
24 was shot at me because I was the only Latino dude

Page 15

1  around.
2      So the tension kind of built up on the deck.
3  People heard what he said. And just to, like, isolate
4  the incident, me and him were supposed to fight. You
5  know?
6  Q. Was this based upon the tension that was --
7  A. It was tension that was going on throughout
8  County, and then that verbal statement he made just
9  kind of like -- that was the straw that broke the
10 camel's back basically.
11 Q. Understood let me interrupt you really
12 quick. Did you guys agree to fight before that or
13 something?
14 A. No, no, no. When the tension built up, you
15 know, it goes from 0 to 60 quick when you're
16 incarcerated. The Latino dudes that was on that deck
17 were no bigger than 5'3", 5'4", and 100 pounds soaking
18 wet. I was basically the biggest one out of all of
19 us. Just to try to keep the peace, I was going to end
20 up fighting one of them, and that was going to be it.
21 You know?
22     But it was already just tension from, you
23 know, other incidents that took place at court, bull
24 pens, other buildings. You know? And everything was

Page 16

1    just leaking to that tier and every other tier in that
2    building.
3        Q.   You said you were supposed to fight him.
4    Was it supposed to take place on a certain date and
5    time?
6        A.   No.  When he made that statement, you know,
7    the tension shot right up to the roof.
8        Q.   What did you say to him after he made that
9    statement?  Do you recall?
10       A.   When he said that needs to start happening
11   over here, I basically, you know -- first I called the
12   guy a pussy that hit the officer.  He's a pussy.  He
13   was crazy.  The officer didn't do shit to him.
14       Then when he said, "That needs to happen
15   over here," I said, "Then why don't you just do it."
16       Q.   Go ahead.
17       A.   "Why don't you just do it?"  The guys like,
18   "No, no, no.  If anything is going to happen, it's
19   going to be one-on-one, and that's it.  No deck is
20   going to fly or none of that."
21       So it was already tension --
22       Q.   Sorry to interrupt.  What did you say when
23   he said, "It's going to be one-on-one"?
24       A.   You have to agree to something like that, or

Page 17

1    you're going to just be swarmed and be taken off the
2    deck.  By me being incarcerated most of my life, I
3    already knew the consequences or repercussions of me
4    refusing to fight.  You know?
5        So he was talking.  And he didn't do it
6    intentionally, but some spit got on me.  So I spit on
7    -- I intentionally spit on him.
8        At that moment, he ran off the tier and went
9    into the interlock where the officer's at.
10       Q.   Is that like the bubble area?
11       A.   Yeah, the bubble.  Yeah.  So he ran off the
12   tier.  I'm kicking the door.  I want to fight.  I'm
13   heated.  I'm out of my body.  I'm, you know -- I want
14   to fight.  I'm angry.
15       The officer closed the door quick when he
16   seen what happened.  So now he's refusing to leave out
17   of the interlock, the bubble, where the officer --
18       Q.   Did Andrew Smith get into the interlock?
19       A.   Yeah.  That was around the time -- because,
20   see, it's 24 cells, right?  And the way they do the
21   recreation in the day room, they do a high side/low
22   side, 1 through 12, 13 to 24.  It was during that
23   switch where everything happened in that moment.
24       So the officer was coming on the tier and,

Page 18

1    at the same time, that's what let the door be opened.
2    And at the same time, Smith ran off the tier.
3        The judge took the officer off the lawsuit.
4    His name was Delauw (phonetic).  He was the officer
5    backing up the officer that was on the tier.  The tier
6    officer was named Wells.
7        So he's in the bubble.  Smith is in the
8    bubble, and he refuses to leave out the bubble until
9    the officer called a white shirt.  So Sergeant
10   Hession, and Sergeant Williamson -- that's a female --
11   they came up along with, like, anywhere from like 12
12   to 14 officers.
13       Now, one of the officers I had a good
14   rapport with.  His name was Jackson.  So when Jackson
15   got up there, the officer that had inmate Smith in the
16   bubble told Jackson -- you know, I guess he briefed
17   him on the incident that just took place, and Jackson
18   came straight on the tier.  "Orozco, calm down.  Be
19   cool.  Everything's smooth."  He took me by the
20   shower area, by the shower wall, and he's talking to
21   me.
22       While he's talking to me, Sergeant Hession,
23   and Sergeant Williamson come with body cams and the
24   manual camera.  All the officers get around inmate

Page 19

1    Smith and escort him to his cell, lock the door, and
2    call me in the hallway.
3        So I'm telling them everything that's
4    happening.  It's probably five black guys to one
5    Latino dude in the county jail, maybe more than that.
6    A lot of Latino dudes are small.
7        I'm telling Sergeant Hession that this is
8    what happened.  "I spit on the man.  You need to move
9    me or him because he gots a knife, and I'm going to
10   have to find me one to defend myself."
11       So Sergeant Hession and Sergeant Williamson
12   guaranteed me:  "Everything is going to be all right.
13   Nothing is going to happen on our shift.  Just go back
14   and relax."
15       Q.   Let me interrupt you again.  How did you
16   know he had a knife?
17       A.   They be around the deck all day.  As soon as
18   -- you know, they don't got no problem flashing,
19   showing, you know.  They keep their hands in their
20   pants like this (demonstrating) a lot.  That's just to
21   keep their hand on it, but the camera don't see the
22   knife.  But you'll be able to see the tip of it.  And
23   then sometimes the holes are poked through the pants.
24   You won't be able to notice it by the naked eye; but

1    by being, you know, a inmate, you know what to look
2    for when somebody gots a weapon on them.  You can look
3    down here and see when they got a soap sock on them or
4    something like that.
5         So the knife, there's no strap, but they'll
6    poke it through their pants, you know?  And then
7    you'll see their pants locked up on this side.
8    Q.  So you told Sergeant Hession and Sergeant
9    Williamson about the incident and that you needed to
10   be separated?
11   A.  Yeah.  I clearly stated, "Either move me or
12   him."
13   Q.  You thought that they had their body camera
14   activated.  Do you know if they did?
15   A.  I seen the light on.
16   Q.  The little green --
17   A.  Yeah, I seen the light on.  I heard -- like,
18   when they first come on the deck, you could hear when
19   they hit it because of the sound, "Boop."  The red
20   one, I know it's off, and the green is on.  But the
21   light stays on.  You know?
22        They were getting ready to get on the
23   elevator.  I stopped them and let them know: "Man,
24   you need to move me or him.  Preferably me.  I spit in

1    his face.  This is what's going to happen.  I know
2    he's going to stab me or I am going to stab him.  I
3    don't want nothing to do with it."
4         All the officers through the county jail
5    knew this was going on as far as with the blacks and
6    the Latinos and the white guys in the County.
7         So they guaranteed my safety.  "Everything
8    is going to be okay."  I even requested protective
9    custody on the spot.  Sergeant Hession and Sergeant
10   Williamson said they can't make that call for custody.
11   Only Classification can make the call.  So just calm
12   down and relax.  Nothing is going to happen on their
13   shift.
14        All right cool.  So then now, you know, the
15   dude's in his cell.  I'm in the day room still.
16   Q.  This is right after the incident, right?
17   A.  Yeah.  This is right after the incident.
18   Jackson talked to me for about 10, 20 minutes.  He
19   calmed me down a little bit.
20        You know, I didn't want to let the tier know
21   that I was telling them to get me off the tier or get
22   him off the tier.  That's not a good look in there.
23        So after I told that to the Sergeants in the
24   hallway before they were getting on the elevator,

1    obviously I --
2         MR. MURPHY:  Sorry.  The thing froze for a
3    second.
4    A.  I didn't get no positive response.  I went
5    on the deck.  And somebody told me, "Go by Smith's
6    cell and talk to him.  Try to, you know, calm the
7    situation down."
8         So I went by his cell.  He was in, like,
9    cell 15.
10        MR. MURPHY:  I don't know if you guys can
11   still see me, but the screen froze.  Hold on one
12   second.
13        Can you see me now?
14        THE WITNESS:  Yeah.
15        MR. MURPHY:  Sorry about that.
16   A.  The guys on the deck was telling me, "Man,
17   go back there and holler at him.  He wants to holler
18   at you."  You know, talking about inmate Smith.
19        So he was in cell 15.  I went back there.  I
20   talked to him through the door.  And we kind of, like,
21   you know, lets things calm down.  We'll do what we have
22   to do, if necessary.
23        He sat there.  You know, people kept going
24   back there, amping the situation up.  He kept

1    hollering through the door, "I'm a bitch.  I'm a
2    bitch.  I'm a bitch."  Then it would calm down.  This
3    happened through the whole night.
4         Now, like I said, Division 10 is a mental
5    health max, right?  Everybody takes medication.  So
6    that night, you know, the officer opens the doors for
7    medication.  That night, they open all the doors but
8    skip his door.  The opened everybody else's door, let
9    them take their meds, locked everybody else up, and
10   then let him out and took him down to Dispensary to
11   let him take his medication.
12        So the officer obviously knew there was
13   tension on the tier.  Right?  Even after I told him,
14   you know, you can feel it.  So they lock him up.
15        Now the deck is supposed to blow.  This was
16   on a Monday, the 9th.
17   Q.  Let me stop you there.  So then the actual
18   altercation happened on January 11, right?
19   A.  On the 11th, yeah.
20   Q.  Let's fast forward to January 11 then.
21   A.  I want to tell you why nothing happened on
22   the 10th.
23   Q.  Okay.  Go ahead.
24   A.  Because inmate Smith -- see, you got guys

Page 24

1    who go to inside court and guys who go to outside
2    Court, like Rolling Meadows and Skokie and all that.
3         He goes to Court in Maywood. So he had
4    court on the 10th. He was gone the whole day. You
5    know, he was gone the whole day, and he came back at
6    around lockup time.
7         Q.  What time is that at?
8         A.  Like 9:00, the whole tier is locked up. So
9    he came back. But we was already locked up because my
10   side had day room early that day.
11        Q.  So he might have came back around 9:00 p m.,
12   you said?
13        A.  Yeah. He came back once we was locked up.
14   You can catch the first bus or the second bus. I
15   think he caught the second bus because he came back so
16   late. The first bus come back around 12:00 in the
17   afternoon.
18        Q.  Sure.
19        A.  So on the 11th -- I'm not an assigned
20   worker. I'm not an assigned worker or none of that.
21   Officer Falls (phonetic) -- I don't know if you see
22   the guy named Ricky Hudson? His name is in some of
23   the reports.
24        Q.  I do. Let's talk about that really quick.

