**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Pedro Orozco, | ) | |
| | ) | No. 18-cv-1938 |
| Plaintiff, | ) | |
| | ) | Judge Charles R. Norgle, Jr. |
| v. | ) | |
| | ) | |
| Sgt. Hession and Sgt. Williamson, | ) | |
| | ) | |
| Defendants. | ) | |

## Exhibit B of Defendants' Statement of Material Facts

The following compact disc contains the following video files:

- DIV_10-CAM_3.040_Tier_3A_Front_2017-01-11_07h58min00s000ms[1]
- DIV_10-CAM_3.041_Tier_3A_Rear_2017-01-11_07h58min00s000ms[2]
- SDV_1756
- SDV_1757
- SDV_1758

---

[1] This video file is maintained in the G64 format. But because that is a relatively unique file format only compatible with certain programs, a copy has been reproduced in the MP4 video format.

[2] This video file is maintained in the G64 format. But because that is a relatively unique file format only compatible with certain programs, a copy has been reproduced in the MP4 video format.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Pedro Orozco, | ) | |
| | ) | No. 18-cv-1938 |
| Plaintiff, | ) | |
| | ) | Judge Charles R. Norgle, Jr. |
| v. | ) | |
| | ) | |
| Sgt. Hession and Sgt. Williamson, | ) | |
| | ) | |
| Defendants. | ) | |

**Business Records Declaration: Case Review Unit of
Cook County Sheriff's Bureau of Information and Technology**

I, Brittney Blair, being first duly sworn under oath, depose and state that I can testify to and that if I were called to testify, my testimony would be:

1. My name is Brittney Blair. I am over the age of 18 and fully competent to make this declaration.

2. I have been employed with the Cook County Sheriff's Office since April 2009, in various operational roles. I am currently Director of Case Review within the Office of the Cook County Sheriff's Bureau of Information & Technology ("BOIT"). The BOIT maintains offices at 3026 S. California Ave, Chicago, IL, 60608.

3. As the Director of Case Review, my duties and responsibilities include oversight of the Sheriff's Case Review Unit, which includes video monitoring and retention.

4. Pursuant to Cook County Department of Corrections ("CCDOC") standing policies and procedures, such as Policy 138 and General Order 11.5.26.0, it is the policy of the CCSO to use video surveillance to enhance security in and around the CCDOC, County Courthouses, and other Sheriff operated facilities and to capture and retain video footage involving CCSO staff, detainees, members of the public, or County or Sheriff operated facilities. As a general matter, video surveillance is captured and maintained for thirty (30) days, and purged after thirty (30) days.

5. Pursuant to Department of Corrections standing policies and procedures, such as Policy 138 and General Order 11.5.26.0, it is the policy of the CCSO to retain video associated with a documented incident report, such as Incident Report No. DIV11-2017-1226, beyond the standard 30-day retention period, where the subject incident report is generated before the related recording would have been deleted pursuant to the general policy.

6. Attached as Exhibit B is security camera footage from Division 10, tier 3A, of the CCDOC, captured on January 11, 2017, and depicting an altercation that took place at approximately 8:15 a.m. involving detainee Pedro Orozco.

7. The altercation was documented in an incident report as DIV10-2017-674, dated January 11, 2017.

8. This security camera footage was maintained and kept in the regular course of business by the Office of the Cook County Sheriff, which operates the Cook County Department of Corrections.

9. The attached video recording is associated with DIV10-2017-674 and was preserved in according with Department of Corrections policies and procedures.

10. The records attached hereto are the originals or exact duplicates of the originals.

I, Brittney Blair, pursuant to 28 U.S.C. § 1746, state under penalty of perjury, that the foregoing is true and correct to the best of my inquiry, knowledge and belief.

Date: 2 FEB 2021

Brittney Blair
Director of Case Review
Office of the Cook County Sheriff

2