**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Pedro Orozco, | ) | |
| | ) | No. 18-cv-1938 |
| Plaintiff, | ) | |
| | ) | Judge Charles R. Norgle, Jr. |
| v. | ) | |
| | ) | |
| Sgt. Hession and Sgt. Williamson, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>DECLARATION OF JOHN MUELLER</u>

I, John Mueller, Director of Inmate Services with the Cook County Sheriff's Office, under penalty as provided by law pursuant to 28 U.S.C. § 1746, state that if called to testify, I would state the following:

1. I am currently employed as Director of Inmate Services with the Cook County Sheriff's Office. I have been employed by the Cook County Sheriff's Office since 1994 and have been in a supervisory role within the Inmate Services Department since January 2003.

2. Part of my duties as Director of Inmate Services is to manage the Cook County Department of Corrections ("CCDOC") inmate grievance process. In my current position and prior positions with the CCDOC, I am familiar with the sheriff's orders, rules, policies, customs, and practices regarding the inmate grievance process.

3. Inmate Services is the department responsible for processing, tracking, organizing, and the record retention of inmate grievance documents submitted by inmates who are incarcerated at the Cook County Department of Corrections.

4. An Inmate Grievance is a formalized written complaint that inmates may use to seek review of a problem related to conditions of confinement.

5. Pursuant to the CCDOC Inmate Grievance Procedure, inmates are advised to complete an Inmate Grievance Form if the inmate believes that he or she has been injured, harassed, abused, or threatened.

6. The inmate grievance forms are available on each living unit or by through the Correctional Rehabilitation Workers ("CRWs") assigned to the tiers/units.

7. An inmate may request a grievance form from any sworn member or any Inmate Services staff member. If a form is not available, an inmate may use blank paper or any other type of paper to file a grievance.

8. The CCDOC Inmate Grievance Procedure which requires inmates to fill out and submit an Inmate Grievance Form within fifteen (15) days of the alleged grievable offense, and to appeal the grievance response to exhaust administrative remedies within fourteen (14) days from receipt of the grievance response. Filing an appeal of a grievance response is required in order to exhaust an inmate's administrative remedies.

9. The inmate is instructed to hand the completed grievance form directly to the CRW or a Correctional Supervisor when he/she makes their daily rounds.

10. Upon receipt of an inmate grievance form, the CRW, Inmate Services Supervisor or Correctional Supervisor signs and dates the form and immediately provides the inmate with a copy of the submitted grievance. It is the responsibility of the inmate to retain a copy of any submitted grievance for his/her record(s).

11. A CRW shall collect and log inmate grievances in the Inmate Grievance database on a daily basis, with the exception of days off.

12.     Different parties respond to grievances, depending on the subject matter of the grievance.  The CCDOC or other responding party (for example, Cermak, or the food service provider) has 15 business days upon receipt to provide a response/remedy if no exceptions apply.

13.     The Inmate Services Department retains copies of the completed and processed grievance forms, including responses, in a database.

14.     Each grievance has an individual and unique grievance tracking number automatically issued/generated by the Inmate Grievance database.

15.     Inmate Services has searched the CCDOC Inmate Grievance database and records for all grievances filed/submitted by former CCDOC inmate Pedro Orozco (#201509195).

16.     Thirteen (13) grievance documents were located. (*See* Pedro Orozco's Grievance Records, attached hereto as Exhibit 1).

17.     Inmate Services has located no additional grievance documents filed/submitted by Pedro Orozco (#201509195) related to the detainee's custody at the CCDOC between September 17, 2015 and July 19, 2017.

**Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my diligent inquiry, knowledge and belief. The statements provided herein are not based on my personal knowledge, sole recollection, or memory, but rather were gathered by reviewing the records and documents in the possession of the Cook County Sheriff's Office and by consulting persons employed in the Cook County Sheriff's Office and Cook County State's Attorney's Office.**

Executed on: 03 FEB 2021

John Mueller
Director, Inmate Services
Cook County Department of Corrections

3

# Exhibit 1

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| 2017 00545 | 019377 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (! Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**

☒ EMERGENCY GRIEVANCE

☒ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

Inmate #: _____
CODE: _____

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☒ SUPERINTENDENT: DIV 10

☒ OTHER: OPR - IS

**INMATE INFORMATION** (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del detenido): |
|---|---|---|
| OROZCO | Pedro | 2015-0916-195 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| 10 | 3-B | 1-12-17 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso)

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactorily.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT (Fecha Del Incidente) | TIME OF INCIDENT (Hora Del Incidente) | SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente) |
|---|---|---|
| 1-11-17 | 7 to 3 Shift | Div-10-Tier 3-A |

on above date and approx time I was assulted by inmates. I was Beat, Punched, Kicked & Stabbed. This situation went on for "atleast" 15 min. There was no officer in the unit to protect me. I got swelling on my face and head and I was also stabbed atleast I (one) 15 times in the back and some of the wounds required stiches

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** (Acción que esta solicitado, Esta sección debe completarse)

I would like for incident to be properly investigated and the right action if taken. I will also like to file a law suit and I be compisated for my Pain and suffering.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE AND DATE: (Firma del Preso/Fecha): |
|---|---|
| | Pedro Orozco |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| McCoy | | 1-13-17 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | 1-13-17 |

(FCN-40)(SEP 14)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

Case: 1:18-cv-01938 Document #: 75-3 Filed: 02/05/21 Page 6 of 47 PageID #:350

# COOK COUNTY SHERIFF'S OFFICE
## del Alguacil del Condado de Cook
## INMATE GRIEVANCE FORM
### (Formulario de Queja del Preso)

| GRIEVANCE | | NON-GRIEVANCE (REQUEST) |
|---|---|---|

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (*! Para ser llenado solo por el personal de Inmate Services !*)

CONTROL # **2017 00545**   INMATE ID # **019377**

**GRIEVANCE FORM PROCESSED AS:**

- ☒ EMERGENCY GRIEVANCE
- ☒ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

Inmate #: _____
CODE: _____

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☒ SUPERINTENDENT: __Div 10__
- ☒ OTHER: __OPR - SS__

## INMATE INFORMATION (Información del Preso)

**PRINT - INMATE LAST NAME** (Apellido del Preso): **OROZCO**

**PRINT - FIRST NAME** (Primer Nombre): **Pedro**

**LIVING UNIT** (Unidad): **3-B**

**DIVISION** (División): **10**

**INMATE BOOKING NUMBER** (# de identificación del detenido): **2015-0916-195**

**DATE** (Fecha): **1-12-17**

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** (Fecha Del Incidente): **1-11-17**

**TIME OF INCIDENT** (Hora Del Incidente): **7 to 3 Shift**

**SPECIFIC LOCATION OF INCIDENT** (Lugar Específico Del Incidente): **Div-10-Tier 3-A**

on above date and approx time, I was asaulted by inmates. I was Beat, "Punched," Kicked & Stabbed. This situation went on for atleast 15 min. There was no officer in the unit to protect me. I got swelling on my face and head and I was also stabbed atleast I time 5 times in the back and arm & the wounds required stitches.

## ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED (Acción que esta solicitado, Esta sección debe completarse):

I would like for incident to be properly investigated and the right action to be taken. I will also like to file a law suit and be compensated for max Pain and Suffering.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO USTED ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** (Nombre del personal o presos que tengan información:)

**INMATE SIGNATURE AND DATE:** (Firma del Preso/Fecha): *Pedro Orozco*

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR** (Print): *McCoy*

**SIGNATURE:** *(signed)*

**DATE CRW/PLATOON COUNSELOR RECIEVED:** **1-13-17**

**SUPERINTENDENT/DIRECTOR/DESIGNEE** (Print): *(signed)*

**SIGNATURE:** *(signed)*

**DATE REVIEWED:** **1-13-17**

(FCN-40)(SEP 14)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

CCSAO OROZCO (18-C-1938) 000118

CCSAO OROZCO (18-C-1938) 000119

**COUNTY SHERIFF'S OFFICE**
(del Alguacil del Condado de Cook)

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| 2017 00545 | 0193171 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado sólo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE   Inmate #: _____

☑ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)   CODE: _____

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☑ SUPERINTENDENT   Director

☑ OTHER:   OPR IS

### INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| OROZCO | Pedro | 2015-0916-195 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| Div-10- | 3-A | 1-12-17 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 1-11-17 | 7-TO-3 | DIV-10-Tier 3-A |

on 1-11-17 I was Beat and stabbed. I feel if random Shakedowns was done inmates would have never been able to posess Metal to Make shanks that I got stabbed with

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

a proper investigation, and I would also like to follow though with civil action.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE *(Firma del Preso/Fecha)*: |
|---|---|
|  | Pedro Orozco |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| McHon | MH | 1-13-17 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| Cruse | | 1-13-17 |

(FCN-40)(SEP 14)   **(WHITE COPY – INMATE SERVICES)**   **(YELLOW COPY – CRW/PLATOON COUNSELOR)**   **(PINK COPY – INMATE)**

Laura Mena (Sheriff)
Friday, January 13, 2017 11:38 AM
CCSO.OPR (Sheriff) (ccso.opr@cookcountyil.gov)
John Mueller (Sheriff)
**Subj** Orozco, P 2017x00545
**Attachme** 01-19-2017 Orozco, Pedro 2017x00545.pdf

Attached to this email is a copy of a **<u>Grievance</u>** that is being forward to your office for a review and/or investigation.