Page 25

1    So January 11th is when the incident happened. About
2    what time did everything kind of start to begin?
3         A.  Oh, man, it began quick. The officer let
4    Ricky Hudson out and then came and let me out.
5         Q.  So do you know what time that was, about?
6         A.  Around 8:10 maybe, a.m.
7         Q.  That's the one question I had. Thanks for
8    clearing that up. So they let you out of the cell.
9    And then this is the day room, right?
10        A.  Yeah, this is the day room.
11        I come out. He lets me out. He lets the
12   rest of the inmates out. I go to, like, the second,
13   third row. I got my shower shoes on. I got my cup of
14   coffee. I go sit there. I'm basically sitting up by
15   myself.
16        Q.  Are you sitting at a bench area?
17        A.  Yeah. They got, like, six benches. I'm
18   kind of, like, on the second to third bench. I got my
19   shower shoes on. I'm not expecting nothing. I
20   thought everything was already kind of cool because
21   it's been two days.
22        I'm drinking my coffee watching the news.
23   And at the same time as I was getting ready to go
24   piss, one of the guys named Morales and Ricky Hudson

Page 26

1    was having an altercation by me when I was pissing.
2         Q.  Is this by the shower area?
3         A.  Yeah, by the shower area.
4         Q.  Let me interrupt really quick. Do you know
5    this inmate, Morales?
6         A.  I just know him from being on the tier. I
7    don't have no real personal connection with the dude.
8         Q.  So what was the altercation?
9         A.  I don't even know. It was like they were
10   having their own words, their own conversation. I
11   don't even know.
12        I come to find out later on that I heard it
13   was from horse playing. They were joking. I knew, at
14   one point in time before all the black and Latino
15   stuff started happening, those two guys used to be
16   cell mates.
17        Q.  Then what did you actually witness then?
18        A.  So I'm taking a piss. Ricky Hudson and
19   Robert Morales started getting into a scuffle. And I
20   noticed it was an ice pick, you know, a knife, a shank.
21        Q.  Who had that?
22        A.  They both had their hands on it. They're
23   tussling for it.
24        Q.  Where is this? This is the shower area?

Page 27

1         A.  Yeah, it's by -- say this is the shower
2    area; and, like, right across, this is the urinals.
3         Q.  Sorry to interrupt. What is the distance?
4    The court reporter is taking everything down, and we
5    can't really --
6         A.  Okay. It's maybe, like, a foot and a half,
7    maybe, from the shower wall to the urinals, foot and a
8    half.
9         Q.  Go ahead and tell me what happened.
10        A.  I was at the urinals. But they're basically
11   like -- it's two urinals; and they're, like, at the
12   second one, where they're having their squabble at.
13        Q.  So about a foot and a half away from you?
14        A.  No, no, no. They're actually up on me. And
15   I see what's going on, and I see them tussling for the
16   knife.
17        So Ricky Hudson, the black guy, gets full
18   control of the knife and gives it to another dude
19   that's in the shower. That dude runs out and goes to
20   the toilet and flush it.
21        Now, at that moment, these two dudes are
22   starting to throw punches at each other. I was going
23   to let them do what they wanted to do. Was nobody
24   getting jumped. It was a one-on-one. But they're all

Page 28

1  the way on me. So I kind of, like, shoved both of
2  them off me. You know? I was basically just trying
3  to get away from it.
4      When I did that, Robert Morales threw a
5  punch at Ricky Hudson. Ricky Hudson was a lot bigger
6  than him. He starts beating the shit out of Morales.
7  Then the next thing you know, everything was a blur.
8  I could tell I got punched.
9      Q. Let me interrupt you right there. When
10  Hudson punched Morales, did you try to intervene at
11  all, try to stop that from happening?
12      A. It kind of looked like that, but they both
13  was on me. I'm getting both of them away from me. It
14  was a one-on-one. I'm just getting both of them away
15  from me, and I'm trying to get away from the
16  situation.
17      But as soon as I did that I'm getting them
18  away from me -- next thing you know, it was like a
19  blur. I feel the ringing. I hear the ringing in my
20  head. I get blazed. Next thing you know, I'm on the
21  floor, man. I'm trying to gain focus. I'm getting
22  kicked in the face.
23      Then I notice who is kicking me is Jamil
24  Ross. He's kicking me, and Smith is punching me.

Page 29

1  Then you heard Jamil tell Smith -- now, they got
2  terms, like street terms, for knives and shanks and
3  stuff.
4      Q. Banger.
5      A. There you go. So while he's doing that,
6  while he's telling -- now, I'm still in a blur. I'm
7  trying to grab Jamil's leg because he keep kicking me.
8      At that moment, I believe Andrew ran to one
9  of the back cells and grabbed a knife and came back.
10  Now I started feeling the poking on my back.
11      So I get up. I'm starting to back up. I
12  fall over the stool. I get kicked again. After that,
13  everything was just a blur, man. I remember the knife
14  coming to my face. See, the knife got stuck right
15  here on my left side.
16      Q. I see that.
17      A. It got stuck right there, and it was like a
18  ice pick kind of knife.
19      Q. So let me back up real quick. So Morales
20  and Hudson are scuffling right next to you; is that
21  right?
22      A. Yes, sir.
23      Q. You push them away. And then Ross and Smith
24  come. When do Ross and Smith come? Do you know?

Page 30

1      A. As soon as I pushed, you know, trying to get
2  out the way of Morales and Hudson, as soon as I was
3  getting them away from me, I could tell something was
4  happening. I was in a daze. I got the shit punched
5  out of me.
6      Q. Sorry to interrupt. Who punched you?
7      A. I was drunk. I was punch drunk. Not
8  drinking drunk, punch drunk. You've been hit before.
9  Everything was like slow motion. I fell to the
10  ground; and I can recall Jamil Ross lifting his leg
11  up, kicking me in the face. That's when I tried to
12  gather my composure and kept on trying to grab his
13  leg.
14      I could feel Smith punching me. That's when
15  Jamil Ross told him to go get the Banger.
16      Q. Let me back up again. When you saw Morales
17  and Hudson fighting, did you notice where Smith and
18  Ross were?
19      A. I actually didn't. I believe -- now, say
20  I'm faced north/south, facing north though, right? I
21  believe -- I don't know exactly where Ross was at, but
22  I believe Smith was on the phone in the east corner to
23  my left side.
24      Q. All right.

Page 31

1      A. I believe -- I'm not 100 percent sure, but I
2  believe Smith was on the left-hand side of the
3  benches.
4      Q. That's okay. It's speculation.
5      Let me ask you this. So they start
6  attacking you. You believe it's Smith and Ross right
7  after you push Morales and the other --
8      A. Yeah. It all happened simultaneously. As
9  soon as I'm getting them off me is when I start -- I
10  can hear a ring, and everything just started going
11  slow. I know I've been hit with something. You know
12  what I'm saying?
13      Q. Kind of a --
14      A. Yeah, exactly. The Ross dude is kind of
15  big, man. The dude is like 6'4", 6'5" and every bit
16  of 260, 270.
17      Q. Yeah.
18      A. A big dude.
19      Q. So then -- all right. So someone stabbed
20  you a couple times, a few times, whatever the case
21  might be. How did the fight resolve?
22      A. Once I gathered my composure, I didn't know
23  how to defend myself, what to do. I kept slipping
24  because I had my shower shoes on at one point in time,

Page 32

1   but then I ended up having my socks on. I kept
2   slipping. So I tried to grab my shoes by my door, and
3   I think I ended up getting one of them on.
4           Then I kept getting chased around the day
5   room, and Smith had the knife in his waist band. He
6   had his hand in his waist band with the knife. Every
7   time he got close to me -- every time he got close to
8   me, you could see the handle a little bit, like the
9   back of his thumb on the handle. Then he'll put it
10  back in. He kept doing that.
11          We're kind of in the back of the day room,
12  and now I got my composure. I got my other shoe on.
13  And I'm telling him: "Why you using the knife? Put
14  the knife away. Why you using the knife?"
15      Q.  Smith, right?
16      A.  Smith. Yeah, Smith. Then he continues to
17  chase me. This went on for about, man, like at least
18  15, 20 minutes, man, it went on for. And then --
19      Q.  Let me ask: While this is happening, what
20  was going on with Morales and the --
21      A.  I don't know. They were all the way, like,
22  -- they call it the alley, but they were all the way
23  in the back of the washroom and like a little gangway
24  sort of thing. You know?