*Laura Mena,*
Department of Inmate Services
Department of Corrections - Cook County Sheriff's Office
2700 S California Ave, Chicago, IL. 60608
Tel # 773-674-6816
Fax # 773-674-5702
laura.mena@cookcountyil.gov

*The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.*

Inmate Serv.
Copy

1

Inmate Grievance Number: **2017x00545**

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly *or* submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608

# INMATE SERV. COPY

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL # **2017 00545**

## INMATE INFORMATION *(Información del Preso)*

INMATE LAST NAME *(Apellido del Preso):* **Orozco**
INMATE FIRST NAME *(Primer Nombre):* **Pedro**
ID Number *(# de identificación):* **2015-0916195**

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: **080 Failure to Protect**

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): **The Grievance process is not used for monetary purpose.**

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): **OPR-IS**
DATE REFERRED: **1-13-17**

RESPONSE BY PERSONNEL HANDLING REFERRAL: **SEE ATTACHMENT**

PERSONNEL RESPONDING TO GRIEVANCE (Print): **L FENDERSON**
SIGNATURE:
DIV / DEPT: **IS ADMIN**
DATE: **1/13/17**

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):
SIGNATURE: **Pedro Orozco**
DIV / DEPT: **10**
DATE: **1/23/17**

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____
INMATE SIGNATURE *(Firma del Preso):* **Pedro Orozco**
DATE RESPONSE WAS RECEIVED: **1/14/17**

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelación del detenido):* **1/14/17**

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):* **I would like for an proper investigation to be taken.**

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*
Yes *(Si)* ☐  No ☑

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):* **Please direct your requests/questions to OPR. See Attached**

ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* **Rozko**
SIGNATURE:
DATE: **1/17/17**

INMATE SIGNATURE *(Firma del Preso):* **Pedro Orozco**
DATE INMATE RECEIVED APPEAL RESPONSE: **1/17/17**

FCN-48 (Rev. 0/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

CCSAO OROZCO (18-C-1938) 000122



**COOK COUNTY DEPARTMENT OF CORRECTIONS**

**EMERGENCY GRIEVANCE ACTION REVIEW FORM**

| GRIEVANCE INFORMATION | | |
|---|---|---|
| Date Grievance Received<br>**26 JAN 17** | Grievance Dated<br>**12 JAN 17** | Grievance Control Number<br>**2017X00545** |
| Inmate's Name<br>**OROZCO, PEDRO** | | Booking Number<br>**20150916195** |
| Division<br>**10** | | Housing Assignment<br>**3B** |

**GRIEVANCE SUMMARY**

Inmate Orozco alleged that he was assaulted by other inmates on tier 3A. See incident
DIV10-2017-674

**ACTION TAKEN**

Inmate Orozco received medical attention, was separated from other inmates and
offered protective custody. Inmate has had no further documented incidents.

**GRIEVANCE SUMMARY**

| Receiving Officer (Print)<br>Lt. Greer | Signature<br>*Lt Greer 694* | Time<br>**1600hrs** |
|---|---|---|
| Superintendent/Designee (Print)<br>SUPT WALSH | Signature | Date/Time<br>31 Jan 17 |
| AED (Print)<br>M Rules | Signature | Date/Time<br>1/31/17 |

(FCN-43)(SEPT 14)



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| GRIEVANCE | APPEAL | REQUEST |
|---|---|---|

| CONTROL # | INMATE ID # |
|---|---|
| 2017X01039 | 0193177 |

**I THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenada solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**  *Code 200*

☐ EMERGENCY GRIEVANCE

☑ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☑ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso)*: **OROZCO**

PRINT - FIRST NAME *(Primer Nombre)*: **Pedro**

LIVING UNIT *(Unidad)*: **3-B**

INMATE BOOKING NUMBER *(# de identificación del detenido)*: **2015-0916-195**

DIVISION *(División)*: **10**

DATE *(Fecha)*: **1-21-17**

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control #" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 1-11-17 | 7 to 3 Shift | Div-10 Tier 3A / Cermack |

On 1-11-17 I Pedro Orozco 2015-0916-195 was assualted and stabbed with a home made knife by other inmates in Cook County jail. Soon after I was sent to Cermack Medical Center. I was stiched up and sent back without and pain killers or antibiotic prescribed. I've been in pain ever since and the wounds are Now infected.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I would like for my Claim to be investigated and proper action be taken, Also proper Medical treatment.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA.)*

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*: **Pedro Orozco**

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40)(SEP 14)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

093177

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

CONTROL #
2017 01039

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| Orozco | Pedro | 2015 0916195 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
200-C Medical Treatment

JAN 30 AM

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):
Cermak Notified

FEB AM 9:26

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE //REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):
Cermak
DATE REFERRED: 1/26/2017

RESPONSE BY PERSONNEL HANDLING REFERRAL:
Provider ordered Ibuprofen. Acetaminophen order was active. No HSRF submitted with concerns since 9/28/16. Instructed to return to Urgent Care if symptoms develop. To PCC for FUP 1/3. Suture removed 1/3. No s/sx infection.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Susan Shebel | X Susan Shebel RN | | 2/9/17 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE: (Check applicable box) | INMATE SIGNATURE *(Firma del Preso):* | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* |
|---|---|---|
| ☑ GRIEVANCE SUBJECT CODE: 200 <br> ☐ NON-GRIEVANCE SUBJECT CODE: | X Pedro Orozco | 2/12/17 |

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* 2/12/17

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*
I would like for claims to get further investigated. Response doesn't make since I got stitched 1-11-16

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*
Yes *(Si)* ☐   No ☑

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*
Response stands

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| Susan Shebel | Susan Shebel RN | 3/10/17 |

| INMATE SIGNATURE *(Firma del Preso):* | | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion):* |
|---|---|---|
| Pedro Orozco | | 3/14/17 |

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

CCSAO OROZCO (18-C-1938) 000125

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☒ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| N/A | 019377 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE Inmate #: 019377
☒ GRIEVANCE  CODE: 300
☒ NON-GRIEVANCE (REQUEST)  Ahchez 11/23/15  500

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☒ SUPERINTENDENT: 10 - Supt.
☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)*: |
|---|---|---|
| OROZCO | Pedro | 2015-0916-195 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 10 | 4A | 11-21-15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)*: | TIME OF INCIDENT *(Hora Del Incidente)*: | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)*: |
|---|---|---|
| 11-21-15 | 7 to 3 Shift | 4A |

For the whole month of October, & November Tier 4-A havent
recieved any type of recreation on our assigned day
wich is Saterday 7 to 3 Shift. The fire days officer
Constantley tells us Rec has been Cancelled.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

For Tier 4A to start recieving there stated Saterday
Morning rec- Thank yo.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*: |
|---|---|
| | |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| N. Liebell | | 11/23/15 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40)(SEP 14)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CONTROL # **20163127**   INMATE ID # **0193177**

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- [X] EMERGENCY GRIEVANCE
- [ ] GRIEVANCE
- [ ] NON-GRIEVANCE (REQUEST)

**REFERRED TO:**   Code 260
- [ ] CERMAK HEALTH SERVICES
- [ ] SUPERINTENDENT
- [X] OTHER O.P.R.-I.S.

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):* **Orozco**
PRINT - FIRST NAME *(Primer Nombre):* **Pedro**
INMATE BOOKING NUMBER: **2015-0916195**