Page 33

1       Q.  Kind of a scuffle going on there?
2       A.  Yeah. I'm in the opposite direction.
3       Q.  Go ahead. How did it eventually end?
4       A.  Then the officers finally came. Smith -- I was
5   walking up towards the front. Smith ran and looked
6   like he threw something in cell 13.
7       Q.  Did a number of officers come in?
8       A.  Yeah, they came pretty deep. I don't know
9   the exact number.
10      Q.  That's all right.
11      A.  Yeah, they came pretty deep.
12      Q.  What happened then?
13      A.  I was bleeding. Leaking. Morales's head
14  was split wide open. So they got us off the tier real
15  quick. They cuffed me, took me downstairs, and
16  uncuffed me in the bullpen.
17          You know, I started tearing up. My emotions
18  started coming out, man.
19      Q.  I understand. So you were bleeding
20  obviously very heavily from the stab wounds?
21      A.  Yeah.
22      Q.  And then you were taken down --
23      A.  I was taken to the bullpens. They call it
24  the security area. And then a nurse came down there

Page 34

1   and looked at me and Morales and immediately sent us
2   to Cermak, which is the County hospital.
3       Q.  I want to break it up into sections. We'll
4   get to the Cermak portion. I will ask you about all
5   the injuries and all that. We'll get to some other
6   things as well.
7           I got to ask you this though: Did you give a
8   video statement? Do you recall giving a video
9   statement?
10      A.  I don't remember. The only time I remember
11  giving a video statement is when the state's attorney
12  came to talk to me and I decided to press charges.
13      Q.  I know about that one. Do you recall an
14  officer Rafferty giving you a video statement?
15      A.  I was still hazy, man. The female older
16  white lady, she was in there trying to ask us
17  questions. I was in tears.
18      Q.  Did she ask you if you wanted protective
19  custody? Do you recall that?
20      A.  I don't recall that.
21      Q.  Do you recall if you said you didn't want
22  protective custody?
23      A.  I don't recall. I don't recall that. I
24  don't recall none of that. I just -- at that time, at

Page 35

1   that moment right there, I was just full of emotion.
2   I was tearing, man. I was just happy to have my life.
3   You know? It felt like it went on forever.
4       Q.  So then you were taken -- after this, you
5   were taken to Cermak, right?
6       A.  Yes.
7       Q.  Was that pretty much immediately after?
8       A.  Yeah. They took us on a cart, which is --
9   it's like -- kind of like a golf cart in a way because
10  the distance from Division 10 to Cermak is -- it's
11  far, you know? It's all tunnels.
12      Q.  It's all connected?
13      A.  Yeah, it's all connected underground. It's
14  all tunnels.
15          Now, you're familiar with the County jail,
16  right?
17      Q.  I am, yes.
18      A.  Well, Division 10 is basically by 31st
19  Street, 31st and California, and Cermak is right
20  before the court buildings.
21      Q.  You have a ways to go then?
22      A.  Yeah you got a ways to go in the tunnels.
23      Q.  So you were taken to Cermak. When you got
24  to Cermak, did they examine you?

Page 36

1  A. Yeah. First, when I first got there, gang
2  intelligence wanted to talk to me first. They wanted
3  to -- they recorded the wounds and took pictures of it
4  and started talking to me and asking me details about
5  the situation. I told them exactly what I just told
6  you, everything that I knew.
7         Then the doctor put the IV in me.
8  Q. Was this a doctor at Cermak?
9  A. Yeah, a doctor at Cermak.
10  Q. Do you recall his name?
11  A. A Asian guy. That might help you.
12  Q. Maybe.
13  A. Now, Robert Morales had a big old gash in
14  his head, real big. So I know the ambulance -- I
15  heard -- you could hear the ambulance coming to get
16  him.
17         They put me in another room. The nurse
18  bandaged me up real quick and then took me to a x-ray
19  room to see if I had any internal bleeding. That's
20  what she said she took me for.
21         I kept bleeding. They took me back into
22  another room. The Asian doctor came in there, shot me
23  with some stuff to numb me, and gave me some stitches.
24  Q. Can you describe the physical injuries you

Page 37

1  sustained?
2  A. Well, the worst one was -- it was the one I
3  just showed you. What made it even worse was the
4  doctor -- because it had all pokes, right? It had
5  dead skin and dead skin on each wound, right? You
6  could tell, like, when the shank went in, I pulled
7  away and it tore.
8         The doctor ended up sewing the dead skin
9  with the dead skin and didn't even sew the hole up.
10  That's why the hole is so big right there.
11  Q. Okay. That brings another question. So he
12  sewed up that wound?
13  A. Yeah.
14  Q. Did he sew up any other wounds?
15  A. No. These were the only ones he stitched
16  up, and then he butterfly-stitched the rest of the
17  holes in my back.
18  Q. Okay. So other stitches as well?
19  A. Yeah. All together, I had like six to seven
20  holes in me.
21  Q. From that incident?
22  A. Yeah, from that incident. Yeah.
23         You could tell he was trying to stab me in
24  the face. I seen the knife was already bent and dull,

Page 38

1  but it had, like, a nice little poke here; and it
2  scraped me all the way back to right here.
3  Q. Okay. So you showed me that wound back
4  there. Have the other ones healed at all, or how are
5  they healing?
6  A. They've healed, pretty much. This is the
7  only really pain that I still get.
8  Q. In your hip area?
9  A. Yeah, on my left side.
10  Q. You said that's ongoing?
11  A. Yeah, yeah. When I finally got down to
12  Lawrence, you know, and I was still having the pain, I
13  explained to the doctor down there what happened. And
14  he told me it was going to be like that. His name was
15  Dr. Ahmed. He told me it was going to be like that
16  because the nerves, you know.
17         That's when he basically explained that they
18  stitched it wrong. They stitched the dead skin with
19  the dead skin instead of closing the hole up. I don't
20  know if you got a good look the first time, but --
21  Q. I see it.
22  A. Yeah, they didn't stitch it right.
23  Q. Did that injury keep you from -- tell me how
24  it's affected you.

Page 39

1  A. Like this situation right here down in this
2  institution, it's hell because I'm in a dormitory. I
3  always feel like I'm going to be attacked.
4         Ever since this incident here, man, it's
5  like I can never find comfort. I'm afraid to speak up
6  now. I'm never at ease. You know?
7         What makes it worse is, like, the prior
8  incident that took place with the COs. You know?
9  It's like I can't trust the people who supposed to
10  protect me. You know? And then I got inmates running
11  around me. I can't report it to the people supposed
12  to protect me because I got hurt my them before.
13  Q. Were you taken to any place after Cermak?
14  Did you go to Stroger?
15  A. This was even messed up. I had -- they
16  stitched me up, put the same bloody shirt back on me,
17  and sent me right back into the same cell, into the
18  same tier.
19         I'm in the cell, basically in tears, kicking
20  the door, asking them to get me off the deck. I got a
21  million guys hollering at me, telling me they're going
22  to kill me. They're going to kill me. You know?
23  Q. All right. Did they prescribe you any
24  medication at Cermak?

Page 40

```
 1      A.  No, they didn't.  Nurse Anderson -- I had
 2  got a tooth pulled when I was in the County at the
 3  time; so I was already on antibiotics.  They said they
 4  couldn't prescribe no more antibiotics.
 5      I didn't get nothing for the pain.  And the
 6  wound got infected again.  So I used to have to go to
 7  treatment every day, and they would just have to
 8  squeeze the pus out, clean it.
 9      Q.  Let me stop you.  When did it get infected?
10      A.  Man, like maybe around -- it started maybe
11  around a week and a half, two weeks after the
12  incident.
13      Q.  Did you go back to Cermak?
14      A.  No.  Nurse Anderson, the head nurse in
15  Division 10, used to call me down, squeeze the pus,
16  clean it.  You know, she took the stitch out, you
17  know, cleaned it all, and told me it was going to heal
18  real ugly, like it healed.
19      Q.  Yeah.  I had an infection right here too.  I
20  had the same thing.  It hurt like hell when they --
21      A.  Oh, my God.  And it's like you could smell
22  it when they were squeezing the pus out.  But it was
23  actually like -- when they ripped the scab off, and
24  the pus come out, it was like a relief.
```

Page 41

```
 1      Q.  Exactly.  How many times did they have to do
 2  that for you?
 3      A.  They did it maybe around -- once they
 4  started seeing the redness and the irritation and the
 5  infection, maybe around two weeks, every day after
 6  that.
 7      Q.  Were you still on the antibiotics from when
 8  you got your tooth pulled?
 9      A.  It ran out during that time.
10      Q.  Do you recall what the antibiotics were?
11      A.  No, I don't remember.  It was the dentist in
12  Division 6 that pulled my tooth.  She was a Arab lady.
13  She's the one that prescribed me the antibiotics.
14      Q.  And then it finally healed up.  How long did
15  that take to heal?
16      A.  Man, it took months.  You know, the scab was
17  like this.  Then it kept shrinking, shrinking, and
18  shrinking.  Then it healed the way you see it.
19      Q.  Talking right now -- and this is two years
20  ago or so -- are you still having treatment for these
21  injuries?
22      A.  Well, from the actual injury, no, but I
23  still get mental health treatment over it.
24      Q.  How often do you do that for?
```

Page 42

```
 1      A.  Well, you know, due to the fact that they're
 2  understaffed and overbooked, I get to see Mental
 3  Health at least once to twice a month.
 4      Q.  Okay.
 5      A.  When I was in Lawrence, I was going to
 6  meditation meetings and, you know, cope skill meetings
 7  and stuff like that.
 8      That's when they prescribed me -- they
 9  diagnosed me with -- because after they heard
10  everything and, you know, the things I've been through
11  in my life -- and then that right there put the icing
12  on the cake -- they diagnosed me with PTSD and bipolar
13  with depression.
14      Q.  I kind of want to get into the grievance
15  process.  You're familiar with the grievance process?
16      A.  Yeah.
17      Q.  When you came to Cook County jail, did they
18  give you a copy of the handbook and how to file
19  grievances?
20      A.  They didn't.  I was getting assisted with
21  older inmates that's been around.  They were telling
22  me how to file the grievance and all of that.
23      Q.  When you came in, they didn't give you any
24  card?
```