DIVISION *(División):* **10**
LIVING UNIT *(Unidad):* **4A**
DATE *(Fecha):* **4-11-16**

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

DATE OF INCIDENT *(Fecha Del Incidente)* **4-6-16**
TIME OF INCIDENT *(Hora Del Incidente)* **12:30pm**
SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* **10-4A**

In regards to the incident that happened on 4-6-16. I was assaulted by Ofc. Arce and Ofc. Maciunas. During the time I was cuffed the two officers constantly hit my head against the wall in the elevator and in dispensary.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I want to file a criminal charge and a civil charge against the officers and they be relieved of their duties so no one else can be assaulted.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*[SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA]*

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* **Pedro Orozco**

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): **R Hubbs**   SIGNATURE:
DATE CRW/PLATOON COUNSELOR RECIEVED: **4-11-16**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): **Lt. McGee**   SIGNATURE:
DATE REVIEWED: **4-11-16**

(FCN-40)(APR15)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

CCSAO OROZCO (18-C-1928) 000127

**Laura Mena (Sheriff)**

| | |
|---|---|
| **From:** | Laura Mena (Sheriff) |
| **Sent:** | Monday, April 11, 2016 1:13 PM |
| **To:** | Ann Dale (Sheriff); Miriam Rentas (Sheriff); Samantha Thompson (Sheriff) |
| **Cc:** | John Mueller (Sheriff); Larry Schurig (Sheriff); Mary Chessin (Sheriff) |
| **Subject:** | Orozco, P 2016x3127 |
| **Attachments:** | 4-14-2016 Orozco, Pedro 2016x3127.pdf |

Attached to this email is a copy of a **Grievance** that is being forward to your office for a review and/or investigation.

*Laura Mena,*
Admin. Assistant
Department of Inmate Services
Department of Corrections - Cook County Sheriff's Office
2700 S California Ave, Chicago, IL. 60608
Tel # 773-674-6816
Fax # 773-674-5702
laura.mena@cookcountyil.gov

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**Inmate Serv.
Copy**

1

Inmate Grievance Number: **20163127**

Your allegation(s) have been forwarded to the Offices of
Professional Review and Divisional Superintendent for review
and/or investigation.

You may follow-up with the Office of Professional Review by
contacting their office directly *or* submitting an inmate request
form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608

# INMATE SERV. COPY

ID # 019317

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL # 2016 3127

| INMATE INFORMATION *(Información del Preso)* | | |
|---|---|---|

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| Orozco | Pedro | 201509161 95 |

**GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE**
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
260 - Misconduct (physical) by sworn staff

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE //REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): O.P.R.S.
DATE REFERRED: 11 16

RESPONSE BY PERSONNEL HANDLING REFERRAL:
See Attachment

| PERSONNEL RESPONDING TO GRIEVANCE (Print): OSEDA, M | SIGNATURE: Ancineda | DIV. / DEPT. 23 | DATE: 04 11 16 |
|---|---|---|---|

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): Ana Clean | SIGNATURE: | DIV. / DEPT. cc | DATE: 4 12 16 |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* Pedro Orozco

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):* 4 12 16

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* 4 12 16

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelación):*

I would like to assure that there is a proper investigation in this matter.

| ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? ¿ Apelación del detenido aceptada por el administrador o/su designado(a)? | Yes *(Si)* ☐ | No ⊗ |
|---|---|---|

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decisión o recomendación por parte del administrador o / su designado(a)):*
Original Response to Stand.

| ADMINISTRATOR / DESIGNEE *(Administrador o /su Designado(a)):* Jxxx Mueller | SIGNATURE *(Firma del Administrador o / su Designado):* | DATE *(Fecha):* 4 13 16 |
|---|---|---|

INMATE SIGNATURE *(Firma del Preso):* X Pedro Orozco

DATE INMATE RECEIVED APPEAL RESPONSE:
*(Fecha en que el Preso recibió respuesta a su apelación):* 4 20 16

FCN-48 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

CCSAO OROZCO (18 C 1938) 000130



**COOK COUNTY DEPARTMENT OF CORRECTIONS**

**EMERGENCY GRIEVANCE ACTION REVIEW FORM**

| GRIEVANCE INFORMATION | | |
|---|---|---|
| **Date Grievance Received** 04-11-2016 | **Grievance Dated** 04-11-2016 | **Grievance Control Number** 2016-3127 |
| **Inmate's Name** OROZCO,PEDRO | **Booking Number** 2015-0916195 | |
| **Division** 10 | **Housing Assignment** 4A | |

**GRIEVANCE SUMMARY**

MISCONDUCT BY STAFF

**ACTION TAKEN**

STAFF DENIED THIS ALLEGATION,IN REGARDS TO THE INCIDENT YOU

ASSAULTED ANOTHER DETAINEE WHILE STAFF WAS TRYING TO CONTRL THE INCIDENT YOU WERE GIVEN VERBAL ORDERS BY SUPERVISOR SEVERAL

TIMES BUT CONTINUE TO BE NON-COMPLIANT,YOU ALSO REFUSE TO BE HANDCUFF WHICH CAUSE THE RESPONSE TO RESISTANCE.ONCE STAFF

GAIN CONTROL YOU CONTINUE MAKING THREATS AND NOT FOLLOWING

ORDERS WHILE ON THE ELEVATORS AND IN THE DISPENSARY WHICH WERE ALL VIDEO TAPE.

**GRIEVANCE SUMMARY**

| Receiving Officer (Print) CLEMONS | Signature *Cnsr Clemo* | Time 1830 |
|---|---|---|
| Superintendent/Designee (Print) *Cus Clemas* | Signature *Cuy Clem* | Date/Time 4/21/16 |
| AED (Print) *M. Martinez* | Signature *M. Martinez* | Date/Time 4/29/16 |

(FCN-43)(SEPT 14)

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| | GRIEVANCE | NON GRIEVANCE (REQUEST) | CONTROL # | INMATE ID # |
|---|---|---|---|---|

INMATE ID #: 04 8177
2015-0916-195

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- [✓] EMERGENCY GRIEVANCE
- [ ] GRIEVANCE
- [✓] NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- [ ] CERMAK HEALTH SERVICES
- [✓] SUPERINTENDENT: of Division 10
- [ ] OTHER: _____

280

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* OROZCO

**PRINT - FIRST NAME** *(Primer Nombre):* Pedro

**INMATE BOOKING NUMBER** *(# de identificación del detenido):* 2015-0916-195

**DIVISION** *(División):* #8  8

**LIVING UNIT** *(Unidad):* 4A

**DATE** *(Fecha):* 4-20-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente)* 4-6-16

**TIME OF INCIDENT** *(Hora Del Incidente)* 7 to 3 Shift

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)* Division 10 - 4A

I was in a Incedent on 4A - Division 10 4-6-16 and was taken to Stroger's Hospitle for a week - Somehow my Property Came up missing it Cant be found. I'm missing 2 Tunas, 20 Coffee, 2 cheese Crunchy, 2 Shells, 6 Chips 10 Hung bars, 3 T-Shirts, 3 Soxs, 3 Boxers 1 bath towel. 1 Power up Deoderant, 1 Moisturizer Soap 1 Hair Grease, Personal Mail, 12 personal Photo's, Legal Mail & Paper work. 4 inmate Pens and 3 Personal Books.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitada, Esta sección debe completarse)*

For Property Be found or Compisated for Everything that's Missing. Thank You

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LE ENTREGÓ Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):*

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** D. Wilson

**SIGNATURE:** D. W

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 4/22/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-40)(APR15)      **(WHITE COPY – INMATE SERVICES)**      **(YELLOW COPY – CRW/PLATOON COUNSELOR)**      **(PINK COPY – INMATE)**

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Aguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

*[handwritten: 01931JT 280]*

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| OROZCO | Pedro | 2015-0916-195 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: *280 Property*

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE *(if applicable)*:

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO *(Example: Superintendent, Cermak Health Services, Personnel)*: *OMPD RTU*

DATE REFERRED: 9/22/16

RESPONSE BY PERSONNEL HANDLING REFERRAL:

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: ___/___/___ |
|---|---|---|---|

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: ___/___/___ |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE: *(Check applicable box)*

☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GREIVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso)*: *Pedro Orozco*