Page 43

```
 1      A.  They don't do that in Cook County.  They may
 2  say they do and they may make you sign a paper and act
 3  like they issued you something, but they don't care
 4  about you like that in Cook County.
 5      Q.  Do you understand the grievance process
 6  based upon what the other folks are telling you?
 7      A.  Yeah.  I actually kind of did my own little
 8  research by asking questions to different people.  I
 9  exhausted all of my institutional remedies.
10      Q.  That's my next question.  So you filed
11  grievances in this matter, right?
12      A.  Yes.
13      Q.  What did they say back after you filed a
14  grievance?
15      A.  Going back to the first incident from the
16  excessive force, I already knew how 10 was and how the
17  officers was.  I was filing grievances letting them
18  know that I'm scared for my life to even go back to
19  that building.
20      After six months, after I got medically
21  cleared to go back, I was already spooked.  That
22  building, you got guys snorting pills and getting high
23  and doing all type of crazy stuff.
24      Q.  Did you actually -- you appealed the
```

Page 44

1  decision in this case?
2      A.  Yeah, I appealed it.  All right.  Now, when
3  I filed the grievance, I said I would like for a
4  proper investigation to be taken in the matter and
5  something else that the guy wrote for me.
6          Then she responded that the grievance is
7  going to be forwarded to OPR.  And then only thing OPR
8  wrote that I can remember is "Original response
9  stands."
10     Q.  I understand.  I just had to ask that
11 question.  I have the grievances.
12     A.  Yeah, yeah.
13     Q.  This is the last thing we need to get into,
14 your damages now.  A lot of these are going to be kind
15 of boilerplate questions, but we'll just roll through
16 them.
17         Do you have any headaches or anything else
18 from this incident?
19     A.  It just added to my lower back pain from the
20 first incident.  You know, I get Tramadol for that.  I
21 was on Tylenol 3s.  I'm prescribed Tramadol for that
22 right now.
23     Q.  You didn't have any surgery for this, right?
24 Just the stitches?

Page 45

1      A.  Just the stitches.
2      Q.  You said you were punched too.  Were you
3  punched in the head, from what you recall?  Where were
4  you punched?
5      A.  I was hit on my, like, back left-side area.
6  From me feeling anything to the ring and to the rush,
7  everything was just a blur.  I still get, like, if
8  it's real silent, ears still ringing, migraines.
9      Q.  Do these injuries keep you from doing
10 anything that you would normally do?
11     A.  Oh, man.  I can't do a lot of things I want
12 to do, such as I want to work in the kitchen.  I can't
13 be around the fire.  Can't be around the heat.  I
14 can't work no LTS job.
15     Q.  What is LTS?
16     A.  Like working in the gym or something like
17 that.
18     Q.  Exercising is --
19     A.  Yeah.  When I got locked up, I was 170.  I'm
20 250.
21     Q.  Are you still in any pain from the injuries?
22     A.  Yeah.  The actual hole still hurts.  My
23 lower back is shot.  Sometimes it locks up to where I
24 can't move.  You know?  I'm always uncomfortable.

Page 46

1      I can't hear people talk loud.  I can't hear
2  people holler, argue, debate, cheer.  You know?  I
3  hate it when there's, like, big Superbowl games on or
4  championship games on, you know, Stanley Cup.
5  Anything that gets people riled up, I feel like -- I
6  always feel like attacking somebody.  It's like, in my
7  mind.  I'm saying attack before they attack you.  You
8  know?
9          And I've never been like that, man.  It's
10 just a unsettling feeling.  It took me ten months.  It
11 took me ten months to even get my GED because I was
12 having so much trouble.  The principal had to work
13 with me, and the teacher had to work with me and alone
14 time at times.  It's hard, man.  It's hard.
15     Q.  Okay.  I don't have any other questions to
16 ask in terms of this incident, your injuries, and all
17 of that.  Do you have anything to say to clarify any
18 of the answers you gave?
19     A.  No, man.  We pretty much covered all the
20 things.  I just want to know why, you know, I wasn't
21 helped, man, when I asked for it.  I don't care about
22 no monetary value or nothing like that.  I want my
23 peace of mind.  I want -- I'm a grandfather, man, and
24 I'm afraid that's going to affect me from enjoying my

1  grandkids, taking them places.

2       You just don't know, man.  I'm pretty sure

3  you've been punched before, man.  I'm pretty sure,

4  soon after that punch, if somebody came to you, you'd

5  flinch.  It's like that if I hear somebody talk too

6  loud.

7       Ever since then, my -- you can probably tell

8  -- my voice has always been amped.  I'm always feeling

9  threatened.  Some people be telling me, "Man, calm

10  down.  You're tripping."

11       I always feel like somebody is going to

12  attack me; so I might as well attack them.

13    Q.   Okay.  Besides all that -- and I understand

14  that.  For a grandfather you look pretty young.  I'll

15  say that.  Okay?

16       Beyond that, do you have anything to clarify

17  to any of the answers you gave?

18    A.   No.  We pretty much covered everything.

19       MR. MURPHY:  This deposition is ended then.

20       THE WITNESS:  What is our next step?

21       MR. MURPHY:  Relative to transcripts, there

22  is two ways we can do it.  You can review it and make

23  any grammatical or spelling changes you need.  Then

24  you can sign it and return it to the court reporter.

1  The changes can only be grammatical or spelling.  Or

2  you can waive signature, which means the court

3  reporter will just go ahead and prepare the deposition

4  transcripts and get copies to you, whichever you want.

5            THE WITNESS:  Just waive my signature.  I

6  know everything is being recorded.  I have trust in

7  you.  I have trust in her.  Everybody is doing their

8  job.  Everybody is fair up.

9

10                    (Deposition concluded at 2:10 p.m.;

11                    by agreement, signature waived.)

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 49

1                CERTIFICATE OF REPORTER

2

3        I, BRENDA L. ZEITLER, a Certified Shorthand

4  Reporter and Registered Professional Reporter within

5  and for the State of Illinois, do hereby certify that

6  the witness, PEDRO OROZCO, whose testimony appears in

7  the foregoing deposition was duly sworn by me; that

8  the testimony of said witness was taken on July 18,

9  2019, by me to the best of my ability and thereafter

10 reduced to typewriting under my direction; that I am

11 neither counsel for, related to, nor employed by any

12 of the parties to the action in which this deposition

13 was taken, and further that I am not a relative or

14 employee of any attorney or counsel employed by the

15 parties thereto, nor financially or otherwise

16 interested in the outcome of the action.

17

18

19        _____

20             Brenda L. Zeitler, CSR-RPR

21          Illinois License No. 084-004062

22

23

24

**A**

**a.m** 25:6
**ability** 7:4 49:9
**able** 19:22,24
**above-entitled** 1:13
**Absolutely** 8:24
**accident** 7:15,16
**accurate** 11:20
**act** 43:2
**action** 49:12,16
**ACTIONS** 2:4
**activated** 20:14
**actual** 5:17 9:3,6
  11:10 12:6,11
  23:17 41:22 45:22
**Adam** 13:1
**added** 44:19
**affect** 7:3 46:24
**afraid** 39:5 46:24
**afternoon** 24:17
**ago** 4:14 41:20
**agree** 15:12 16:24
**agreement** 48:11
**ahead** 16:16 23:23
  27:9 33:3 48:3
**Ahmed** 38:15
**AL** 1:6
**alley** 32:22
**altercation** 13:2,5
  23:18 26:1,8
**ambulance** 36:14
  36:15
**amped** 47:8
**amping** 22:24
**Anderson** 40:1,14
**Andrew** 13:3 14:11
  17:18 29:8
**angry** 17:14
**answer** 6:8,9
**answers** 46:18
  47:17
**antibiotics** 40:3,4
  41:7,10,13
**appealed** 43:24
  44:2
**APPEARANCES**
  2:1
**Appearing** 2:2,7
**appears** 49:6

**appellate** 10:13
**apply** 5:8
**approximately**
  10:21
**Arab** 41:12
**area** 17:10 18:20
  25:16 26:2,3,24
  27:2 33:24 38:8
  45:5
**argue** 46:2
**Armed** 10:10
**Asian** 36:11,22
**asked** 46:21
**asking** 36:4 39:20
  43:8
**assaulted** 9:5 13:14
**asshole** 14:3
**assigned** 24:19,20
**Assistant** 3:8
**assisted** 42:20
**attack** 46:7,7 47:12
  47:12
**attacked** 39:3
**attacking** 31:6 46:6
**attention** 12:6
**attorney** 3:9 34:11
  49:14
**ATTORNEY'S** 2:3
**August** 10:22,22
**available** 8:17

**B**

**back** 6:10 15:10
  19:13 22:17,19,24
  24:5,9,11,13,15
  24:16 29:9,9,10
  29:11,19 30:16
  32:9,10,11,23
  36:21 37:17 38:2
  38:3 39:16,17
  40:13 43:13,15,18
  43:21 44:19 45:5
  45:23
**backing** 18:5
**band** 32:5,6
**bandaged** 36:18
**Banger** 29:4 30:15
**based** 15:6 43:6
**basically** 11:7

**15**:10,18 16:11
  25:14 27:10 28:2
  35:18 38:17 39:19
**beating** 28:6
**began** 25:3
**Behalf** 2:6
**believe** 29:8 30:19
  30:21,22 31:1,2,6
**Benadryl** 7:1
**bench** 25:16,18
**benches** 25:17 31:3
**bent** 37:24
**best** 49:9
**Beyond** 47:16
**big** 31:15,18 36:13
  36:14 37:10 46:3
**bigger** 15:17 28:5
**biggest** 15:18
**bipolar** 42:12
**birth** 9:16
**bit** 10:7 21:19
  31:15 32:8
**bitch** 23:1,2,2
**black** 14:8 19:4
  26:14 27:17
**blacks** 21:5
**blazed** 28:20
**bleeding** 33:13,19
  36:19,21
**blood** 7:20
**bloody** 39:16
**blow** 23:15
**blur** 28:7,19 29:6
  29:13 45:7
**body** 17:13 18:23
  20:13
**boilerplate** 44:15
**boogers** 7:20
**Boop** 20:19
**break** 6:17 34:3
**Brenda** 1:14 49:3
  49:20
**briefed** 18:16
**brings** 37:11
**broke** 15:9
**bubble** 17:10,11,17
  18:7,8,8,16
**building** 13:15 14:6
  14:13 16:2 43:19