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 4/28/16

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido;)* ___/___/___

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*

Yes *(Si)* ☐   No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: ___/___/___ |
|---|---|---|

| INMATE SIGNATURE *(Firma del Preso)*: | DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibió respuesta a su apelación)*: ___/___/___ |
|---|---|

(FCN-48)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – C.R.W./PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE ☑ NON-GRIEVANCE (REQUEST)

CONTROL # ___

INMATE ID # 0193)77

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (! Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☑ NON-GRIEVANCE (REQUEST)

**REFERRED TO:** 280
- ☐ CERMAK HEALTH SERVICES
- ☑ SUPERINTENDENT: DIV - 10
- ☐ OTHER: ___

### INMATE INFORMATION (Información del Preso)

PRINT - INMATE LAST NAME: Ordoso OROZCO
PRINT - FIRST NAME: Pedro
INMATE BOOKING NUMBER: 2015-0916-195
DIVISION: 8
LIVING UNIT: 3G
DATE: 5-30-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

DATE OF INCIDENT: 4-6-16
TIME OF INCIDENT: 7-To-3 Shift
SPECIFIC LOCATION OF INCIDENT: Division #10 - 4A

I was in an incident and upon returning from a week day at Strangers my personal property could not be located. 3 Tshirts, 3-box, 3-Boxers, 1-Bath Towel, 1-Polover up decordevent, 1-Magic Suave, 1 Soap, 1-Hair grease, 2-Tienas, 20-Coffees, 2 Cheese Crunchez, 2 Tortilla Shells, 6 Chips, 10 Honey Buns. What Hurts the Most is my lotteries 3 Pictures from my loved ones and two phone Cards, 3 personal Books.

### ACTION THAT YOU ARE REQUESTING (Acción que esta solicitado)

For my property to be found and returned to me or to be compensated for it. thank you very much.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

INMATE SIGNATURE AND DATE: Pedro Orozco

CRW/PLATOON COUNSELOR (Print): D. Wilson
SIGNATURE: D. Wilson
DATE CRW/PLATOON COUNSELOR RECIEVED: 5/31/16

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED: 5/31/16

(FCN-40)(SEP 14)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| GRIEVANCE | CONTROL (NON-GRIEVANCE REQUEST) |
| --- | --- |
| CONTROL # | INMATE ID # |
| | 0193177 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (! Para ser llenado solo por el personal de Inmate Services !)

### GRIEVANCE FORM PROCESSED AS:

- [ ] EMERGENCY GRIEVANCE
- [ ] GRIEVANCE
- [x] NON-GRIEVANCE (REQUEST)

### REFERRED TO: 280

- [ ] CERMAK HEALTH SERVICES
- [x] SUPERINTENDENT: DIV - 10
- [ ] OTHER: _____

### INMATE INFORMATION (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del detenido): |
| --- | --- | --- |
| OROBOO OROZCO | Pedro | 2015-0916-195 |
| DIVISION (División): 8 | LIVING UNIT (Unidad): 3G | DATE (Fecha): 5-30-16 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT (Fecha Del Incidente) | TIME OF INCIDENT (Hora Del Incidente) | SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente) |
| --- | --- | --- |
| 4-6-16 | 7-To-3 Shift | Division #10 - 4B |

I was in an incident and upon Returning from a week stay at Stroger my personal property could not be located. 3 Tshirts, 3 - Sox, 3 - Boxers, 1 - Bath towel 1 - Power up Deorderent, 1 - Magic Suave, 1 Soap, 1 - Hair Gheese, 2 - Tunas, 20 - Coffee's, 2 Cheese Crunchy, 2 Tortilla Shells, 6 Chips, 10 Honey Buns. What Hurts the Most is my letters & Pictures from my loud ones and Two phone Cards. 3 personal Books.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** (Acción que esta solicitado, Esta sección debe completarse)

For my property to be found and returned to me or to be Comprisated for it. thank you very Much.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LE ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE AND DATE: (Firma del Preso/Fecha): Pedro Orozco |
| --- | --- |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): D. Wilson | SIGNATURE: D. Wilson | DATE CRW/PLATOON COUNSELOR RECIEVED: 5/31/16 |
| --- | --- | --- |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): Mr. K. Johnson | SIGNATURE: Mr. K. J. #36 | DATE REVIEWED: 5/31/16 |

| (FCN-40)(SEP 14) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – CRW/PLATOON COUNSELOR) | (PINK COPY – INMATE) 28 JUNE 2016 |
| --- | --- | --- | --- |

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE  ☑ NON-GRIEVANCE (REQUEST)

CONTROL #

### INMATE INFORMATION *(Información del Preso)*

INMATE LAST NAME *(Apellido del Preso)*: OROZCO

INMATE FIRST NAME *(Primer Nombre)*: Pedro

ID Number *(# de identificación)*: 2015-0918195

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 280 Property

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): DIV-10 OUPT     DATE REFERRED: 3/31/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: SEARCH FOR PROPERTY CONDUCTED AND NOTHING FOUND. A COMPLAINT CAN BE FILED THRU CRW AGAINST SHERIFF'S DEPT FOR LOST PROPERTY

PERSONNEL RESPONDING TO GRIEVANCE (Print): LT PONA

SIGNATURE:

DIV. / DEPT.: 10

DATE: 6/28/16

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): (MR. K. Jhnsn)

SIGNATURE: (MR. K.) #316

DIV. / DEPT.: PCDOC

DATE: 28 JUNE 2016

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):

☐ GRIEVANCE SUBJECT CODE: _____

☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso)*: Pedro Omar

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 7/6/16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido)*: ___/___/___

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Si)* ☐     No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*:

ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*:

SIGNATURE *(Firma del Administrador o / su Designado(a))*:

DATE *(Fecha)*: ___/___/___

INMATE SIGNATURE *(Firma del Preso)*:

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su apelacion)*: ___/___/___

FCN-48 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE

CCSAO OROZCO (18-C-1938) 000136

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| 20164662 | 073177 |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !   *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☑ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**                    330
- ☐ CERMAK HEALTH SERVICES
- ☑ SUPERINTENDENT: DIV – 10
- ☐ OTHER:

## INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* OROZCO

**PRINT - FIRST NAME** *(Primer Nombre):* PEDRO

**INMATE BOOKING NUMBER** *(# de identificación del detenido):* 2015-0916-195

**DIVISION** *(División):* 8

**LIVING UNIT** *(Unidad):* 3G

**DATE** *(Fecha):* 5-31-16

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 3-6-16 | 3 to 11 Shift | 4-A Division #10 |

I'm scared for myself and well being from Division 10 officers. I feel that my life is in danger from the Division 10 officers, from the Superior all the way down. I am scared to go back to Division 10.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

To Never Ever Return to Division 10 While I stay in the County Jail.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Pedro Orozco

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D. Wilson | D. Wilson | 6/2/16 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| Cmdr. K. Johnson | Cmdr. K. #31 | 22 June 2016 |

(FCN-40)(SEP 14)     **(WHITE COPY** – INMATE SERVICES)     **(YELLOW COPY** – CRW/PLATOON COUNSELOR)     **(PINK COPY** – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*



☑ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL #   2016 H662

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| OROZCO | Pedro | 2015091 6195 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

330 Security Procedures

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE *(if applicable):*

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):   Dupt 10   DATE REFERRED: 6-1-16

RESPONSE BY PERSONNEL HANDLING REFERRAL:

Detainee has been housed in RTU-Div 08 since 4-13-16.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Lt. McGee | | 10 | 6/22/16 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Cmdr. K. Johnson | Cmdr. K. J #316 | CCDOC | 22 June/2016 |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):

☐ GRIEVANCE SUBJECT CODE: _____

☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):*   Pedro Orozco

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):*   7/2/16

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelación del detenido):*   7/2/16

INMATE'S BASIS FOR AN APPEAL. *(Base del detenido para una apelación):*

I would like to get a detail of what kind of responds this is. I'm scared for my well being in division #10.

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*    Yes *(Si)* ☐   Ⓝ

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decisión o recomendación por parte del administrador o / su designado(a)):*

Original Response to Stand

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| J. Mueller | | 7.8.16 |

INMATE SIGNATURE *(Firma del Preso):*   Pedro Orozco

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su apelación):*   7/9/16

FCN-48 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - ORIG.