**43**:22
**buildings** 15:24
  35:20
**built** 15:2,14
**bull** 15:23
**bullpen** 33:16
**bullpens** 33:23
**BUREAU** 2:4
**bus** 24:14,14,15,16
**Buspar** 7:1
**butterfly-stitched**
  37:16

**C**

**C** 1:5
**cake** 42:12
**Cal** 12:21
**California** 35:19
**call** 19:2 21:10,11
  32:22 33:23 40:15
**called** 1:12 4:2
  16:11 18:9
**calm** 18:18 21:11
  22:6,21 23:2 47:9
**calmed** 21:19
**camel's** 15:10
**camera** 18:24
  19:21 20:13
**cams** 18:23
**caption** 3:7
**car** 7:15,16
**card** 42:24
**care** 43:3 46:21
**cart** 35:8,9
**case** 3:5 31:20 44:1
**catch** 24:14
**caught** 24:15
**cause** 1:13
**CDs** 8:16
**cell** 7:19 12:16 19:1
  21:15 22:6,8,9,19
  25:8 26:16 33:6
  39:17,19
**cells** 17:20 29:9
**celly** 12:24
**cellys** 12:24
**Center** 1:16 2:4
  3:19 6:1,2,3,4
**centers** 11:9

**Cermak** 34:2,4
  35:5,10,19,23,24
  36:8,9 39:13,24
  40:13
**certain** 16:4
**CERTIFICATE**
  49:1
**Certified** 49:3
**certify** 49:5
**championship** 46:4
**CHANCERY** 1:1
**changes** 47:23 48:1
**charges** 34:12
**Charles** 10:6
**chase** 32:17
**chased** 32:4
**check** 10:3
**cheer** 46:2
**Chicago** 2:5 3:19
**CIRCUIT** 1:1
**City** 1:16
**civil** 1:14 2:4 3:12
**clarify** 5:20,21 6:10
  8:3 46:17 47:16
**Classification**
  21:11
**clean** 40:8,16
**cleaned** 40:17
**cleared** 43:21
**clearing** 25:8
**clearly** 20:11
**close** 32:7,7
**closed** 17:15
**closing** 38:19
**coffee** 25:14,22
**coincides** 7:2
**come** 18:23 20:18
  24:16 25:11 26:12
  29:24,24 33:7
  40:24
**comes** 5:19
**comfort** 39:5
**coming** 17:24 29:14
  33:18 36:15
**commencing** 1:18
**Commission** 6:6
**complain** 11:21
**complainant** 3:4
**complaint** 8:9,10

11:11,13,20
composure 30:12
    31:22 32:12
concluded 48:10
condemned 7:19
conditions 7:17
conducted 3:11
confinement 7:18
connected 35:12,13
connection 26:7
consequences 17:3
continue 8:2
continues 32:16
control 27:18
convened 3:14
conversation 26:10
convictions 11:2
Cook 1:1 2:3 3:3,9
    10:1,9,15 13:12
    42:17 43:1,4
cool 14:3 18:19
    21:14 25:20
cope 42:6
copies 48:4
copy 42:18
corner 30:22
correct 3:21 4:16
    4:18 5:6,7 6:14
    7:11,12 12:15
    13:4
Correctional 1:16
    3:20
corrections 7:23
COs 39:8
counsel 49:11,14
county 1:1,1,17 2:3
    3:3,9 10:1,9,15
    13:8,12 14:10
    15:8 19:5 21:4,6
    34:2 35:15 40:2
    42:17 43:1,4
couple 8:21 12:7
    31:20
court 1:1 3:14 4:21
    7:10 15:23 24:1,2
    24:3,4 27:4 35:20
    47:24 48:2
courtroom 5:5,9
courts 10:14 11:17

covered 46:19
    47:18
crazy 16:13 43:23
creating 3:15
criminal 10:8
CSR-RPR 1:15
    49:20
cuffed 33:15
cup 25:13 46:4
custody 21:9,10
    34:19,22

D

D 2:8
daily 6:24
Daley 2:4 6:2,4
damages 44:14
date 9:16 12:12
    16:4
day 1:18 12:6 13:11
    17:21 19:17 21:15
    24:4,5,10,10 25:9
    25:10 32:4,11
    40:7 41:5
days 12:7 25:21
daze 30:4
dead 37:5,5,8,9
    38:18,19
debate 46:2
decided 34:12
decision 44:1
deck 15:2,16 16:19
    17:2 19:17 20:18
    22:5,16 23:15
    39:20
deep 33:8,11
defend 19:10 31:23
defendants 1:7,12
    2:6 3:10 4:2
definitely 9:10
Delauw 18:4
demonstrating
    19:20
dentist 41:11
DEPARTMENT
    1:1
deposition 1:11 3:3
    3:11,18 4:11 6:13
    7:8 8:7,19 47:19

48:3,10 49:7,12
depositions 4:19
depression 42:13
describe 13:5 36:24
details 36:4
detention 11:9
diagnosed 42:9,12
difference 13:16
different 43:8
direct 12:5
direction 33:2
    49:10
discovery 12:1
discussed 3:16
Discussion 8:5
Dispensary 23:10
distance 27:3 35:10
District 3:13
Division 1:1 10:19
    12:13 14:6 23:4
    35:10,18 40:15
    41:12
doctor 36:7,8,9,22
    37:4,8 38:13
documents 8:6
doing 8:18 10:2
    29:5 32:10 43:23
    45:9 48:7
door 17:12,15 18:1
    19:1 22:20 23:1,8
    23:8 32:2 39:20
doors 14:1 23:6,7
dormitory 39:2
downstairs 33:15
Dr 38:15
drink 10:5
drinking 25:22
    30:8
drunk 30:7,7,8,8
dude 14:4,24 19:5
    26:7 27:18,19
    31:14,15,18
dude's 21:15
dudes 14:7,12
    15:16 19:6 27:21
due 42:1
dull 37:24
duly 4:3 49:7

E

E 2:8
early 24:10
ears 45:8
ease 39:6
east 30:22
education 9:18
Effexor 6:24 7:2
Either 20:11
elevator 20:23
    21:24
else's 23:8
emotion 35:1
emotions 33:17
employed 9:24
    49:11,14
employee 49:14
ended 32:1,3 37:8
    47:19
ends 6:13
energy 10:5
English 5:12,13
enjoying 46:24
enter 10:15
errors 6:15
escort 19:1
Esq 2:3
ET 1:6
eventually 33:3
everybody 23:5,8,9
    48:7,8
exact 33:9
exactly 12:9 30:21
    31:14 36:5 41:1
examination 1:12
    2:12 4:5
examine 35:24
examined 4:4
excessive 43:16
Exercising 45:18
exhausted 43:9
EXHIBITS 2:14
expecting 25:19
explained 38:13,17
eye 19:24

F

face 21:1 28:22
    29:14 30:11 37:24

faced 30:20
facility 3:20 7:23
facing 30:20
fact 42:1
fair 48:8
fall 29:12
Falls 24:21
familiar 35:15
    42:15
far 5:17 13:8 14:12
    21:5 35:11
fast 3:17 23:20
February 9:23
feces 7:20
federal 1:13 3:12
    7:10
feel 23:14 28:19
    30:14 39:3 46:5,6
    47:11
feeling 29:10 45:6
    46:10 47:8
fell 30:9
felt 35:3
female 14:20 18:10
    34:15
fifth 6:6
fight 15:4,12 16:3
    17:4,12,14 31:21
fighting 15:20
    30:17
file 42:18,22
filed 7:10 11:13,15
    11:16,16 43:10,13
    44:3
filing 43:17
finally 33:4 38:11
    41:14
financially 49:15
find 19:10 26:12
    39:5
fire 45:13
first 4:3 5:12 16:11
    20:18 24:14,16
    36:1,1,2 38:20
    43:15 44:20
five 19:4
flashing 19:18
flinch 47:5
floor 6:6,7 28:21

flush 27:20
fly 16:20
focus 28:21
folks 43:6
follows 4:4
foot 27:6,7,13
force 43:16
foregoing 49:7
forever 35:3
former 3:3
forward 23:20
forwarded 44:7
found 10:11,13
front 5:5 13:11
 33:5
froze 22:2,11
full 27:17 35:1
function 13:21
further 49:13

**G**

gain 28:21
games 46:3,4
gang 36:1
gangway 32:23
gash 36:13
gather 30:12
gathered 31:22
GED 9:20 46:11
getting 9:6 14:7,12
 20:22 21:24 25:23
 26:19 27:24 28:13
 28:14,17,21 30:3
 31:9 32:3,4 42:20
 43:22
give 34:7 42:18,23
given 4:11
gives 27:18
giving 34:8,11,14
go 6:10 16:16 19:13
 22:5,17 23:23
 24:1,1 25:12,14
 25:23 27:9 29:5
 30:15 33:3 35:21
 35:22 39:14 40:6
 40:13 43:18,21
 48:3
God 40:21
goes 15:15 24:3