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #:** N/A

**INMATE ID #:** 01931777

### ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☑ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:** CDOC 180
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT:
- ☑ OTHER: DO Armon

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* OROZCO

**PRINT - FIRST NAME** *(Primer Nombre):* Pedro

**INMATE BOOKING NUMBER** *(# de identificación del detenido):* 2015-0916-195

**DIVISION** *(División):* 8

**LIVING UNIT** *(Unidad):* 3-A

**DATE** *(Fecha):* 7-29-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente)* 7-29-16

**TIME OF INCIDENT** *(Hora Del Incidente)* 4:45 PM

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Especifico del Incidente)* DIV-8-RTU-3A

ON 7-28-16 I Pedro Orozco #2015-0916-195 paid for Two Calling Cards wich added up to $20.00 I attempted to use the Card on the 29th and it said that my account was inactive. I Moved all of the Money to the same Card. The Numer of the Card is 1154-9671-7524. It as if My account expired.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitada, Esta sección debe completarse)*

I would like to be refunded for my Cost. I Need to Contact My People. Thank You

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Pedro Orozco

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** Christie

**SIGNATURE:**

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 7/31/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-40)(SEP 14)  **(WHITE COPY – INMATE SERVICES)**  **(YELLOW COPY – CRW/PLATOON COUNSELOR)**  **(PINK COPY – INMATE)**

CCSAO OROZCO (18-C-1938) 000139

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

01931H

☐ GRIEVANCE   ☒ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

CONTROL #
N/a

| INMATE INFORMATION *(Información del Preso)* | | |
|---|---|---|
| INMATE LAST NAME *(Apellido del Preso):* Orozco | INMATE FIRST NAME *(Primer Nombre):* Pedro | ID Number *(# de identificación):* 2015094619S |

**GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE**
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

Que 130 - Inmate Phone Card

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO: (Example: Superintendent, Cermak Health services, Personnel):

DATE REFERRED 8/11/16

RESPONSE BY PERSONNEL HANDLING REFERRAL:

RECORDS SHOW THAT THE CARD WAS USED EXTENSIVELY BY YOU.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): DIRECTOR BOUFFARD 6c | SIGNATURE: S.P-06c | DIV. / DEPT. UMU | DATE: 08 / 02 / 16 |
|---|---|---|---|

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): ☐ GRIEVANCE SUBJECT CODE: _____ ☐ NON-GRIEVANCE SUBJECT CODE: _____ | INMATE SIGNATURE *(Firma del Preso):* Refuse to Sign | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* 8/9/16 8:03 |
|---|---|---|

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelación del detenido):* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelación):*

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?   Yes *(Si)* ☐   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decisión o recomendación por parte del administrador o / su designado(a)):

| ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)): | SIGNATURE (Firma del Administrador o / su Designado(a)): | DATE (Fecha): _____ / _____ / _____ |
|---|---|---|

INMATE SIGNATURE *(Firma del Preso):*

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su apelación)* _____ / _____ / _____

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

P.O.BOX 17490, St Louis, MO 63178-7490

SHIP FROM: 300

NAME: OROZCO, PEDRO
NUMBER: 20150916195                    015903
FACILITY NUMBER: 16428(28727J-001)
BLOCK: 083A    TIER: 3-1    CELL:
FACILITY NAME: COOK COUNTY DEPT OF CORR

CPR : 102328058
BEG FUND BAL: 98.12
ORDER DATE: 07/26/2016
ORDER : 6395664

6395664-102328058

2183030

| BAY | SEQ | #ALIAS | QTY | UOM | DESCRIPTION | ITEM# | T | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| KA2 | | | | | | | | | |
| | 2000 | | 20 | EA | S.S. KEEFE COFFEE | 235 | | 0.37 | 7.40 |
| | 2070 | | 3 | EA | S.S. HOT COCOA | 414 | | 0.45 | 1.35 |
| | 2622 | | 2 | EA | BC HOT & SPICY 3-OZ SUM | 80001718 | | 2.02 | 4.04 |
| | 3139 | | 2 | EA | (SLEEVE) SALTINE CRACKE | 9474 | | 0.61 | 1.22 |
| | 6018 | | 5 | EA | TEXAS BEEF RAMEN | 13 | | 0.90 | 4.50 |
| | 6026 | | 5 | EA | CHILI RAMEN | 10 | | 0.90 | 4.50 |
| | 6079 | | 5 | EA | WHOLE SHABANG 1.5 OZ | 6025 | | 0.93 | 4.65 |
| | 6117 | | 1 | EA | CA CHEESE CRUNCHY | 7996 | | 3.10 | 3.10 |
| | 6126 | | 5 | EA | SOUR CREAM ONION 1.5 OZ | 6024 | | 0.93 | 4.65 |
| | 6201 | | 2 | EA | BUTTER MICRO POPCORN | 5375 | | 1.15 | 2.30 |
| | 6262 | | 4 | PK | MAYONNAISE 12PK | 6510 | | 1.25 | 1.25 |
| | #9800 | | 2 | EA | GEN PHONE CARD | 80000981 | | 10.00 | 20.00 |

I=Invalid(NotOnMenu) B=Backordered C=Cancelled
N=NotAvailable/Sub    S=Substituted V=NonInventory

SUBTOTAL       58.96
SALES TAX       0.87
ORDER TOTAL    59.83

LIST ITEM# OF SHORTAGES AND/OR DAMAGES        QTY

END FUND BAL    38.29
CATEGORY/DESCRIPTION

1-27-78

*Pedro Orozco*

SIGNED *Pedro Orozco*

DATE 7-29-16

WITNESSED BY

DATE



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CONTROL # ☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)   INMATE ID #

N/A                019.3A77

**( ! Para ser llenado solo por el personal de Inmate Services !)**

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !**

**GRIEVANCE FORM PROCESSED AS:**

REFERRED TO: CODE 130

☐ EMERGENCY GRIEVANCE

☐ CERMAK HEALTH SERVICES

☒ GRIEVANCE

☐ SUPERINTENDENT: _____

☐ NON-GRIEVANCE (REQUEST)

☒ OTHER: Deb Armon

## INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):*
OROZCO

PRINT - FIRST NAME *(Primer Nombre):*
Pedro

INMATE BOOKING NUMBER *(# de Identificación del detenido)*
2015-0916-195

DIVISION *(División):*
8

LIVING UNIT *(Unidad):*
3-A

DATE *(Fecha):*
7-29-16

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Contro ", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

DATE OF INCIDENT *(Fecha Del Incidente)*
7-29-16

TIME OF INCIDENT *(Hora Del Incidente)*
4:45 PM

SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)*
Div-8-RTU-3A

ON 7-28-16 I Pedro Orozco #2015-0916-195 paid for Two Calling Cards wich added up to $20.00. I attempted to use the Card on the 29th and it said that my account was inactive. I moved all of the money to the same Card. The Number of the Card is 154-9671-7524. It ac.. My account Expired.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitada, Esta sección debe completarse)*

I would like to be refunded for my Card. I Need to Contact My people. Thank you.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REFUSE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESA... INICIALES PARA SUMITIR SU FORMA)*

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

SUPERINTENDENT



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

GRIEVANCE ☐ NON GRIEVANCE (REQUEST) ☐
CONTROL #: N/A
INMATE ID #: 019 SA??