27:19
going 4:22 5:2
 12:10 13:8 14:10
 15:7,19,20 16:18
 16:19,20,23 17:1
 19:9,12,13 21:1,2
 21:2,5,8,12 22:23
 27:15,22 31:10
 32:20 33:1 38:14
 38:15 39:3,21,22
 40:17 42:5 43:15
 44:7,14 46:24
 47:11
golf 35:9
good 12:5 18:13
 21:22 38:20
gots 19:9 20:2
grab 29:7 30:12
 32:2
grabbed 29:9
grammatical 47:23
 48:1
grandfather 46:23
 47:14
grandkids 47:1
Great 5:15 9:21
green 20:16,20
grievance 42:14,15
 42:22 43:5,14
 44:3,6
grievances 8:10
 42:19 43:11,17
 44:11
ground 30:10
guaranteed 19:12
 21:7
guess 18:16
guidelines 11:24
guilty 10:11,12,13
guy 13:24 16:12
 24:22 27:17 36:11
 44:5
guys 3:19 13:17,20
 14:8,19 15:12
 16:17 19:4 21:6
 22:10,16 23:24
 24:1 25:24 26:15
 39:21 43:22
gym 45:16

**H**

H-e-s-s-i-o-n 3:5
half 4:14 27:6,8,13
 40:11
hallway 19:2 21:24
hand 19:21 32:6
handbook 42:18
handle 32:8,9
hands 19:19 26:22
happen 16:14,18
 19:13 21:1,12
happened 9:3,4
 12:2 13:6 14:6
 17:16,23 19:8
 23:3,18,21 25:1
 27:9 31:8 33:12
 38:13
happening 14:13
 16:10 19:4 26:15
 28:11 30:4 32:19
happy 35:2
hard 46:14,14
hate 46:3
hazy 34:15
he'll 32:9
head 11:5 28:20
 33:13 36:14 40:14
 45:3
headaches 44:17
headline 9:8
heal 40:17 41:15
healed 38:4,6 40:18
 41:14,18
healing 38:5
health 13:15,21
 23:5 41:23 42:3
hear 20:18 28:19
 31:10 36:15 46:1
 46:1 47:5
heard 15:3 20:17
 26:12 29:1 36:15
 42:9
heat 45:13
heated 17:13
heavily 33:20
held 8:5
hell 39:2 40:20
help 36:11
helped 46:21

helping 10:5
Hession 1:6 3:5
 18:10,22 19:7,11
 20:8 21:9
high 17:21 43:22
highest 9:18
hip 38:8
history 10:8 14:18
hit 16:12 20:19
 30:8 31:11 45:5
Hold 22:11
hole 37:9,10 38:19
 45:22
holes 19:23 37:17
 37:20
holler 22:17,17
 46:2
hollering 23:1
 39:21
horse 26:13
hospital 9:3,5,5
 34:2
housed 10:18 12:12
Hudson 24:22 25:4
 25:24 26:18 27:17
 28:5,5,10 29:20
 30:2,17
hurt 39:12 40:20
hurts 45:22

**I**

ice 26:20 29:18
icing 42:11
IDOC 10:20
Illinois 1:1,17 2:5
 7:22,23 49:5,21
immediately 34:1
 35:7
important 9:2
incarcerated 15:16
 17:2
incident 12:6 13:23
 15:4 18:17 20:9
 21:16,17 25:1
 37:21,22 39:4,8
 40:12 43:15 44:18
 44:20 46:16
incidents 13:9,12
 15:23

indirect 14:17,23
infected 40:6,9
infection 40:19
 41:5
information 9:2
 11:23
injuries 9:3 34:5
 36:24 41:21 45:9
 45:21 46:16
injury 38:23 41:22
inmate 3:3 13:3
 14:2 18:15,24
 20:1 22:18 23:24
 26:5
inmates 14:12
 25:12 39:10 42:21
inside 24:1
institution 39:2
institutional 43:9
intelligence 36:2
intentionally 17:6,7
interested 49:16
interlock 17:9,17
 17:18
internal 36:19
interrupt 15:11
 16:22 19:15 26:4
 27:3 28:9 30:6
intervene 28:10
investigation 44:4
irritation 41:4
isolate 15:3
issued 43:3
issues 13:21
IV 36:7

**J**

J 2:4
Jackson 18:14,14
 18:16,17 21:18
jail 10:1,9,15 13:13
 19:5 21:4 35:15
 42:17
Jamil 28:23 29:1
 30:10,15
Jamil's 29:7
January 12:8,9
 23:18,20 25:1
job 45:14 48:8

joking 26:13
Joseph 2:3 3:8
josepht.murphy...
 2:6
judge 5:5 18:3
July 1:18 49:8
jumped 14:7 27:24
jury 5:6
juvenile 11:9

**K**

keep 15:19 19:19
 19:21 29:7 38:23
 45:9
kept 22:23,24
 30:12 31:23 32:1
 32:4,10 36:21
 41:17
kicked 28:22 29:12
kicking 17:12
 28:23,24 29:7
 30:11 39:19
kill 39:22,22
kind 10:4,6 13:21
 14:9,15,18 15:2,9
 22:20 25:2,18,20
 28:1,12 29:18
 31:13,14 32:11
 33:1 35:9 42:14
 43:7 44:14
kitchen 45:12
knew 6:5 17:3 21:5
 23:12 26:13 36:6
 43:16
knife 19:9,16,22
 20:5 26:20 27:16
 27:18 29:9,13,14
 29:18 32:5,6,13
 32:14,14 37:24
knives 29:2
know 3:6,16 5:18
 5:23 6:11,17 7:6
 8:16 9:5 10:6,24
 11:5,17,23 12:7
 13:8,16,16,20,22
 14:2 15:5,15,21
 15:23,24 16:6,11
 17:4,13 18:16
 19:16,18,19 20:1

20:1,6,14,20,21
 20:23 21:1,14,20
 21:20 22:6,10,18
 22:21,23 23:6,14
 24:5,21 25:5 26:4
 26:6,9,11,20 28:2
 28:7,18,20 29:24
 30:1,21 31:11,11
 31:22 32:21,24
 33:8,17 34:13
 35:3,11 36:14
 38:12,16,20 39:6
 39:8,10,22 40:16
 40:17 41:16 42:1
 42:6,10 43:18
 44:20 45:24 46:2
 46:4,8,20,20 47:2
 48:6

**L**

L 1:14 49:3,20
lady 34:16 41:12
language 5:12,17
languages 5:11
late 24:16
Latino 14:7,12,24
 15:16 19:5,6
 26:14
Latinos 21:6
Lawrence 7:18,24
 11:15 38:12 42:5
lawsuit 7:10 9:1
 11:21 18:3
lawsuits 7:13
leaking 16:1 33:13
leave 17:16 18:8
left 12:24 29:15
 30:23 38:9
left-hand 31:2
left-side 45:5
leg 29:7 30:10,13
let's 11:10 12:9
 23:20 24:24
letting 43:17
level 9:18
License 1:15 49:21
life 11:8,9 17:2 35:2
 42:11 43:18
lifting 30:10

light 7:20 20:15,17
 20:21
liked 14:19
Lincoln 1:15,17
 3:20
Liquor 6:6
little 7:5 10:7 14:18
 20:16 21:19 32:8
 32:23 38:1 43:7
local 3:13
lock 19:1 23:14
locked 20:7 23:9
 24:8,9,13 45:19
locks 45:23
lockup 24:6
Logan 1:17
long 10:24 11:17
 41:14
look 8:20 9:10 20:1
 20:2 21:22 38:20
 47:14
looked 28:12 33:5
 34:1
lot 9:2,7 13:9 19:6
 19:20 28:5 44:14
 45:11
loud 46:1 47:6
lower 44:19 45:23
LTS 45:14,15

**M**

mail 11:18
male 14:19
man 19:8 20:23
 22:16 25:3 28:21
 29:13 31:15 32:17
 32:18 33:18 34:15
 35:2 39:4 40:10
 41:16 45:11 46:9
 46:14,19,21,23
 47:2,3,9
manual 18:24
March 11:16
MARKED 2:15
mate 12:16
mates 26:16
matter 43:11 44:4
max 13:15 23:5
maximum 12:14

Maywood 24:3
Meadows 24:2
mean 6:18
means 48:2
medically 43:20
medication 6:24
 23:5,7,11 39:24
medications 6:21
 7:3,7
meditation 42:6
meds 23:9
meetings 42:6,6
mental 13:15,21
 23:4 41:23 42:2
messed 39:15
migraines 45:8
million 39:21
mind 14:4 46:7,23
minutes 21:18
 32:18
moment 17:8,23
 27:21 29:8 35:1
Monday 12:8 23:16
monetary 46:22
month 4:14 42:3
months 41:16
 43:20 46:10,11
Morales 25:24 26:5
 26:19 28:4,6,10
 29:19 30:2,16
 31:7 32:20 34:1
 36:13
Morales's 33:13
motion 30:9
motivated 13:9
move 19:8 20:11,24
 45:24
Murphy 2:3,12 3:2
 3:8,22 4:6 8:4
 22:2,10,15 47:19
 47:21

**N**

N 2:8
naked 19:24
name 3:8 4:7,9
 12:18,24 18:4,14
 24:22 36:10 38:14
named 13:3 18:6

24:22 25:24
nature 13:5
necessary 22:22
need 4:9 6:17 19:8
 20:24 44:13 47:23
needed 11:21 20:9
needs 14:13 16:10
 16:14
neither 49:11
nerves 38:16
never 11:23 39:5,6
 46:9
news 13:10 25:22
nice 38:1
nickname 12:19
night 23:3,6,7
normally 45:10
north 30:20
north/south 30:20
Northern 3:13
notice 3:14 19:24
 28:23 30:17
noticed 26:20
numb 36:23
number 3:7 33:7,9
nurse 33:24 36:17
 40:1,14,14

**O**

oath 4:4 5:2,4
obviously 22:1
 23:12 33:20
occurred 12:7
odd 10:2
OFFICE 2:3
officer 1:6 13:13
 14:1,2,3 16:12,13
 17:15,17,24 18:3
 18:4,5,6,9,15 23:6
 23:12 24:21 25:3
 34:14
officer's 11:24 17:9
officers 3:6 18:12
 18:13,24 21:4
 33:4,7 43:17
Oh 7:16 25:3 40:21
 45:11
okay 4:11 6:11,12
 6:15,18 9:10 10:8