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
☐ EMERGENCY GRIEVANCE
☑ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:** CODE 130
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: Deb Amron

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME: OROZCO
PRINT - FIRST NAME: Pedro
INMATE BOOKING NUMBER: 2015-0916-195
DIVISION: 8
LIVING UNIT: 3-A
DATE: 7-29-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

DATE OF INCIDENT: 7-29-16
TIME OF INCIDENT: 4:45 PM
SPECIFIC LOCATION OF INCIDENT: DIV-8-RTU-3A

ON 7-28-16 I Pedro Orozco #2015-0916-195 paid for Two Calling Cards which added up to $20.00. I attempted to use the Card on the 29th and it said that my account was inactive. I moved all of the Money to the same Card. The Number of the Card is 1154-9677-7524. It as if My account Expired.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED**

I Would like to be refunded for my Cost. I Need to Contact My people. I Thank You

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

INMATE SIGNATURE AND DATE

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL
AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE
CRW/PLATOON COUNSELOR (Print):

(1938) 000143

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| 2016 0x 7275 | 0193177 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☒ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:** CUDE 130

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT:
☒ OTHER: DOC Admin

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| OROZCO | PEDRO | 2015-0916-195 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 8-R-T-4 | 3-A | 8-21-16 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 7-26-16 | 7-TO-3 Shift | Division 8-R-T4-Tier 3-A |

I Bought 2 phone Cards and Transfered the Money to one phone Card and used Two dollers of a 20 doller Card and When i went to use the Card again i said that it was inactive. that it expreded with all my money on there $18 dollers was left on the Number of Card 1154-9671-7524

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

To Reactivate my Card or give me my Money Back or Two New phone Cards. # of phone Card 1154-9671-7524.
(1154-9671-7524)

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* Pedro Orozco |
|---|---|

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): CHESTNEE | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 8-24/16 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

FCN-40)(SEP 14)

**(WHITE COPY – INMATE SERVICES)** **(YELLOW COPY – CRW/PLATOON COUNSELOR)** **(PINK COPY – INMATE)**

CCSAO OROZCO (18-C-1938) 000144

COOK COUNTY SHERIFF'S OFFICE    0143177
(Oficina del Alguacil del Condado de Cook)

☑ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

CONTROL #
2016x 7275

## INMATE INFORMATION (Información del Preso)

INMATE LAST NAME (Apellido del Preso):
OROZCO

INMATE FIRST NAME (Primer Nombre):
PEDRO

ID Number (# de identificación):
2015091201 95

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
Case 130- Inmate Phone Cancl

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):


CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel):
Doc Admint

DATE REFERRED:
8 / 26 / 16

RESPONSE BY PERSONNEL HANDLING REFERRAL:
RECORDS SHOW THAT THE 12 DIGIT ACCOUNT WAS USED BY OTHER DETAINEES.

PERSONNEL RESPONDING TO GRIEVANCE (Print):
DIRECTOR BUFFARD 66

SIGNATURE:
SB 66

DIV. / DEPT.:
VMU

DATE:
08 / 30 / 16

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DIV. / DEPT.:

DATE:
/ /

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE (Firma del Preso):
Pedro Orozco

DATE RESPONSE WAS RECEIVED:
(Fecha en que la respuesta fue recibida):
9 / 3 / 16

## INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud del la apelación del detenido): 9 / 3 / 16

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelación):
It was Not used by other inmates. When I tay to use the Card it say that it is inactive. That means it expired. Thanks.

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿Apelación del detenido aceptada por el administrador o/su designado(a)?

Yes (Sí) ☐    No ☑

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decisión o recomendación por parte del administrador o / su designado(a)):
Original Response to Stand

ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)):
J Mueller

SIGNATURE (Firma del Administrador o / su Designado(a)):

DATE (Fecha):
9 / 6 / 16

INMATE SIGNATURE (Firma del Preso):
Pedro Orozco

DATE INMATE RECEIVED APPEAL RESPONSE:
(Fecha en que el preso recibió respuesta a su apelación):
/ 6 / 16

FCN-48 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

CCSAO OROZCO (18-C-1938) 000145

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE   ☒ NON-GRIEVANCE (REQUEST)

| | CONTROL # | INMATE ID # |
|---|---|---|
| **INMATE GRIEVANCE FORM** *(Formulario de Queja del Preso)* | na | |

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | (! Para ser llenado solo por el personal de Inmate Services !) |
|---|---|

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE   Inmate #: 0193177

☐ GRIEVANCE   CODE: 080

☒ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☒ OTHER: INMATE SERV

## INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| OROZCO | Pedro | 2015-0916-195 |
| DIVISION *(División):* 10 | LIVING UNIT *(Unidad):* 3-B | DATE *(Fecha):* 1-22-17 |

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter la Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 1-11-17 | 7 to 3 Shift | Div-10-Tier 3-A |

On 1-9-17 3 to 11 officers responded to a refusel on tier 3-A Division #10. It was said to the 3 to 11 Supervisior's and C/o's that Myself & Andrew Smith had to be split up due to the fact that one of us was going to get stabbed And nothing was done about that. I ended getting Stabbed 16 times and Beat up By the same person and his Comrado on the 1-11-17.

## ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED *(Acción que esta solicitado, Esta sección debe completarse)*

I would like a full and proper investigation to be taken and right action be followed.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DIAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| Officer Jackson, Jahn, Wells, Supervisior Hessian, Williamson and Many other 3to11 officers | Pedro Orozco |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 1-24-16 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

| (FCN-40)(SEP 14) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – CRW/PLATOON COUNSELOR) | (PINK COPY – INMATE) |
|---|---|---|---|

Case: 1:18-cv-01938 Document #: 73-3 Filed: 02/05/21 Page 35 of 47 PageID #:379

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| | THIS SECTION TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(Para ser llenado solo por el personal de Inmate Services )* |
|---|---|
| ☐ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent: |
| ☒ Non-Compliant Grievance | ☒ Other: I. S. Admin |

| CONTROL # | INMATE ID # |
|---|---|
| | 818633 |

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de Identificación del Preso)* |
|---|---|---|
| Orozco | Pedro | 2015-0160-195 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| # 10 | 3-A | 2-12-17 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, decision or decisions of the Inmate disciplinary hearings officer.

- The grieved issue must have occurred within the last 15 calendar days unless the allegation is one of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. (If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance previously received within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related consents such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o protección para los presos, decisiones o decisiones del oficial de audiencias disciplinarias para los presos.

- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida la cual ya ha recibido una respuesta y usted ya recibió una apelación no someter una apelación sobre la decisión de los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante.
- La solicitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel como preocupaciones sobre la agenda de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| DATE OF INCIDENT REQUIRED - *(Fecha del Incidente)* | TIME OF INCIDENT REQUIRED - *(Horad del Incidente)* | SPECIFIC LOCATION OF INCIDENT REQUIRED - *(Lugar Especifico del Incidente)* | NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| LI 212 1-6-17 | 3 PM Shift on 4K | Division Ten Tier 3A | Please Name are documented in Disaplinary Report |

On 1-6-17 of Pedro Orozco # 2015-0916-195 had an incident with another inmate Andrew Smith, and the outcome of that officer after assaulted in outside of the (not County) Jurisdiction would have shown than Job I my actions envolved and ordered The while D orinator could have been avoided. I the (not County) Jurisdiction could have been avoided Due to Video Footage from 1-11-17 & 1-11-17 Division 10 Tier 3A to be Court Issued Thround. (HOLD)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del persona(s) presas que tengan información.)* |
|---|

| INMATE SIGNATURE: *(Firma del Preso)*: |
|---|
| Pedro Orozco |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CRW Murray | | 2-16-17 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| CRW Murray | | 2/16/17 |

WHITE COPY – INMATE PINK COPY – INMATE SERVICES



(FCN-40c)(AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

**INMATE'S SIGNATURE OF RECEIPT** (Firma de recibo del preso): Declined to Sign 1308 PM

**DATE RESPONSE RECEIVED** (Fecha de recibo de respuesta): 2/17/17

---

**INMATE SIGNATURE**

**NAME OF INDIVIDUAL RESPONDING** (Nombre del personal o preso que tengan información): Nicon

**SIGNATURE OF INDIVIDUAL RESPONDING** (Firma del personal o preso que tengan información): X

**DATE** (Fecha): 2/17/19

The grieved issues one of the following non-grievable
Matter re. formulation of departmental policies

□ Otra razón

□ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

□ La solicitud de la queja contiene más de un asunto.

□ El asunto de la queja contiene lenguaje ofensivo o amenazante.

□ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.

□ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha sido apelada.

□ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.

□ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

□ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación de detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.

**RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA**

El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.

□ Other reason not listed

□ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

□ The grievance form contains more than one issue.

□ Offensive or harassing language was used

□ The grieved issue is a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.

□ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.

□ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.

□ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

☑ The grieved issue is one of the following non-grievable matters: Formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

**REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE**

Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted

---

**INMATE # (SHORT #)** (Del Preso # corto): 0491077

**DIVISION** (División): 10

**GRIEVANCE CODE** (Código de Queja): Pol

**LIVING UNIT** (Unidad): 3B

**DETERMINED BY C.R.W.** (determinado por el T.R.C/C.R.W.): CRW

**INMATE'S GRIEVANCE FORM DATE** (Fecha): 8-18-17

---

**INMATE INFORMATION**

**PRINT - INMATE LAST NAME** (Apellido del Preso): Oropeza

**PRINT - FIRST NAME** (Primer Nombre): Pedro

**INMATE BOOKING NUMBER** (# de Identificación del Preso): 2015 0919696

**NON-COMPLIANT GRIEVANCE RESPONSE FORM**
(Interno no Queja Solicitud Respuesta)

COOK COUNTY SHERIFF'S OFFICE
(Oficina del Aguacil del Condado de Cook)

**[CO]UNTY SHERIFF'S OFFICE**
*del Alguacil del Condado de Cook*

**[IN]MATE GRIEVANCE FORM** 1 of 2
*(Formulario de Queja del Preso)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| 2017 00545 | 019377 |

[THIS SE]CTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !

**GRIEVANCE FORM PROCESSED AS:**
☒ EMERGENCY GRIEVANCE
☒ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

Inmate #:
CODE: 080

**REFERRED TO:**
☐ CERMAK HEALTH SERVICES
☒ SUPERINTENDENT: Doyle
☒ OTHER: OPR. SB

INMATE INFORMATION

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del detenido) |
|---|---|---|
| OROZCO | Pedro | 2015-0916-195 |
| DIVISION (División): 10 | LIVING UNIT (Unidad): 3-B | DATE (Fecha): 1-12-17 |

INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT (Fecha Del Incidente) | TIME OF INCIDENT (Hora Del Incidente) | SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente) |
|---|---|---|
| 1-11-17 | 7 to 3 Shift | Div-10-Tier 3-A |

on above date and approx time I was assulted by inmates. I was Beat, Punched, Kicked & Stabbed. This situation went on for atleast 15 min. There was no officer in the unit to protect me. I got swelling on my face and head and I was also stabbed atleast (15) times in the back and some of the wounds required stiches

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I would like for incident to be properly investigated and the right action taken. I will also like to file a lawsuit and be Compensated for my Pain and Suffering.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE [illegible] ... YOU WILL BE ASKED TO REVIEW THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

[illegible]

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)* |
|---|---|
| | Pedro Orozco |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| McCoy | [signature] | 1-13-17 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| [signature] | [signature] | 1-13-17 |

(FCN-40)(SEP 14) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

...NTY SHERIFF'S OFFICE
(...del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM** (Formulario de Queja del Preso) 2382

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| 2017 00545 | 0193177 |

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY!

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☒ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

Inmate #: ______
Code: 080

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☒ SUPERINTENDENT: [signature]
☒ OTHER: OPR-IS

INMATE INFORMATION (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso) | PRINT - FIRST NAME (Primer Nombre) | INMATE BOOKING NUMBER (# de Identificación del detenido) |
|---|---|---|
| OROZCO | Pedro | 2015-0916-195 |
| DIVISION (División): Div-10- | LIVING UNIT (Unidad): 3-A | DATE (Fecha): 1-12-17 |

INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos de la Queja)

- **An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.**
- **Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.**
- **When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.**
- **Only one (1) issue can be grieved per form.**
- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJA NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT (Fecha Del Incidente) | TIME OF INCIDENT (Hora Del Incidente) | SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente) |
|---|---|---|
| 1-11-17 | 7-To-3 | DIV-10-Tier 3-A |

On 1-11-17 I was beat and stabbed. I feel if random shakedowns was done inmates would have never been able to posess metal to make shanks that I got stabbed with.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** (Acción que esta solicitado, Esta sección debe completarse)

a proper investigation, and I would also like to follow through with civil action.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MAS DE 2 DIAS ANTES QUE CUANDO LA ESCRIBIO Y/O PUSO LA FECHA DESDE UN PRINCIPIO ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SU ... )

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información) | INMATE SIGNATURE AND DATE: (Firma del Preso/Fecha) |
|---|---|
| | [signature] |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| Mulloy | [signature] | 1-13-17 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| Quade | [signature] | 1-13-17 |

(FCN-40)(SEP 14) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

# INMATE SERV. COPY

Inmate Grievance Number: **2017x00545**

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly or submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608

CCSAO OROZCO (18-C-1938) 000151

Case: 1:18-cv-01938 Document #: 75-3 Filed: 02/05/21 Page 40 of 47 PageID #:384

**Inmate Serv.
Copy**

Laura Mena (Sheriff)
Friday, January 13, 2017 11:38 AM
CCSO OPR (Sheriff) (ccso.opr@cookcountyil.gov)
John Mueller (Sheriff)

**Subj.** Orozco, P 2017X00545

**Attachmen.** 01-19-2017 Orozco, Pedro 2017X00545.pdf

Attached to this email is a copy of a <u>Grievance</u> that is being forward to your office
for a review and/or investigation.

*Laura Mena,*

Department of Inmate Services
Department of Corrections - Cook County Sheriff's Office
2700 S California Ave, Chicago, IL, 60608
Tel # 773-674-6816
Fax # 773-674-5702
laura.mena@cookcountyil.gov

*The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.*

1

CCSAO OROZCO (18-C-1938) 000152

080/019317

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 201700545

**INMATE INFORMATION** *(Información del Preso)*

| INMATE LAST NAME (Apellido del Preso) | INMATE FIRST NAME (Primer Nombre) | ID Number (# de Identificación) |
|---|---|---|
| Orozco | Pedro | 2015-0916195 |

**GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE**

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 080 Failure to protect

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): The Grievance process is not used for monetary purpose.

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (example: Superintendent, Cermak Health services, Personnel): OPR-IS — DATE REFERRED: 1/13/17

RESPONSE BY PERSONNEL HANDLING REFERRAL: SEE ATTACHMENT

| PERSONNEL RESPONDING TO GRIEVANCE (Print) | SIGNATURE | DIV./DEPT. | DATE |
|---|---|---|---|
| L FENDERSON | [signature] | IS ADMIN | 1/13/17 |

Superintendents of a division unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print) | SIGNATURE | DIV. / DEPT. | DATE |
|---|---|---|---|
| [signature] | Pedro Orozco | 10 | 1/13/17 |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: ______
☐ NON-GRIEVANCE SUBJECT CODE: ______

INMATE SIGNATURE (Firma del Preso): Pedro Orozco

DATE RESPONSE WAS RECEIVED (Fecha en que la respuesta fue recibida): 1/14/17

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

- To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
- *Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelación del detenido)*: 1/14/17

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelación)*:
I would like for an proper investigation to be taken.

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?* ☐ Yes (Sí) ☒ No

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decisión o recomendación por parte del administrador o / su designado(a))*:
Please direct your request/questions to OPR. See attached

| ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)) | SIGNATURE (Firma del Administrador o / su Designado(a)) | DATE (Fecha) |
|---|---|---|
| Rorke | [signature] | 1/17/17 |

INMATE SIGNATURE (Firma del Preso): X Pedro Orozco

DATE INMATE RECEIVED APPEAL RESPONSE: (Fecha en que el preso recibió respuesta a su apelación): 1/17/17

FCN-48 (Rev. 06/14) WHITE COPY - PROGRAM SERVICES YELLOW COPY - CRW / PLATOON COUNSELOR PINK COPY - INMATE

CCSAO OROZCO (18-C-1938) 000154

## COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

### INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| 2017 00555 | 019317 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (! Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☒ GRIEVANCE  Inmate #: _____

☐ NON-GRIEVANCE (REQUEST)  CODE: 330

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☒ SUPERINTENDENT: DIV 10

☐ OTHER: _____

### INMATE INFORMATION (Información del Preso)

**PRINT - INMATE LAST NAME** (Apellido del Preso): OROZCO

**PRINT - FIRST NAME** (Primer Nombre): Pedro

**INMATE BOOKING NUMBER** (# de identificación del detenido): 2015-0916-195

**DIVISION** (División): 10

**LIVING UNIT** (Unidad): 3-B

**DATE** (Fecha): 1-12-17

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podria re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** (Fecha Del Incidente): 1-11-17

**TIME OF INCIDENT** (Hora Del Incidente): 1-11-17 7-to-3 Shift

**SPECIFIC LOCATION OF INCIDENT** (Lugar Específico Del Incidente): Div-10-Tier 3L.

On 1-9-17 an incident occured with myself and inmate smith. Srgt. Hessions, Srgt Williamson, officer Wells tier officer, officer jackson, officer Deleo ect... I requested for one of us to be moved and nothing was done about it. I all the staff that was aware I was of the 3-TO-11 shift I got Beat and Stabed 5 times