11:2 12:5 21:8
23:23 27:6 31:4
37:11,18 38:3
42:4 46:15 47:13
47:15
**old** 9:14 36:13
**older** 34:15 42:21
**once** 14:11 24:13
31:22 41:3 42:3
**one-on-one** 16:19
16:23 27:24 28:14
**ones** 37:15 38:4
**ongoing** 38:10
**open** 23:7 33:14
**opened** 18:1 23:8
**opens** 23:6
**opportunity** 6:14
8:13
**opposite** 33:2
**OPR** 44:7,7
**organs** 14:20
**Original** 44:8
**Orozco** 1:3,11 2:2
2:11 3:4,4,5 4:1,9
4:12 5:11 9:14
18:18 49:6
**outcome** 49:16
**outside** 24:1
**overbooked** 42:2

**P**

**P-3s** 13:17,20
**P-4** 13:24
**P-4s** 13:17,17
**p.m** 1:18 3:22
24:11 48:10
**Page** 2:9
**pain** 38:7,12 40:5
44:19 45:21
**pants** 19:20,23 20:6
20:7
**paper** 9:6,8 43:2
**part** 11:22
**parties** 49:12,15
**paycheck** 10:3
**peace** 15:19 46:23
**Pedro** 1:3,11 2:2,11
3:3,4 4:1,9 49:6
**penalties** 5:8

**pens** 15:24
**people** 15:3 22:23
39:9,11 43:8 46:1
46:2,5 47:9
**percent** 11:1 31:1
**perjury** 5:8
**personal** 26:7
**phone** 30:22
**phonetic** 18:4
24:21
**physical** 36:24
**pick** 26:20 29:18
**pictures** 36:3
**pills** 43:22
**piss** 25:24 26:18
**pissing** 26:1
**place** 3:18 13:12
15:23 16:4 18:17
39:8,13
**places** 47:1
**Plaintiff** 1:4,11 4:2
**playing** 26:13
**plead** 10:11
**please** 3:16 4:7
**point** 26:14 31:24
**poke** 20:6 38:1
**poked** 19:23
**pokes** 37:4
**poking** 29:10
**portion** 34:4
**positive** 22:4
**possible** 8:2
**pounds** 15:17
**Preferably** 20:24
**preliminary** 12:10
**preparation** 8:7
**prepare** 48:3
**prescribe** 39:23
40:4
**prescribed** 41:13
42:8 44:21
**present** 3:15
**press** 34:12
**pretty** 33:8,11 35:7
38:6 46:19 47:2,3
47:14,18
**principal** 46:12
**prior** 9:24 11:2
14:18 39:7

**prison** 9:22 11:8
**Pro** 2:2 8:23
**probably** 7:5 19:4
47:7
**problem** 5:13 9:13
19:18
**problems** 5:15,16
**Procedure** 1:14
**procedures** 3:12
**process** 42:15,15
43:5
**Professional** 49:4
**promote** 10:5
**proper** 44:4
**protect** 39:10,12
**protective** 21:8
34:18,22
**PTSD** 42:12
**pulled** 37:6 40:2
41:8,12
**punch** 28:5 30:7,8
47:4
**punched** 28:8,10
30:4,6 45:2,3,4
47:3
**punches** 27:22
**punching** 28:24
30:14
**pursuant** 1:13 3:14
**pus** 40:8,15,22,24
**push** 29:23 31:7
**pushed** 30:1
**pussy** 16:12,12
**put** 32:9,13 36:7,17
39:16 42:11

**Q**

**question** 5:22 6:8
8:1 25:7 37:11
43:10 44:11
**questions** 12:10
34:17 43:8 44:15
46:15
**quick** 15:12,15
17:15 24:24 25:3
26:4 29:19 33:15
36:18

**R**

**racially** 13:9

**Rafferty** 34:14
**ran** 17:8,11 18:2
29:8 33:5 41:9
**rapport** 18:14
**read** 9:9
**ready** 20:22 25:23
**real** 26:7 29:19
33:14 36:14,18
40:18 45:8
**really** 15:11 24:24
26:4 27:5 38:7
**reason** 6:18,20
**recall** 12:18 16:9
30:10 34:8,13,19
34:20,21,23,23,24
36:10 41:10 45:3
**received** 9:19,20
**record** 3:2,15 4:8
8:4,5
**recorded** 36:3 48:6
**records** 9:3
**recreation** 17:21
**red** 20:19
**redacted** 9:2,7,8
**redness** 41:4
**reduced** 49:10
**reflect** 3:2
**refuses** 18:8
**refusing** 17:4,16
**Registered** 49:4
**related** 49:11
**relative** 47:21
49:13
**relax** 19:14 21:12
**relief** 40:24
**remedies** 43:9
**remember** 9:21
29:13 34:10,10
41:11 44:8
**repercussions** 17:3
**rephrase** 5:23
**report** 39:11
**reporter** 3:14 4:21
27:4 47:24 48:3
49:1,4,4
**reports** 24:23
**represent** 3:9
**requested** 11:23
21:8

**research** 43:8
**resolve** 31:21
**responded** 44:6
**response** 22:4 44:8
**rest** 25:12 37:16
**return** 47:24
**review** 6:14 47:22
**reviewed** 8:6,8
**Richard** 2:4
**Ricky** 24:22 25:4
25:24 26:18 27:17
28:5,5
**right** 3:24 4:15,17
4:23 5:24 6:3,9
7:16 8:23,23 9:12
10:14 11:11,14
12:23 13:2,3,7,13
14:23 16:7 17:20
19:12 21:14,16,16
21:17 23:5,13,18
25:9 27:2 28:9
29:14,17,20,21
30:20,24 31:6,19
32:15 33:10 35:1
35:5,16,19 37:4,5
37:10 38:2,22
39:1,17,23 40:19
41:19 42:11 43:11
44:2,22,23
**riled** 46:5
**ring** 31:10 45:6
**ringing** 28:19,19
45:8
**ripped** 40:23
**robbery** 10:10
**Robert** 26:19 28:4
36:13
**roll** 44:15
**Rolling** 24:2
**roof** 16:7
**room** 13:11 17:21
21:15 24:10 25:9
25:10 32:5,11
36:17,19,22
**Ross** 28:24 29:23
29:24 30:10,15,18
30:21 31:6,14
**row** 25:13
**Ruiz** 13:1

**rules** 1:14 3:12,13
**running** 39:10
**runs** 27:19
**rush** 45:6

**S**

**safety** 21:7
**sampling** 10:7
**sat** 22:23
**saw** 30:16
**saying** 9:21 31:12
  46:7
**scab** 40:23 41:16
**scared** 43:18
**scraped** 38:2
**screen** 13:12,24
  22:11
**scuffle** 26:19 33:1
**scuffling** 29:20
**Se** 2:2 8:23
**second** 8:4 14:15
  22:3,12 24:14,15
  25:12,18 27:12
**sections** 34:3
**security** 12:14
  33:24
**see** 9:6 17:20 19:21
  19:22 20:3,7
  22:11,13 23:24
  24:21 27:15,15
  29:14,16 32:8
  36:19 38:21 41:18
  42:2
**seeing** 41:4
**seen** 14:11 17:16
  20:15,17 37:24
**segregation** 7:19
**send** 8:16
**sent** 10:9,20 34:1
  39:17
**sentence** 10:24
**separated** 20:10
**September** 10:17
**Sergeant** 18:9,10
  18:22,23 19:7,11
  19:11 20:8,8 21:9
  21:9
**Sergeants** 21:23
**seven** 37:19

**sew** 37:9,14
**sewed** 37:12
**sewing** 37:8
**shank** 26:20 37:6
**shanks** 29:2
**shift** 19:13 21:13
**shirt** 18:9 39:16
**shit** 13:18 16:13
  28:6 30:4
**shoe** 32:12
**shoes** 25:13,19
  31:24 32:2
**Shorthand** 49:3
**shot** 14:17,23,24
  16:7 36:22 45:23
**shoved** 28:1
**show** 14:19
**showed** 13:24 14:1
  14:5 37:3 38:3
**shower** 18:20,20
  25:13,19 26:2,3
  26:24 27:1,7,19
  31:24
**showing** 19:19
**shrinking** 41:17,17
  41:18
**side** 17:22 20:7
  24:10 29:15 30:23
  31:2 38:9
**side/low** 17:21
**sign** 43:2 47:24
**signature** 48:2,5,11
**silent** 45:8
**simultaneously**
  31:8
**sir** 4:7,13,20,24 5:3
  5:10 6:16 11:12
  29:22
**sit** 25:14
**sitting** 25:14,16
**situation** 22:7,24
  28:16 36:5 39:1
**six** 25:17 37:19
  43:20
**skill** 42:6
**skin** 37:5,5,8,9
  38:18,19
**skip** 23:8
**Skokie** 24:2

**slipping** 31:23 32:2
**slow** 30:9 31:11
**slower** 7:6
**small** 19:6
**smell** 40:21
**Smith** 13:3 14:11
  17:18 18:2,7,15
  19:1 22:18 23:24
  28:24 29:1,23,24
  30:14,17,22 31:2
  31:6 32:5,15,16
  32:16 33:4,5
**Smith's** 22:5
**smooth** 18:19
**snorting** 43:22
**soaking** 15:17
**soap** 20:3
**sock** 20:3
**socks** 32:1
**solid** 10:3
**somebody** 6:5 20:2
  22:5 46:6 47:4,5
  47:11
**soon** 19:17 28:17
  30:1,2 31:9 47:4
**Sorry** 16:22 22:2
  22:15 27:3 30:6
**sort** 32:24
**sound** 11:14 20:19
**Sounds** 12:5
**speak** 5:11 39:5
**speaking** 5:13
**specific** 5:17
**speculation** 31:4
**spell** 4:9
**spelling** 47:23 48:1
**spit** 17:6,6,7 19:8
  20:24
**split** 33:14
**spooked** 43:21
**spot** 21:9
**squabble** 27:12
**squeeze** 40:8,15
**squeezing** 40:22
**stab** 9:3 21:2,2
  33:20 37:23
**stabbed** 14:7,12
  31:19
**staff** 14:20