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** (Acción que esta solicitado, Esta sección debe completarse)

I would like for this issue and statements be properly investigated and action be taken. I will also follow through with civil action.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELIGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** (Nombre del personal o presos que tengan información:)

**INMATE SIGNATURE AND DATE:** (Firma del Preso/Fecha): Pedro Orozco

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** _____

**SIGNATURE:** _____

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 1-13-17

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** Chris Clermont

**SIGNATURE:** _____

**DATE REVIEWED:** 1-13-17

(FCN-40)(SEP 14)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☒ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
2017 0055

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| Orozco | Pedro | 2015 0916195 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 330 Security Procedures

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE //REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): DIV 10 SUPT    DATE REFERRED: 1 17 18

RESPONSE BY PERSONNEL HANDLING REFERRAL: ALL MOVES ARE HANDLED BY CLASSIFICATION. IF DETAINEE WAS IN FEAR OF HARM, HE WOULD HAVE BEEN SERVED BY REQUESTING PROTECTIVE CUSTODY. DETAINEES HAVE NO INDIVIDUAL RIGHT TO SELECTIVE HOUSING.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| CONSOLINO | | 10 | 3 8 17 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | / | / / |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE *(Firma del Preso):* | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: _____ <br> ☐ NON-GRIEVANCE SUBJECT CODE: _____ | Pedro Orze | 3 14 17 |

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* 3 14 17

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*

Cook County Staff and Supervisor neglected my request for Mighty way Safety and I want it to be investigated.

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?    Yes *(Si)* ☐    No ☒
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decisión o recomendación por parte del administrador o / su designado(a)):* ORIGINAL RESPONSE STANDS. Detainee is advised to request Protective Custody.

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| Kerko | | 3 16 17 |

| INMATE SIGNATURE *(Firma del Preso):* | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su apelación):* |
|---|---|
| Pedro Orzeo | 3 20 17 |

FCN-48 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

CCSAO OROZCO (18-C-1938) 000155

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| 2017 07311 | 019311 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☒ Grievance
☐ Non-Compliant Grievance

Inmate #: _____

CODE: **330**

☐ Cermak Health Services
☒ Superintendent: ____ **09**
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: OROZCO | PRINT - FIRST NAME *(Primer Nombre)*: Pedro | INMATE BOOKING NUMBER *(# de identificación del Preso)*: 2015-0916-195 |
|---|---|---|
| DIVISION *(División)*: 9 | LIVING UNIT *(Unidad)*: 1-H | DATE *(Fecha)*: 5-14-17 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limit exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento; clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solicitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 5-14-17 | 7+03 - 3-7011 Shifts | Division 9 - Tier 1-H | Cook County Tom Dart |

I feel as if Myself and other Inmates have been treated Cruel & Punished Due to cook County officers Misconduct. We have been on locked down in our cells for Two days because officers decided not to come to work again. This Constantly happens When Big Sporting events take place, Holidays or just good Weather. officers refuse to come to work and inmates have to pay for it.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información)*: Division #9 officers | INMATE SIGNATURE: *(Firma del Preso)*: Pedro Orozco |
|---|---|

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 5-15-17 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40a)(AUG 16)

(WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

2019

CONTROL NUMBER: 07371    INMATE #: 019217

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

INMATE LAST NAME *(Apellido del Preso):* Orozco
INMATE FIRST NAME *(Primer Nombre):* Pedro
ID Number *(# de Identificación):* 15-0916195

GRIEVANCE ISSUE AS DETERMINED BY CRW: 33 Security Procedures

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO ( *Example: Superintendent, Cermak Health Services):* O.G. Dept
DATE REFERRED: 5/16/19

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

THE SUPT/EXECUTIVE STAFF CAN PLACE THE BUILDING ON LOCKDOWN FOR SAFETY AND SECURITY PURPOSES AT ANY TIME.

PERSONNEL RESPONDING TO GRIEVANCE (Print): CMDR [illegible]
SIGNATURE:
DIV./DEPT.: DIV 9
DATE: 5/18/17

**THIS SECTION TO BE COMPLETED BY INMATE**

INMATE SIGNATURE *(Firma del Preso):* Pedro Orozco
DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 5/28/17

**INMATE'S REQUEST FOR AN APPEAL** *( Solicitud de Apelación del Preso)*
THIS SECTION IS TO BE COMPLETED BY INMATE

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso:)* 5/28/17

INMATE'S BASIS FOR AN APPEAL: *(Base del preso para una apelación:)*

I would like for this incident to be investigated by I-O-J

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Sí)* ☐  No ☒
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a).)*
You should confer with your attorney. Administration has discretion to call lockdowns for safety and security.

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a)):* REZKO
SIGNATURE *(Firma del Administrador o/su Designado(a).):*
DATE *(Fecha):* 6/2/17

**THIS SECTION TO BE COMPLETED BY INMATE**

INMATE SIGNATURE *(Firma del Preso):* Pedro Orozco
DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 6/22/17

(FCN-40b) (AUG 16)    **(WHITE COPY – INMATE SERVICES)**    **(YELLOW COPY – C.R.W.)**    **(PINK COPY – INMATE)**

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

CONTROL #: 2017-01372   INMATE ID #: 093/77

( ! Para ser llenado solo por el personal de Inmate Services !)

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !

☐ Emergency Grievance
☒ Grievance
☐ Non-Compliant Grievance

Inmate #: 090
CODE:

☐ Cermak Health Services
☒ Superintendent: 09
☐ Other:

PRINT - INMATE LAST NAME *(Apellido del Preso)*: Orozco
PRINT - FIRST NAME *(Primer Nombre)*: Pedro
LIVING UNIT *(Unidad)*: 1-H
DIVISION *(División)*: 9

INMATE BOOKING NUMBER *(# de identificación del Preso)*: 2015-0916-195
DATE *(Fecha)*: 5-14-17

**GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT**

**DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA**

REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)*: 5-14-17
REQUIRED - TIME OF INCIDENT *(Horad del Incidente)*: 7-TO-3
REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)*: Div-9- 1-H
REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)*: Cook county officers

Cruel treatment has been taken. Upon receiving lunch on 1-H officers came to the cell and demanded for me to step to the back of the cell and when I complied office then open chuck holes and throw lunches in on floor. And we also didn't receive our milk

INMATE SIGNATURE *(Firma del Preso)*: Pedro Orozco

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: 7-to-3 shift officers Div #9

CRW/PLATOON COUNSELOR (Print):
SIGNATURE:
DATE CRW/PLATOON COUNSELOR RECIEVED: 5-15-97
DATE REVIEWED:

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:

(FCN-40a)(AUG 16)   (WHITE)   CCSAO OROZCO (18-C-1938) 000158

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

*2017*

| CONTROL NUMBER | INMATE # |
|---|---|
| 07372 | 0192/77 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Orozco | Pedro | 15-0916195 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: O90 Food Service.

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ): O9 Sept

DATE REFERRED: 5/16/17

### RESPONSE BY PERSONNEL HANDLING REFERRAL

THIS MATER WILL BE INVESTIGATED. DUE TO NUMEROUS STAFF ASSAULTS DETAINEES ARE TO FOLLOW ORDERS ESPECIALLY IN THE SMU UNIT.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Juror Giovanni | [signature] | DIV 9 | 5/18/17 |

### THIS SECTION TO BE COMPLETED BY INMATE

| INMATE SIGNATURE (Firma del Preso): | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|
| Pedro Orozco | 5/29/17 |

### INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  (Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  (De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso:) 5/29/17

INMATE'S BASIS FOR AN APPEAL: (Base del preso para una apelación:)

I would like for this issue to be investigated by D.O.J

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?    Yes (Sí) ☐    No ☒
(Apelación del preso aceptada por el administrador o/su designado(a)?)

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a).)

You Should confer with your Attorney. ORIGINAL RESPONSE STANDS

| INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a):): | DATE (Fecha): |
|---|---|---|
| Reyes | [signature] | 6/2/17 |

### THIS SECTION IS TO BE COMPLETED BY INMATE

| INMATE SIGNATURE (Firma del Preso): | DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|
| [signature] | 6/20/17 |

(FCN-40b) ( AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

CCSAO OROZCO (18-C-1938) 000159