**stands** 44:9
**Stanley** 46:4
**start** 14:13 16:10
  25:2 31:5,9
**started** 12:8 26:15
  26:19 29:10 31:10
  33:17,18 36:4
  40:10 41:4
**starting** 27:22
  29:11
**starts** 28:6
**state** 1:17 4:7 7:22
  11:7 49:5
**state's** 2:3 3:8
  34:11
**stated** 20:11
**statement** 14:11,16
  15:8 16:6,9 34:8,9
  34:11,14
**stays** 20:21
**step** 47:20
**stitch** 38:22 40:16
**stitched** 37:15
  38:18,18 39:16
**stitches** 36:23
  37:18 44:24 45:1
**stool** 29:12
**stop** 23:17 28:11
  40:9
**stopped** 20:23
**straight** 18:18
**strap** 20:5
**straw** 15:9
**street** 1:16 29:2
  35:19
**strike** 14:2
**Stroger** 39:14
**stubs** 10:3
**stuck** 29:14,17
**stuff** 8:11 9:4,7
  10:2,4 26:15 29:3
  36:23 42:7 43:23
**substance** 11:10
  12:11
**sum** 12:4
**Superbowl** 46:3
**supposed** 15:4 16:3
  16:4 23:15 39:9
  39:11

**sure** 8:16,17,20,21
  14:21 24:18 31:1
  47:2,3
**surgery** 44:23
**sustained** 37:1
**swarmed** 17:1
**switch** 17:23
**sworn** 3:1,23 4:3
  49:7
**system** 11:18

**T**

**take** 5:4 6:17,24,24
  16:4 23:9,11
  41:15
**taken** 1:14 17:1
  33:22,23 35:4,5
  35:23 39:13 44:4
  49:8,13
**takes** 23:5
**talk** 12:9 22:6
  24:24 34:12 36:2
  46:1 47:5
**talked** 21:18 22:20
**talking** 3:16 17:5
  18:20,22 22:18
  36:4 41:19
**teacher** 46:13
**tearing** 33:17 35:2
**tears** 34:17 39:19
**Teleconference** 2:7
**tell** 4:3 13:6 23:21
  27:9 28:8 29:1
  30:3 37:6,23
  38:23 47:7
**telling** 19:3,7 21:21
  22:16 29:6 32:13
  39:21 42:21 43:6
  47:9
**ten** 46:10,11
**tension** 14:9,22
  15:2,6,7,14,22
  16:7,21 23:13
**terms** 12:2 29:2,2
  46:16
**testified** 4:4
**testify** 6:19 7:4
**testimony** 49:6,8
**Thank** 9:12

**Thanks** 25:7
**theirself** 13:18
**thereto** 49:15
**thing** 8:14 22:2
  28:7,18,20 32:24
  40:20 44:7,13
**things** 7:5 13:7
  22:21 34:6 42:10
  45:11 46:20
**think** 6:9 7:4 8:18
  24:15 32:3
**third** 25:13,18
**Thompson** 3:19 6:1
  6:3
**thought** 20:13
  25:20
**threatened** 47:9
**threw** 28:4 33:6
**throw** 27:22
**thumb** 32:9
**tier** 12:13,14 14:9
  16:1,1 17:8,12,24
  18:2,5,5,18 21:20
  21:21,22 23:13
  24:8 26:6 33:14
  39:18
**time** 3:22 7:11
  13:11 16:5 17:19
  18:1,2 24:6,7 25:2
  25:5,23 26:14
  31:24 32:7,7
  34:10,24 38:20
  40:3 41:9 46:14
**times** 31:20,20 41:1
  46:14
**tip** 19:22
**today** 3:16 4:22
  6:19,21 7:4 9:14
**today's** 8:7
**toilet** 7:20 27:20
**told** 18:16 20:8
  21:23 22:5 23:13
  30:15 36:5,5
  38:14,15 40:17
**tooth** 40:2 41:8,12
**top** 11:5
**tore** 37:7
**Tramadol** 7:1
  44:20,21

**transcript** 6:14
**transcripts** 47:21
  48:4
**treatment** 40:7
  41:20,23
**tried** 30:11 32:2
**tripping** 47:10
**trouble** 46:12
**trust** 39:9 48:6,7
**truth** 4:3
**truthfully** 6:19
**try** 8:14 15:19 22:6
  28:10,11
**trying** 28:2,15,21
  29:7 30:1,12
  34:16 37:23
**tunnels** 35:11,14,22
**Turning** 10:8
**tussling** 26:23
  27:15
**TV** 13:24 14:12
**twice** 42:3
**two** 13:12 25:21
  26:15 27:11,21
  40:11 41:5,19
  47:22
**Tylenol** 44:21
**type** 43:23
**typewriting** 49:10

**U**

**ugly** 40:18
**uncomfortable**
  45:24
**uncuffed** 33:16
**underground**
  35:13
**understaffed** 42:2
**understand** 4:21
  5:1,9,20,22 12:1
  33:19 43:5 44:10
  47:13
**understanding**
  5:15,16
**Understood** 5:19
  7:7 11:19 15:11
**unlocking** 14:1
**unsettling** 46:10
**upstairs** 13:13

**urinals** 27:2,7,10
  27:11
**urine** 7:21

**V**

**value** 46:22
**verbal** 13:2 15:8
**versus** 3:5
**video** 13:24 34:8,8
  34:11,14
**videos** 8:12,15,19
  8:24
**view** 8:19
**voice** 47:8
**vs** 1:5

**W**

**waist** 32:5,6
**waive** 48:2,5
**waived** 48:11
**Walgreens** 10:6
**walking** 33:5
**wall** 7:20 18:20
  27:7
**want** 6:10 12:5
  17:12,13 21:3,20
  23:21 34:3,21
  42:14 45:11,12
  46:20,22,23 48:4
**wanted** 27:23 34:18
  36:2,2
**wants** 22:17
**ward** 11:7
**washroom** 32:23
**wasn't** 14:3 46:20
**watch** 8:12
**watching** 13:10
  25:22
**way** 8:18 13:18
  17:20 28:1 30:2
  32:21,22 35:9
  38:2 41:18
**ways** 35:21,22
  47:22
**we'll** 3:23 22:21
  34:3,5 44:15
**we're** 6:7 8:18
  32:11
**We've** 3:13
**weapon** 20:2

**week** 40:11
**weeks** 8:15,21
  40:11 41:5
**Wells** 18:6
**went** 17:8 22:4,8,19
  32:17,18 35:3
  37:6
**wet** 15:18
**whichever** 48:4
**white** 18:9 21:6
  34:16
**wide** 33:14
**Williamson** 18:10
  18:23 19:11 20:9
  21:10
**witness** 2:10 3:1,21
  3:23 8:1 22:14
  26:17 47:20 48:5
  49:6,8
**words** 5:17 26:10
**work** 6:5 45:12,14
  46:12,13
**worker** 24:20,20
**working** 10:6 45:16
**works** 8:16,20
**worse** 37:3 39:7
**worst** 37:2
**wound** 37:5,12
  38:3 40:6
**wounds** 9:4 33:20
  36:3 37:14
**wrong** 38:18
**wrote** 12:2 44:5,8

**X**

**X** 2:8
**x-ray** 36:18

**Y**

**yeah** 7:9,24 8:8,10
  9:23 11:15,22
  12:4,4,8 14:17,17
  17:11,11,19 20:11
  20:17 21:17 22:14
  23:19 24:13 25:10
  25:17 26:3 27:1
  31:8,14,17 32:16
  33:2,8,11,21 35:8
  35:13,22 36:1,9
  37:13,19,22,22

38:9,11,11,22
  40:19 42:16 43:7
  44:2,12,12 45:19
  45:22
**years** 11:1 41:19
**young** 47:14

**Z**

**Zeitler** 1:15 49:3,20

**0**

**0** 15:15
**01/27/78** 9:17
**06/25/18** 11:13
**084-004062** 1:15
  49:21

**1**

**1** 17:22
**1:00** 1:18
**1:01** 3:22
**10** 10:19 12:13
  14:14 21:18 23:4
  35:10,18 40:15
  43:16
**100** 15:17 31:1
**1098** 1:16
**10th** 23:22 24:4
**11** 23:18,20
**11th** 23:19 24:19
  25:1
**12** 17:22 18:11
**12:00** 24:16
**13** 17:22 33:6
**1350th** 1:16
**14** 11:1 18:12
**15** 10:17 22:9,19
  32:18
**170** 45:19
**18** 49:8
**18-CV-1938** 3:7
**18th** 1:18
**1938** 1:5

**2**

**2:10** 48:10
**20** 21:18 32:18
**2015** 10:17
**2017** 10:22,23 12:9
**2018** 1:5 11:16

**2019** 1:18 49:9
**24** 17:20,22
**2409** 9:1,7
**250** 45:20
**260** 31:16
**270** 31:16

---
**3**
---

**312** 2:5
**31st** 35:18,19
**3A** 12:13
**3s** 44:21

---
**4**
---

**4** 2:12 6:7
**41** 9:15

---
**5**
---

**5'3** 15:17
**5'4** 15:17
**50** 11:1 12:21,21
**500** 2:4

---
**6**
---

**6** 41:12
**6'4** 31:15
**6'5** 31:15
**60** 15:15
**603-3368** 2:5
**60602** 2:5

---
**7**
---

---
**8**
---

**8:10** 25:6

---
**9**
---

**9** 12:8,9 14:6
**9:00** 24:8,11
**9th** 13:7 23:16