## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #** 2017 00545   **INMATE ID #** 019377

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | *(! Para ser llenado solo por el personal de Inmate Services !)* |
|---|---|

**GRIEVANCE FORM PROCESSED AS:**
- ☒ EMERGENCY GRIEVANCE
- ☒ GRIEVANCE   Inmate #: _____
- ☐ NON-GRIEVANCE (REQUEST)   CODE: _____

**REFERRED TO:**
- ☒ CERMAK HEALTH SERVICES
- ☒ SUPERINTENDENT: David
- ☒ OTHER: OPR - SS

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* OROZCO

**PRINT - FIRST NAME** *(Primer Nombre):* Pedro

**INMATE BOOKING NUMBER** *(# de identificación del detenido):* 2015-0916-195

**DIVISION** *(División):* 10

**LIVING UNIT** *(Unidad):* 3-B

**DATE** *(Fecha):* 1-12-17

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que la haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario.

**DATE OF INCIDENT** *(Fecha Del Incidente)* 1-11-17

**TIME OF INCIDENT** *(Hora Del Incidente)* 7 to 3 Shift

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)* Div-10 - Tier 3-A

On above date and approx time I was assulted by inmates. I was Beat, Punched, Kecked & Stabbed. This situation went on for "atleast" 15 min. There was no officer in the unit to protect me. I got swelling on my face and head and I was also stabbed atleast 4 or 5 times in the back and some of the wounds required stiches

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I would like for incident to be properly investigated and the right action taken. I will also like to file a law suit and I be compensated for my Pain and suffering.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Pedro Orozco

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR** *(Print)* McCoy   **SIGNATURE** _____   **DATE CRW/PLATOON COUNSELOR RECIEVED:** 1-13-17

**SUPERINTENDENT/DIRECTOR/DESIGNEE** *(Print):* Cross   **SIGNATURE** _____   **DATE REVIEWED:** 1-13-17

(FCN-40)(SEP 14)   **(WHITE COPY** – INMATE SERVICES)   **(YELLOW COPY** – CRW/PLATOON COUNSELOR)   **(PINK COPY** – INMATE)

CCSAO OROZCO (18-C-1938) 000117

# COUNTY SHERIFF'S OFFICE
*del Alguacil del Condado de Cook*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| | GRIEVANCE (QUEJA) | OR | NON-GRIEVANCE (REQUEST) |
|---|---|---|---|
| | CONTROL # | | INMATE ID # |
| | 2017 X0545 | | 019377 |

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (*¡ Para ser llenado solo por el personal de Inmate Services !*)

**GRIEVANCE FORM PROCESSED AS:**

☒ EMERGENCY GRIEVANCE
☒ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

Inmate #: _____
CODE: ☐☐☐

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☒ SUPERINTENDENT: __ DIV 10
☒ OTHER: OPR - SS

---

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):*
OROZCO

**PRINT - FIRST NAME** *(Primer Nombre):*
Pedro

**INMATE BOOKING NUMBER** *(# de identificación del detenido)*
2015-0916-195

**DIVISION** *(División):*
10

**LIVING UNIT** *(Unidad):*
3-B

**DATE** *(Fecha):*
1-12-17

---

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente)*
1-11-17

**TIME OF INCIDENT** *(Hora Del Incidente)*
7 to 3 Shift

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)*
Div-10-Tier 3-A

on above date and approx time, I was assulted by inmates. I was Beat, "Punched," Kicked & Stabbed. This situation went on for atleast, 15 min. There was no officer in the unit to protect me. I got swelling on my face and head and I was also stabbed atleast 4 or 5, times in the back and some of the wounds required stitches.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse):*

I would like for incident to be properly investigated and the right action taken. I will also like to file a law suit and be compensated for my Pain and Suffering.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI, ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE, CUANDO UN PRISO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha)*
Pedro Orozco

---

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):**
McCoy

**SIGNATURE:**

**DATE CRW/PLATOON COUNSELOR RECIEVED:**
1-13-17

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**
1-13-17

(FCN-40)(SEP 14)   **(WHITE COPY – INMATE SERVICES)**   **(YELLOW COPY** – CRW/PLATOON COUNSELOR)   **(PINK COPY – INMATE)**

Case: 1:18-cv-01938 Document #: 75-4 Filed: 02/05/21 Page 3 of 43 PageID #:394

**COUNTY SHERIFF'S OFFICE**
(del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

GRIEVANCE ☐ NON-GRIEVANCE (REQUEST) ☐

CONTROL # **2017 00545**

INMATE ID # **0193177**

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado sólo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE  Inmate #: _____

☑ GRIEVANCE   CODE: 0080

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☑ SUPERINTENDENT: _____

☑ OTHER: OPR-IS

| **INMATE INFORMATION** *(Información del Preso)* | | |
|---|---|---|
| **PRINT - INMATE LAST NAME** *(Apellido del Preso):* OROZCO | **PRINT - FIRST NAME** *(Primer Nombre):* Pedro | **INMATE BOOKING NUMBER** *(# de identificación del detenido)* 2015-0916-195 |
| **DIVISION** *(División):* DIV-10- | **LIVING UNIT** *(Unidad):* 3-A | **DATE** *(Fecha):* 1-12-17 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| **DATE OF INCIDENT** *(Fecha Del Incidente)* | **TIME OF INCIDENT** *(Hora Del Incidente)* | **SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)* |
|---|---|---|
| 1-11-17 | 7-TO-3 | DIV-10-Tier 3-A |

On 1-11-17 I was Beat and stabbed. I feel if random shake downs was done inmates would have never been able to posess Metal to Make shanks that I got stabbed with.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

a proper investigation, and I would also like to follow though with civil action.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Pedro Orozco

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 1-13-17 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: 1-13-17 |

(FCN-40)(SEP 14)   **(WHITE COPY – INMATE SERVICES)**   **(YELLOW COPY – CRW/PLATOON COUNSELOR)**   **(PINK COPY – INMATE)**

CCSAO OROZCO (18-C-1938) 000119

Laura Mena (Sheriff)
Friday, January 13, 2017 11:38 AM
CCSO.OPR (Sheriff) (ccso.opr@cookcountyil.gov)
John Mueller (Sheriff)
**Subj[...]** Orozco, P 2017x00545
**Attachme[...]** 01-19-2017 Orozco, Pedro 2017x00545.pdf

Attached to this email is a copy of a **Grievance** that is being forward to your office for a review and/or investigation.

*Laura Mena,*
Department of Inmate Services
Department of Corrections - Cook County Sheriff's Office
2700 S California Ave, Chicago, IL. 60608
Tel # 773-674-6816
Fax # 773-674-5702
laura.mena@cookcountyil.gov

*The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.*

Inmate Serv.
Copy

Inmate Grievance Number: **2017x00545**

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly *or* submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608

**INMATE SERV. COPY**

080/0193177

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

[X] GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 201700545

**INMATE INFORMATION** *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Orozco | Pedro | 2015-0916195 |

**GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE**
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 080 Failure to protect

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): The Grievance process is not used for monetary purpose.

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): OPR-IS

DATE REFERRED: 1 / 13 / 17

RESPONSE BY PERSONNEL HANDLING REFERRAL:

SEE ATTACHMENT

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| L FENDERSON | [signature] | IS ADMIN | 1 / 13 / 17 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| [illegible] | Pedro Orozco | 10 | 1 / 13 / 17 |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: ______
☐ NON-GRIEVANCE SUBJECT CODE: ______

INMATE SIGNATURE *(Firma del Preso)*: Pedro Orozco

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 1 / 14 / 17

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

*** To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

** Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido)*: 1 / 14 / 17

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

I would like for an proper investigation to be taken.

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Sí)* ☐ No [X]

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*:

Please direct your requests / questions to OPR. See attached

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| Rorka | [signature] | 1 / 17 / 17 |

INMATE SIGNATURE *(Firma del Preso)*: X Pedro Orozco

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion)*: 1 / 17 / 17

FCN-48 (Rev. 08/14) WHITE COPY - PROGRAM SERVICES YELLOW COPY - CRW / PLATOON COUNSELOR PINK COPY - INMATE



COOK COUNTY DEPARTMENT OF CORRECTIONS

EMERGENCY GRIEVANCE ACTION REVIEW FORM

**GRIEVANCE INFORMATION**

| Date Grievance Received | Grievance Dated | Grievance Control Number |
|---|---|---|
| 26 JAN 17 | 12 JAN 17 | 2017X00545 |

| Inmate's Name | Booking Number |
|---|---|
| OROZCO, PEDRO | 20150916195 |
| **Division** | **Housing Assignment** |
| 10 | 3B |

**GRIEVANCE SUMMARY**

Inmate Orozco alleged that he was assaulted by other inmates on tier 3A. See incident DIV10-2017-674

**ACTION TAKEN**

Inmate Orozco received medical attention, was separated from other inmates and offered protective custody. Inmate has had no further documented incidents.

**GRIEVANCE SUMMARY**

| Receiving Officer (Print) | Signature | Time |
|---|---|---|
| Lt. Greer | Lt Greer 696 | 1600hrs |
| **Superintendent/Designee (Print)** | **Signature** | **Date/Time** |
| Supt WALSH | Supt Walsh | 31 Jan 17 |
| **AED (Print)** | **Signature** | **Date/Time** |
| M Reyes | [signature] | 1/31/17 |

(FCN-43)(SEPT 14)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| 2017X01039 | 0193177 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☑ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

Code 200

**REFERRED TO:**

☑ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: ____
☐ OTHER: ____

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| OROZCO | Pedro | 2015-0916-195 |
| DIVISION *(División)*: 10 | LIVING UNIT *(Unidad)*: 3-B | DATE *(Fecha)*: 1-21-17 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- **An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.**
- **Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.**
- **When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.**
- **Only one (1) issue can be grieved per form.**

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 1-11-17 | 7 to 3 Shift | Div-10 Tier 3A / Cermack |

On 1-11-17 I Pedro Orozco 2015-0916-195 was assaulted and stabbed with a home made knife by other inmates in Cook County Jail. Soon after I was sent to Cermack Medical Center. I was stiched up and sent back without and pain killers or antibiotic prescribed. I've been in pain ever since and the wounds are Now infected.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I would like for my Claim to be investigated and proper action be taken, Also proper Medical treatment.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*: |
|---|---|
| | Pedro Orozco |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): McCoy | SIGNATURE: [signature] | DATE CRW/PLATOON COUNSELOR RECIEVED: 1-24-17 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40)(SEP 14) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

09/3/17

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2017 01039

**INMATE INFORMATION** *(Información del Preso)*

INMATE LAST NAME *(Apellido del Preso)*: Orozco
INMATE FIRST NAME *(Primer Nombre)*: Pedro
ID Number *(# de identificación)*: 2015 0916195

**GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE**
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 200 - Medical Treatment

2017 JAN 30 AM 9:26

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): Cermak Notified

FEB 15 AM

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak
DATE REFERRED: 1/26/2017

RESPONSE BY PERSONNEL HANDLING REFERRAL: Provider ordered Ibuprofen. Acetaminophen order was active. No HSRF submitted with concerns since 9/28/16. Instructed to return to Urgent Care if symptoms develop. To PCC for F/UP 1/13 Sutures removed 1/5. No S/Sx infection.

PERSONNEL RESPONDING TO GRIEVANCE (Print): Susan Shebel
SIGNATURE: Susan Shebel RN
DIV. / DEPT.:
DATE: 2/9/17

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):
SIGNATURE:
DIV. / DEPT.:
DATE: / /

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☑ GRIEVANCE SUBJECT CODE: 200
☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE *(Firma del Preso)*: X Pedro Orozco

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 2/12/17

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

*** To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

** Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido)*: 2/12/17

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:
I would like for claims to get further investigated. Response don't make sense I got stabbed 1-11-16

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*
Yes *(Si)* ☐ No ☑

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*: Response stands

ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: Susan Shebel
SIGNATURE *(Firma del Administrador o / su Designado(a))*: Susan Shebel RN
DATE *(Fecha)*: 3/10/17

INMATE SIGNATURE *(Firma del Preso)*: Pedro Orozco
DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion)*: 3/14/17

FCN-48 (Rev. 09/14) WHITE COPY - PROGRAM SERVICES YELLOW COPY - CRW / PLATOON COUNSELOR PINK COPY - INMATE

☐ GRIEVANCE ☒ NON-GRIEVANCE (REQUEST)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| N/A | 019377 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

- ☐ EMERGENCY GRIEVANCE
- ☒ GRIEVANCE
- ☒ NON-GRIEVANCE (REQUEST)

Inmate #: 019377
CODE: 300
MITCHELL 11/23/15
300

**REFERRED TO:**

- ☐ CERMAK HEALTH SERVICES
- ☒ SUPERINTENDENT: 10 - Supt.
- ☐ OTHER:

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| OROZCO | Pedro | 2015-0916-195 |
| **DIVISION** *(División)*: 10 | **LIVING UNIT** *(Unidad)*: 4A | **DATE** *(Fecha)*: 11-21-15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- **An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.**
- **Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.**
- **When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.**
- **Only one (1) issue can be grieved per form.**

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuándo una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Especifico Del Incidente)* |
|---|---|---|
| 11-21-15 | 7 to 3 Shift | 4A. |

For the whole month of October & November Tier 4-A haven't recieved any type of recreation on our assigned day wich is Saturday 7 to 3 shift. The fine day officer Constantly tells us rec has been Canceled.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

For Tier 4A to start recieving there Saturday Morning rec - Thank you

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*: |
|---|---|
| | [signature] |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| N. Mitchell | [signature] | 11/23/15 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | / / |

(FCN-40)(SEP 14) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| 20163127 | 0193177 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☒ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:** Code 260
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT:
- ☒ OTHER: OPR-I.S.

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Orozco | Pedro | 2015-0916195 |
| DIVISION *(División)*: 10 | LIVING UNIT *(Unidad)*: 4A | DATE *(Fecha)*: 4-11-16 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- **An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.**
- **Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.**
- **When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.**
- **Only one (1) issue can be grieved per form.**

80

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 dias después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 4-6-16 | 12:30pm | 10-4A |

In regards to the incident that happened on 4-6-16, I was assaulted by ofc! Arce and Ofc. Maciunas. During the time I was cuffed the two officers constantly hit my head against the wall in the elevator and in dispensary.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I want to file a criminal charge and a civil charge against the officers and they be relieved of their duties so no one else can be assaulted.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*: |
|---|---|
| | Pedro Orozco |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| R Hubbs | [signature] | 4-11-16 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| Lt. McGee | [signature] | 4-11-16 |

(FCN-40)(APR15) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

**Laura Mena (Sheriff)**

| | |
|---|---|
| **From:** | Laura Mena (Sheriff) |
| **Sent:** | Monday, April 11, 2016 1:13 PM |
| **To:** | Ann Dale (Sheriff); Miriam Rentas (Sheriff); Samantha Thompson (Sheriff) |
| **Cc:** | John Mueller (Sheriff); Larry Schurig (Sheriff); Mary Chessin (Sheriff) |
| **Subject:** | Orozco, P 2016x3127 |
| **Attachments:** | 4-14-2016 Orozco, Pedro 2016x3127.pdf |

Attached to this email is a copy of a ***Grievance*** that is being forward to your office for a review and/or investigation.

*Laura Mena,*
Admin. Assistant
Department of Inmate Services
Department of Corrections - Cook County Sheriff's Office
2700 S California Ave, Chicago, IL. 60608
Tel # 773-674-6816
Fax # 773-674-5702
laura.mena@cookcountyil.gov

*The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.*

**Inmate Serv.**
**Copy**

Inmate Grievance Number: **20163127**

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly *or* submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608

**INMATE SERV. COPY**

ID# 0193177

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2016 3127

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Orozco | Pedro | 20150916195 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 260- Misconduct (physical) by sworn staff

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): O.P.R.-I.S. DATE REFERRED: 4 / 11 / 16

RESPONSE BY PERSONNEL HANDLING REFERRAL: See Attachment

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| OSEDA, M | [signature] | IS | 04 / 11 / 16 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| [handwritten name] | [signature] | 10 | 4 / 12 / 16 |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: ______
☐ NON-GRIEVANCE SUBJECT CODE: ______

INMATE SIGNATURE *(Firma del Preso)*: Pedro Orozco

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 4 / 12 / 16

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

*** To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

** Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido)*: 4 / 12 / 16

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

I would like to assure that there is a proper investigation in this matter.

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Si)* ☐ No ☒

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decisión o recomendación por parte del administrador o / su designado(a))*: Original Response to Stand.

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| J. Mueller | [signature] | 4 / 13 / 16 |

INMATE SIGNATURE *(Firma del Preso)*: X Pedro Orozco

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelación)*: 4 / 20 / 16

FCN-48 (Rev. 09/14) WHITE COPY - PROGRAM SERVICES YELLOW COPY - CRW / PLATOON COUNSELOR PINK COPY - INMATE



**COOK COUNTY DEPARTMENT OF CORRECTIONS**

**EMERGENCY GRIEVANCE ACTION REVIEW FORM**

**GRIEVANCE INFORMATION**

| Date Grievance Received | Grievance Dated | Grievance Control Number |
|---|---|---|
| 04-11-2016 | 04-11-2016 | 2016-3127 |

| Inmate's Name | Booking Number |
|---|---|
| OROZCO,PEDRO | 2015-0916195 |

| Division | Housing Assignment |
|---|---|
| 10 | 4A |

**GRIEVANCE SUMMARY**

MISCONDUCT BY STAFF

**ACTION TAKEN**

STAFF DENIED THIS ALLEGATION,IN REGARDS TO THE INCIDENT YOU ASSAULTED ANOTHER DETAINEE WHILE STAFF WAS TRYING TO CONTRLTHE INCIDENT YOU WERE GIVEN VERBAL ORDERS BY SUPERVISOR SEVERAL TIMES BUT CONTINUE TO BE NON-COMPLIANT,YOU ALSO REFUSE TO BE HANDCUFF WHICH CAUSE THE RESPONSE TO RESISTANCE.ONCE STAFF GAIN CONTROL YOU CONTINUE MAKING THREATS AND NOT FOLLOWING ORDERS WHILE ON THE ELEVATORS AND IN THE DISPENSARY WHICH WERE ALL VIDEO TAPE.

**GRIEVANCE SUMMARY**

| Receiving Officer (Print) | Signature | Time |
|---|---|---|
| CLEMONS | [signature] | 1330 |
| **Superintendent/Designee (Print)** | **Signature** | **Date/Time** |
| Cms Clemons | [signature] | 4/21/16 |
| **AED (Print)** | **Signature** | **Date/Time** |
| M. Martinez | M. Martinez | 4/29/16 |

(FCN-43)(SEPT 14)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE ☑ NON-GRIEVANCE (REQUEST)

# INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| — | 0183177 ~~2015-0916-195~~ |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☑ ~~EMERGENCY GRIEVANCE~~
☐ GRIEVANCE
☑ NON-GRIEVANCE (REQUEST)

**REFERRED TO:** 280

☐ CERMAK HEALTH SERVICES
☑ SUPERINTENDENT: of Division 10
☐ OTHER:

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| OROZCO | PEdro | 2015-0916-195 |
| **DIVISION** *(División)*: #8 8 | **LIVING UNIT** *(Unidad)*: 4A | **DATE** *(Fecha)*: 4-20-16 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- **An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.**
- **Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.**
- **When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.**
- **Only one (1) issue can be grieved per form.**

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 4-6-16 | 7 to 3 Shift | Division 10 - 4A |

I was in a Incident on 4A - Division 10 4-6-16 and was taken to Stroger's Hospitle for a week - Somehow my Property Came up missing it Can't be found. I'm missing 2 Tunas, 20 Coffee, 2 Cheese Candy, 2 Shells, 6 Chips 10 Honey Buns. 3 T-Shirts, 3 Sox's, 3 Boxers 1 bath towel, 1 Power up Deordeant, 1 Moistirizer Soap 1 Hair Greese, Personal Mail, 12 personal Photos, Legal Mail & Paper work. 4 inmate Pens and 3 Personal Books.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

For Property Be found or Compisated for Everything that's Missing. Thank you

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*: |
|---|---|
| | |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D. Wilson | [signature] | 4/22/16 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

(FCN-40)(APR15) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

COOK COUNTY SHERIFF'S OFFICE 0143177

(Oficina del Aguacil del Condado de Cook) 280

INMATE GRIEVANCE RESPONSE / APPEAL FORM

(Petición de Queja del Preso/Respuesta/Forma de Apelación)

GRIEVANCE ☐ NON-GRIEVANCE (REQUEST) ☒

CONTROL #

## INMATE INFORMATION

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Orozco | Pedro | 2015-0916-195 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 280 Property

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): Dept RTU

DATE REFERRED: 4/22/16

RESPONSE BY PERSONNEL HANDLING REFERRAL:

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: ___/___/___ |
|---|---|---|---|

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: ___/___/___ |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):

☐ GRIEVANCE SUBJECT CODE: ______

☐ NON-GREIVANCE SUBJECT CODE: ______

INMATE SIGNATURE (Firma del Preso): x Pedro Orozco

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 4/28/16

## INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

- * To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
- * *Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del detenido:) ___/___/___

INMATE'S BASIS FOR AN APPEAL: (Base del detenido para una apelación:)

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? (¿ Apelación del detenido aceptada por el administrador o/su designado(a)?) Yes (Sí) ☐ No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decision o recomendación por parte del administrador o/su designado(a):)

| ADMINISTRATOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a):): | DATE (Fecha): ___/___/___ |
|---|---|---|

INMATE SIGNATURE (Firma del Preso):

DATE INMATE RECEIVED APPEAL RESPONSE (Fecha en que el preso recibio respuesta a su apelación): ___/___/___

(FCN-48)(NOV 11) (WHITE COPY – PROGRAM SERVICES) (YELLOW COPY – C.R.W./PLATOON COUNSELOR) (PINK COPY – INMATE)

## COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE  ☑ NON-GRIEVANCE (REQUEST)

CONTROL #

INMATE ID #
0193J77

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (! Para ser llenado solo por el personal de Inmate Services !)

280

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☑ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☑ SUPERINTENDENT: DIV - 10

☐ OTHER: _____

### INMATE INFORMATION (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso): Orozco OROZCO

PRINT - FIRST NAME (Primer Nombre): Pedro

INMATE BOOKING NUMBER (# de identificación del detenido): 2015-0916-195

DIVISION (División): 8

LIVING UNIT (Unidad): 3G

DATE (Fecha): 5-30-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

DATE OF INCIDENT (Fecha Del Incidente): 4-6-16

TIME OF INCIDENT (Hora Del Incidente): 7-To-3 Shift

SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente): Division #10 - 4A

I was in an incident and upon returning from a week day at Strangers my personal property could not be located. 3 T-shirts, 3 - Sox, 3 - Boxers, 1 - Bath Towel, 1 - Powder up Deoderent, 1 - Magic Suave, 1 Soap, 1 - Hair Grease, 2 - Times, 20 - Coffees, 2 Cheese Crunches, 2 Tortilla Shells, 6 Chips, 10 Honey Buns. What Hurts the Most is my Letters & Pictures from my loved ones and Two phone Cards, 3 personal Books.

ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED (Acción que esta solicitada, Esta sección debe completarse)

For my property to be found and returned to me or to be Compensated for it. Thank You Very Much.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES. PARA SUMITIR SU FORMA.)

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:)

INMATE SIGNATURE AND DATE: (Firma del Preso/Fecha): Pedro Orozco

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): D. Wilson

SIGNATURE: D. Wilson

DATE CRW/PLATOON COUNSELOR RECIEVED: 5/31/16

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED: 5/31/16

(FCN-40)(SEP 14)          (WHITE COPY – INMATE SERVICES)          (YELLOW COPY – CRW/PLATOON COUNSELOR)          (PINK COPY – INMATE)

COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

☐ GRIEVANCE ☑ NON-GRIEVANCE (REQUEST)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| | 019377 |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**

- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☑ NON-GRIEVANCE (REQUEST)

**REFERRED TO:** 280

- ☐ CERMAK HEALTH SERVICES
- ☑ SUPERINTENDENT: DIV - 10
- ☐ OTHER:

INMATE INFORMATION (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del detenido) |
|---|---|---|
| Orozco OROZCO | Pedro | 2015-0916-195 |
| DIVISION (División): 8 | LIVING UNIT (Unidad): 3G | DATE (Fecha): 5-30-16 |

INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

- **An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.**
- **Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.**
- **When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.**
- **Only one (1) issue can be grieved per form.**

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT (Fecha Del Incidente) | TIME OF INCIDENT (Hora Del Incidente) | SPECIFIC LOCATION OF INCIDENT (Lugar Especifico Del Incidente) |
|---|---|---|
| 4-6-16 | 7-To-3 Shift | Division #10 - 4A |

I was in an incident and upon Returning from a week stay at Strogers my personal property Could not be located. 3 T-shirts, 3-Sox, 3-Boxers 1-Bath Towel 1-Power up Deordorent, 1-Magic Shave, 1 Soap 1-Hair Grease, 2-Tunas 20-Coffee's, 2 Cheese Crunchy, 2 Tortilla Shells, 6 Chips, 10 Honey Buns. What Hurts the Most is my letter's & Pictures from my loved ones and Two phone Cards. 3 personal Books.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** (Acción que esta solicitado, Esta sección debe completarse)

For my property to be found and returned to me or to be Compensated for it. thank you Very Much.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE AND DATE: (Firma del Preso/Fecha): |
|---|---|
| | Pedro Orozco |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D. Wilson | D. Wilson | 5/31/16 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| Mr. K. Johnson | Mr. K. Johnson #316 | 5/31/16 |

(FCN-40)(SEP 14) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

28 JUNE 2016

01959977
280

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE ☑ NON-GRIEVANCE (REQUEST)

CONTROL #: —

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Orozco | Pedro | 2015-0918195 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 280 Property

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): DIV-10 Supt

DATE REFERRED: 5/31/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: SEARCH FOR PROPERTY CONDUCTED AND NOTHING FOUND. A COMPLAINT CAN BE FILED THRU CRW AGAINST SHERIFFS DEPT FOR LOST PROPERTY

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Lt Ponce | [signature] | 10 | 6/28/16 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Mr. K. Johnson | Mr. K. #316 | CCDOC | 28 June 2016 |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):

☐ GRIEVANCE SUBJECT CODE: ____

☐ NON-GRIEVANCE SUBJECT CODE: ____

INMATE SIGNATURE *(Firma del Preso)*: [signature] Pedro Orozco

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 7/6/16

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

*** To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

** Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido)*: ___/___/___

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Sí)* ☐ No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*:

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| | | ___/___/___ |

INMATE SIGNATURE *(Firma del Preso)*:

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion)*: ___/___/___

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| 20164662 | 073177 |

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | (! Para ser llenado solo por el personal de Inmate Services !) |
|---|---|

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☑ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**                                    33C

☐ CERMAK HEALTH SERVICES
☑ SUPERINTENDENT: DIV – 10
☐ OTHER:

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* OROZCO

**PRINT - FIRST NAME** *(Primer Nombre):* Pedro

**INMATE BOOKING NUMBER** *(# de identificación del detenido):* 2015-0916-195

**DIVISION** *(División):* 8

**LIVING UNIT** *(Unidad):* 3G

**DATE** *(Fecha):* 5-31-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente):* 3-6-16

**TIME OF INCIDENT** *(Hora Del Incidente):* 3 to 11 Shift

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente):* 4-A Division #10

I'm scared for myself and well being from Division 10 officers. I feel that my life is in Danger from the Division 10 officers, from the Superiors all the way down. I am scared to go back to Division 10.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

To Never Ever Return to Division 10 While I stay in the County Jail.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Pedro Orozco

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):** D. Wilson

**SIGNATURE:** D. Wilson

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 6/2/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** Cmdr. K. Johnson

**SIGNATURE:** Cmdr. K. #316

**DATE REVIEWED:** 22 June 2016

(FCN-40)(SEP 14)          **(WHITE COPY** – INMATE SERVICES)          **(YELLOW COPY** – CRW/PLATOON COUNSELOR)          **(PINK COPY** – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

330

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2016 4662

**INMATE INFORMATION** *(Información del Preso)*

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| OROZCO | Pedro | 2015091 6195 |

**GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE**
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 330 Security Procedures

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Supt 10 DATE REFERRED: 6/1/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: Detainee has been HOUSED IN RTU - DIV 08 SINCE 4-13-16

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Lt. McGee | [signature] | 10 | 6/22/16 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Cmdr. K. Johnson | Cmdr. K. [signature] #316 | CC DOC | 22 June/2016 |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: ______
☐ NON-GRIEVANCE SUBJECT CODE: ______

INMATE SIGNATURE (Firma del Preso): Pedro Orozco

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 7/2/16

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

* **To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

* *Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido):* 7/2/16

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:
I would like to get a detail of what kind of respond this is. Im scared for my Well being in Division #10.

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*
Yes *(Sí)* ☐ No ☒

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*: Original Response to Stand

| ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)): | SIGNATURE (Firma del Administrador o / su Designado(a)): | DATE (Fecha): |
|---|---|---|
| J Mueller | [signature] | 7/8/16 |

INMATE SIGNATURE (Firma del Preso): Pedro Orozco

DATE INMATE RECEIVED APPEAL RESPONSE: (Fecha en que el Preso recibio respuesta a su apelacion): 7/9/16

FCN-48 (Rev. 09/14) WHITE COPY - PROGRAM SERVICES YELLOW COPY - CRW / PLATOON COUNSELOR PINK COPY - INMATE

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

# INMATE GRIEVANCE FORM

*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| N/A | 019377 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

- ☐ EMERGENCY GRIEVANCE
- ☑ ~~GRIEVANCE~~
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:** [illegible] 180

- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT:
- ☒ OTHER: [illegible]

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de Identificación del detenido)* |
|---|---|---|
| OROZCO | Pedro | 2015-0916-195 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 8 | 3-A | 7-29-16 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- **An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.**
- **Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.**
- **When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.**
- **Only one (1) issue can be grieved per form.**

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Especifico Del Incidente)* |
|---|---|---|
| 7-29-16 | 4:45 PM | Div-8-R+4-3A |

ON 7-28-16 I Pedro Orozco #2015-0916-195 paid for Two Calling Cards wich added up to $20.00 I attempted to use the Card on the 29th and it said that my account was inactive. I Moved all of the Money to the same Card. The Number of the Card is 1154-9671-7524. It as if My account expired.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I Would like to be refunded for my lost. I Need to Contact My people. Thank you

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*: |
|---|---|
| | Pedro Orozco |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| [illegible] | [signature] | 7/31/16 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

(FCN-40)(SEP 14) **(WHITE COPY** – INMATE SERVICES) **(YELLOW COPY** – CRW/PLATOON COUNSELOR) **(PINK COPY** – INMATE)

019377

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE ☒ NON-GRIEVANCE (REQUEST)

CONTROL #: N/A

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Orozco | Pedro | 2015 0946 195 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: Code 130 - Inmate Phone Card

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): [signature]

DATE REFERRED: 8/1/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: RECORDS SHOW THAT THE CARD WAS USED EXTENSIVELY BY YOU.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| DIRECTOR BOUFFARD 64 | S.P. [signature] 64 | UMU | 08/02/16 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):

☐ GRIEVANCE SUBJECT CODE: ______

☐ NON-GRIEVANCE SUBJECT CODE: ______

INMATE SIGNATURE *(Firma del Preso)*: X Refused to Sign

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 8/9/16 9:0[illegible]

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* **To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

* *Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido)*: ___/___/___

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Sí)* ☐ No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*:

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| | | / / |

| INMATE SIGNATURE *(Firma del Preso)*: | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelación)* |
|---|---|
| | / / |

/2016 KEEFE COMMISSARY NETWORK PAGE: 1 OF
P.O BOX 17490, St Louis, MO 63178-7490
SHIP FROM: 300

NAME: OROZCO, PEDRO 015903
NUMBER: 20150916195
FACILITY NUMBER: 16428(28727J-001)
BLOCK: 023A TIER: -3-1 CELL:
FACILITY NAME: COOK COUNTY DEPT OF CORR
6395664-102328058

CPR : 102328058
BEG FUND BAL: 98.12
ORDER DATE: 07/26/2016
ORDER : 6395664
2183030

BAY KA2

| SEQ #ALIAS | QTY | UOM | DESCRIPTION | ITEM# | T | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 2000 | 20 | EA | S.S. KEEFE COFFEE | 235 | | 0.37 | 7.40 |
| 2070 | 3 | EA | S.S. HOT COCOA | 414 | | 0.45 | 1.35 |
| 2622 | 2 | EA | BC HOT & SPICY 3-OZ SUM | 80001718 | | 2.02 | 4.04 |
| 3139 | 2 | EA | (SLEEVE) SALTINE CRACKE | 9474 | | 0.61 | 1.22 |
| 6018 | 5 | EA | TEXAS BEEF RAMEN | 13 | | 0.90 | 4.50 |
| 6026 | 5 | EA | CHILI RAMEN | 10 | | 0.90 | 4.50 |
| 6079 | 5 | EA | WHOLE SHABANG 1.5 OZ | 6025 | | 0.93 | 4.65 |
| 6117 | 1 | EA | CA CHEESE CRUNCHY | 7996 | | 3.10 | 3.10 |
| 6126 | 5 | EA | SOUR CREAM ONION 1.5 OZ | 6024 | | 0.93 | 4.65 |
| 6201 | 2 | EA | BUTTER MICRO POPCORN | 5375 | | 1.15 | 2.30 |
| 6262 | 4 | PK | MAYONNAISE 12PK | 6510 | | 1.25 | 1.25 |
| *9800 | 2 | EA | GEN PHONE CARD | 80000981 | | 10.00 | 20.00 |

I=Invalid(NotOnMenu) B=Backordered C=Cancelled
N=NotAvailable/Sub S=Substituted V=NonInventory

SUBTOTAL 58.96
SALES TAX 0.87
ORDER TOTAL 59.83
END FUND BAL 38.29

LIST ITEM# OF SHORTAGES AND/OR DAMAGES QTY CATEGORY/DESCRIPTION

X Pedro Orozco 1-27-18

SIGNED X Pedro Orozco DATE 7-29-16

WITNESSED BY ______ DATE ______



☐ GRIEVANCE ☑ NON-GRIEVANCE (REQUEST)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| N/A | 019317 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☑ ~~GRIEVANCE~~
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:** CODE 130
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT:
- ☑ OTHER: Deb Ammon

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)* | PRINT - FIRST NAME *(Primer Nombre)* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| OROZCO | Pedro | 2015-0916-195 |
| **DIVISION** *(División)* | **LIVING UNIT** *(Unidad)* | **DATE** *(Fecha)* |
| 8 | 3-A | 7-29-16 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 7-29-16 | 4:45 PM | DIV-8-RTU-3A |

ON 7-28-16 I Pedro Orozco #2015-0916-195 paid for Two Calling Cards wich added up to $20.00. I attempted to use the Card on the 29th and it said that my account was inactive. I Moved all of the Money to the same Card. The Number of the Card is #154-9671-7524. It as if My account Dexpired.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I would like to be refunded for my Cost. I Need to Contact My people. I Thank you

*IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.*

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*

SUPERINTENDENT



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

GRIEVANCE ☐   NON GRIEVANCE (REQUEST) ☐

CONTROL #: N/A          INMATE ID #: 019SAF7

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☑ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:** CODE 130
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: Dot Amgen

**INMATE INFORMATION** (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso): OROZCO
PRINT - FIRST NAME (Primer Nombre): Pedro
LIVING UNIT (Unidad): 3-A
DIVISION (División): 8

INMATE BOOKING NUMBER (# de identificación del detenido): 2015-0916-195
DATE (Fecha): 7-29-16

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

DATE OF INCIDENT (Fecha Del Incidente): 7-29-16
TIME OF INCIDENT (Hora Del Incidente): 4:45 PM
SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente): DIV-8-R4L-3A

ON 7-28-16 I Pedro Orozco #2015-0916-195 paid for Two Calling Cards which added up to $20.00. I attempted to use the Card on the 29th and it said that my account was inactive. I moved all of the money to the same Card. The Number of the Card is 154-9671-7524. It as if My account Expired.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** (Acción que esta solicitado, Esta sección debe completarse)

I would like to be refunded for my Cost. I Need to Contact My People. I Thank You.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información:)

INMATE SIGNATURE AND DATE

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE
CRW/PLATOON COUNSELOR (Print):

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2016x7275 INMATE ID #: 0193177

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☒ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:** CWE 130
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT:
- ☒ OTHER: DOC Admin

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| OROZCO | PEDRO | 2015-0916-195 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 8-R-T-4 | 3-A | 8-21-16 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- **An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.**
- **Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.**
- **When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.**
- **Only one (1) issue can be grieved per form.**

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 7-26-16 | 7-TO-3 Shift | Division 8-R-T4-Tier 3-A |

I Bought 2 phone Cards and Transferd the Money to one phone Card and used Two dollers off a 20 dollar Card and When I went to use the Card again it said that it was inactive. That it expired with all my money on there $18 dollers was left on the Number of Card 1154-9671-7524

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

To Reactivate my Card or give me my Money Back on Two New Phone Cards. # of phone card 1154-9671-7524. (1154-9671-7524)

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha)*: Pedro Orozco

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| [signature] | [signature] | 8/24/16 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

FCN-40)(SEP 14) **(WHITE COPY** – INMATE SERVICES) **(YELLOW COPY** – CRW/PLATOON COUNSELOR) **(PINK COPY** – INMATE)

**COOK COUNTY SHERIFF'S OFFICE** 019377
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2016x7275

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| OROZCO | PEDRO | 20150916195 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: Code 130- Inmate Phone Card

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): DOC Admin — DATE REFERRED: 8/26/16

RESPONSE BY PERSONNEL HANDLING REFERRAL:

RECORDS SHOW THAT THE 12 DIGIT ACCOUNT WAS USED BY OTHER DETAINEES.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| DIRECTOR BOUFFARD 66 | [signature] 66 | VMU | 08/30/16 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: ______
☐ NON-GRIEVANCE SUBJECT CODE: ______

INMATE SIGNATURE *(Firma del Preso)*: Pedro Orozco

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 9/3/16

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* **To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

* *Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido)*: 9/3/16

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

It was not used by other inmates. When I try to use the Card it say that It's inactive, That means it expired. thanks.

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

☐ Yes *(Sí)* ☒ No

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*:

Original Response to Stand

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| J Mueller | [signature] | 9/6/16 |

INMATE SIGNATURE *(Firma del Preso)*: X Pedro Orozco

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el preso recibio respuesta a su apelacion)*: 9/6/16

FCN-48 (Rev. 09/14) WHITE COPY - PROGRAM SERVICES YELLOW COPY - CRW / PLATOON COUNSELOR PINK COPY - INMATE

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE ☒ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| na | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

***GRIEVANCE FORM PROCESSED AS:***

- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☒ NON-GRIEVANCE (REQUEST)

Inmate #: 0193177
CODE: 080

***REFERRED TO:***

- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT:
- ☒ OTHER: INMATE SERV

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| OROZCO | Pedro | 2015-0916-195 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 10 | 3-B | 1-22-17 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- **An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.**
- **Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.**
- **When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.**
- **Only one (1) issue can be grieved per form.**

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Especifico Del Incidente)* |
|---|---|---|
| 1-11-17 | 7 to 3 shift | Div-10-Tier 3-A |

On 1-9-17 3 to 11 officers responded to a refusal on tier 3-A Division #10. It was said to the 3 to 11 Supervisor's and c/o's that Myself & Andrew smith had to be split up due to the fact that one of us was going to get stabbed And nothing was done about that. I endent getting Stabbed 6 times and Beat up By the same person and his Comrades on the 1-11-17.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I would like a full and proper investigation to be taken and right action be followed.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*: |
|---|---|
| Officer Jackson, VAHN, wells Supervisor Hessions, Williamson and Many other 3 to 11 officers | Pedro Orozco |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| McCoy | [signature] | 1-24-16 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

(FCN-40)(SEP 14) **(WHITE COPY** – INMATE SERVICES) **(YELLOW COPY** – CRW/PLATOON COUNSELOR) **(PINK COPY** – INMATE)

# COOK COUNTY SHERIFF'S OFFICE

(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM

(Formulario de Queja del Preso)

400

| CONTROL # | INMATE ID # |
|---|---|
| — | 0193177 |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

☐ Emergency Grievance
☐ Grievance
☒ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:
☒ Other: I.S. Admin

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso) |
|---|---|---|
| Orozco | Pedro | 2015-0916-195 |
| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
| # 10 | 3-A | 2-12-17 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| ~~1-9-17~~ ~~1-11-17~~ 2-12-17 | 3to11 Shift on 9th 7to3 Shift on 11th | Division Ten Tier 3A | specific Names are documented in Disciplinary Report |

On 1-9-17 I Pedro Orozco #2015-0916-195 had an incident with another inmate Andrew smith, and the outcome of that altercation resulted in me getting assulted and stabbed. The whole situation Could have been avoided if the Cook County Supervisor's would have done there job. I Would like for Video footage from 1-9-17 & 1-11-17 Division 10 Tier 3A to be saved / Preserved / Held /.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información:)

INMATE SIGNATURE: (Firma del Preso): Pedro Orozco

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CRW Murray | CRW Murray | 2/16/17 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

**OOK COUNTY SHERIFF'S OFFICE**

*(Oficina del Alguacil del Condado de Cook)*

# NON-COMPLIANT GRIEVANCE RESPONSE FORM

*(Interno no Queja Solicitud Respuesta)*

## INMATE INFORMATION

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: Orozco | PRINT - FIRST NAME *(Primer Nombre)*: Pedro | INMATE BOOKING NUMBER *(# de identificación del Preso)*: 2015091695 |
|---|---|---|
| DIVISION *(División)*: 10 | LIVING UNIT *(Unidad)*: 3B | INMATE'S GRIEVANCE FORM DATE *(Fecha)*: 2-12-17 |
| INMATE # (SHORT #) *(# Del Preso (# corto))*: 0193177 | GRIEVANCE CODE *(Código de Queja)*: 400 | DETERMINED BY C.R.W. *(determinado por el T.R.C/C.R.W.)*: [signature] |

## REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

**Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted**

- ☒ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- ☐ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- ☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
- ☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
- ☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- ☐ Offensive or harassing language was used
- ☐ The grievance form contains more than one issue.
- ☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
- ☐ Other reason not listed

## RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

**El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.**

- ☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
- ☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- ☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.
- ☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
- ☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
- ☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
- ☐ La solitud de la queja contiene más de un asunto.
- ☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
- ☐ Otra razón

The grieved issue is one of the following non-grievable Matter. ie. formulation of departmental policies

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE *(Fecha)*: |
|---|---|---|
| Mccoy | [signature] | 2/17/17 |

## INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso)*: | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta)*: |
|---|---|
| Delivered to Sign 1208 pm | 2/22/17 |

(FCN-40c)(AUG 16) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**...UNTY SHERIFF'S OFFICE**
*(del Alguacil del Condado de Cook)*

**...MATE GRIEVANCE FORM** 1 of 2
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| 2017 00545 | 019377 |

...CTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY! [illegible]

**GRIEVANCE FORM PROCESSED AS:**

☒ EMERGENCY GRIEVANCE
☒ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

Inmate #: ______
CODE: 080

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☒ SUPERINTENDENT: Davila
☒ OTHER: OPR. SB

INMATE INFORMATION

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de Identificación del detenido): |
|---|---|---|
| OROZCO | Pedro | 2015-0916-195 |
| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
| 10 | 3-B | 1-12-17 |

INMATE'S BRIEF SUMMARY OF THE COMPLAINT [illegible]

- **An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.**
- **Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.**
- **When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.**
- **Only one (1) issue can be grieved per form.**
- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apelados a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT (Fecha Del Incidente) | TIME OF INCIDENT (Hora Del Incidente) | SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente) |
|---|---|---|
| 1-11-17 | 7 to 3 Shift | Div - 10 - Tier 3-A |

On above date and approx time I was assaulted by inmates. I was Beat, Punched, Kicked & Stabbed. This situation went on for about 15 min. There was no officer in the unit to protect me. I got swelling on my face and head and I was also stabbed at least (5) times in the back and some of the wounds required stitches.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I would like for incident to be properly investigated and the right action taken. I will also like to file a lawsuit and be compensated for my pain and suffering.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE [illegible] DATE AND INITIAL [illegible] THE DAY YOU CHOSE TO SUBMIT THE FORM. [illegible]

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE AND DATE: (Firma del Preso/Fecha): |
|---|---|
| | Pedro Orozco |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| McCoy | [signature] | 1-13-17 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| [signature] | [signature] | 1-13-17 |

(FCN-40)(SEP 14) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

**...NTY SHERIFF'S OFFICE**
(...del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso) 2862

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| 2017 00545 | 0193177 |

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! [illegible]

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☒ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

Inmate #: ______
[illegible]: 030

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☒ SUPERINTENDENT: [illegible]
☒ OTHER: OPR-JS

INMATE INFORMATION (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso) | PRINT - FIRST NAME (Primer Nombre) | INMATE BOOKING NUMBER (# de Identificación del detenido) |
|---|---|---|
| OROZCO | Pedro | 2015-0916-195 |
| **DIVISION (División)** | **LIVING UNIT (Unidad)** | **DATE (Fecha)** |
| Div-10- | 3-A | 1-12-17 |

INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos de la Queja)

- **An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.**
- **Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.**
- **When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.**
- **Only one (1) issue can be grieved per form.**

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT (Fecha Del Incidente) | TIME OF INCIDENT (Hora Del Incidente) | SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente) |
|---|---|---|
| 1-11-17 | 7-TO-3 | DIV-10-Tier 3-A |

On 1-11-17 I was Beat and stabbed. I feel if random shakedowns was done inmates would have never been able to posess Metal to Make shanks that I got stabbed with.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** (Acción que esta solicitando, Esta sección debe completarse)

a proper investigation, and I would also like to follow through with civil action.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELIGIO PRESENTAR SU QUEJA MAS DE 2 DIAS ANTES QUE CUANDO LA ESCRIBIO Y/O PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA [illegible])

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE AND DATE: (Firma del Preso/Fecha): |
|---|---|
| | [signature] |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| Mulroy | [signature] | 1-13-17 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| Oubd | [signature] | 1-13-17 |

(FCN-40)(SEP 14) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

Inmate Grievance Number: **2017x00545**

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly *or* submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608

**INMATE SERV. COPY**

Case: 1:18-cv-01938 Document #: 75-4 Filed: 02/05/21 Page 35 of 43 PageID #:426

Laura Mena (Sheriff)
Friday, January 13, 2017 11:38 AM
CCSO.OPR (Sheriff) (ccso.opr@cookcountyil.gov)
John Mueller (Sheriff)
**Subj..** Orozco, P 2017x00545
**Attachme..** 01-19-2017 Orozco, Pedro 2017x00545.pdf

Attached to this email is a copy of a **Grievance** that is being forward to your office for a review and/or investigation.

*Laura Mena,*
Department of Inmate Services
Department of Corrections - Cook County Sheriff's Office
2700 S California Ave, Chicago, IL. 60608
Tel # 773-674-6816
Fax # 773-674-5702
laura.mena@cookcountyil.gov

*The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.*

Inmate Serv.
Copy

Case: 1:18-cv-01938 Document #: 75-4 Filed: 02/05/21 Page 36 of 43 PageID #:427

CCSAO OROZCO (18-C-1938) 000152

080/019317

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 201700545

**INMATE INFORMATION** (Información del Preso)

| INMATE LAST NAME (Apellido del Preso) | INMATE FIRST NAME (Primer Nombre) | ID Number (# de Identificación) |
|---|---|---|
| Orozco | Pedro | 2015-0914195 |

**GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE**

EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE HEALTH, SAFETY OR WELFARE OF AN INMATE.

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 080 Failure to Protect

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): The Grievance process is not used for monetary purpose.

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): OPR-IS — DATE REFERRED: 1/13/17

RESPONSE BY PERSONNEL HANDLING REFERRAL: SEE ATTACHMENT

| PERSONNEL RESPONDING TO GRIEVANCE (Print) | SIGNATURE | DIV./DEPT. | DATE |
|---|---|---|---|
| L FENDERSON | [signature] | IS ADMIN | 1/13/17 |

Superintendents of a division unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print) | SIGNATURE | DIV. / DEPT. | DATE |
|---|---|---|---|
| [signature] | Pedro Orozco | 10 | 1/13/17 |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: ____
☐ NON-GRIEVANCE SUBJECT CODE: ____

INMATE SIGNATURE (Firma del Preso): Pedro Orozco

DATE RESPONSE WAS RECEIVED (Fecha en que la respuesta fue recibida): 1/14/17

**INMATE'S REQUEST FOR AN APPEAL** (Solicitud del Preso para una Apelación)

- **To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**
- *Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud del la apelación del detenido): 1/14/17

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelación): I would like for an proper investigation to be taken.

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes (Sí) ☐ No ☒

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decisión o recomendación por parte del administrador o / su designado(a)): Please direct your request/questions to OPR. See attached

| ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)) | SIGNATURE (Firma del Administrador o / su Designado(a)) | DATE (Fecha) |
|---|---|---|
| Rorke | [signature] | 1/17/17 |

INMATE SIGNATURE (Firma del Preso): X Pedro Orozco

DATE INMATE RECEIVED APPEAL RESPONSE (Fecha en que el preso recibió respuesta a su apelación): 1/17/17

FCN-48 (Rev. 06/14) WHITE COPY - PROGRAM SERVICES YELLOW COPY - CRW / PLATOON COUNSELOR PINK COPY - INMATE

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| 2017 00555 | 0193177 |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

- ☐ EMERGENCY GRIEVANCE
- ☒ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

Inmate #: ______
CODE: 330

**REFERRED TO:**

- ☐ CERMAK HEALTH SERVICES
- ☒ SUPERINTENDENT: DIV 10
- ☐ OTHER: ______

**INMATE INFORMATION** *(información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| OROZCO | Pedro | 2015-0916-195 |
| **DIVISION** *(División)*: 10. | **LIVING UNIT** *(Unidad)*: 3-B | **DATE** *(Fecha)*: 1-12-17 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- **An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.**
- **Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.**
- **When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.**
- **Only one (1) issue can be grieved per form.**

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| ~~1-11-17~~ 1-11-17 | 7-to-3 Shift | Div-10-Tier 3A. |

On 1-9-17 an incedent accured with myself and inmate smith. Sgt. Hessions, Sgt Williamsons, officer Wells tier officer, officer Jackson, officer Seled ect... I requested for None of us to be moved and nothing was done about it. All the staff that was aware was of the 3-TO-11 Shift I ~~[illegible]~~ got Beat and Stabbed 5-Times

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I would like for this issue and statements be properly investigat and action be taken. I will also follow through with civil action.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*: |
|---|---|
| | Pedro Orozco |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Mclay | [signature] | 1-13-17 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| Cris Clemons | [signature] | 1-13-17 |

(FCN-40)(SEP 14) **(WHITE COPY** – INMATE SERVICES) **(YELLOW COPY** – CRW/PLATOON COUNSELOR) **(PINK COPY** – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

[X] GRIEVANCE [ ] NON-GRIEVANCE (REQUEST)

CONTROL #: 2017 00555

**INMATE INFORMATION** *(Información del Preso)*

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| Orozco | Pedro | 2015 0916195 |

**GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE**
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 330 Security Procedures

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): DIV 10 Supt

DATE REFERRED: 1/17/17

RESPONSE BY PERSONNEL HANDLING REFERRAL: ALL MOVES ARE HANDLED BY CLASSIFICATION. IF DETAINEE WAS IN FEAR OF HARM, HE WOULD HAVE BEEN SERVED BY REQUESTING PROTECTIVE CUSTODY. DETAINEES HAVE NO INDIVIDUAL RIGHT TO SELECTIVE HOUSING.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| CONSOLINO | [signature] | 10 | 3/8/17 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
[ ] GRIEVANCE SUBJECT CODE: ____
[ ] NON-GRIEVANCE SUBJECT CODE: ____

INMATE SIGNATURE *(Firma del Preso)*: Pedro Orozco

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 3/14/17

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

* **To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

* *Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido)*: 3/14/17

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

Cook County Staff and Supervisor neglected my request for ~~safety ways~~ safety and I want it to be investigated.

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Sí)* [ ] No [X]

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decisión o recomendacion por parte del administrador o / su designado(a))*: ORIGINAL RESPONSE STANDS. Detainee is advised to Request Protective Custody.

| ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)): | SIGNATURE (Firma del Administrador o / su Designado(a)): | DATE (Fecha): |
|---|---|---|
| Kerko | [signature] | 3/16/17 |

INMATE SIGNATURE *(Firma del Preso)*: Pedro Orozco

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion)*: 3/20/17

FCN-48 (Rev. 09/14) WHITE COPY - PROGRAM SERVICES YELLOW COPY - CRW / PLATOON COUNSELOR PINK COPY - INMATE

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

# INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CONTROL #: 2017073711
INMATE ID #: 0193177

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

Inmate #:
CODE: 330

- ☐ Cermak Health Services
- ☒ Superintendent: 09
- ☐ Other:

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| OROZCO | Pedro | 2015-0916-195 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 9 | 1-H | 5-14-17 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 5-14-17 | 7-3 & 3-11 Shifts | Division 9 - Tier 1-H | Cook County Tom Dart |

I feel as if Myself and other Inmates have been treated Cruel & Punished Due to Cook County officers Misconduct. We have been on locked down in our Cells for Two days because officers decided not to come to work again. This Constantly happens When Big Sporting events take place, Holidays or Just good Weather. officers refuse to Come to Work and inmates have to pay for it.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)* Division #9 officers

**INMATE SIGNATURE:** *(Firma del Preso):* Pedro Orozco

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| [signature] | [signature] | 5-15-17 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

(FCN-40a)(AUG 16) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

2017

| CONTROL NUMBER | INMATE # |
|---|---|
| 07371 | 0193177 |

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| Orozco | Pedro | 15-0916195 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 330 Security Procedures

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO ( *Example:* Superintendent, Cermak Health Services ): D 9 Supt

DATE REFERRED: 5/16/17

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

THE SUPT/EXECUTIVE STAFF CAN PLACE THE ~~[illegible]~~ BUILDING ON LOCKDOWN FOR SAFETY AND SECURITY PURPOSES AT ANYTIME.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Carol Giancianio | [signature] | DIV 9 | 5/18/17 |

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

| INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| Pedro Orozco | 5/28/17 |

**INMATE'S REQUEST FOR AN APPEAL** *( Solicitud de Apelación del Preso)*

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

- **To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.**
  ***(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)***
- **Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.**
  ***(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)***

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 5/28/17

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)*

I would like for this incident to be investigated by D-O-J

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Si)* ☐ No ☒
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a):)*

You Should Confer With your Attorney. Administration has discretion to call lockdowns for safety and Security.

| INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: |
|---|---|---|
| Rezko | [signature] | 6/2/17 |

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

| INMATE SIGNATURE *(Firma del Preso)*: | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| Pedro Orozco | 6/22/17 |

(FCN-40b) ( AUG 16) **(WHITE COPY** – INMATE SERVICES) **(YELLOW COPY** – C.R.W.) **(PINK COPY – INMATE)**

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

CONTROL #: 2017-01372 | INMATE ID #: 093177

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

Inmate #: 090
CODE:

- ☐ Cermak Health Services 09
- ☒ Superintendent:
- ☐ Other:

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso): |
|---|---|---|
| Orozco | Pedro | 2015-0916-195 |
| DIVISION (División): 9 | LIVING UNIT (Unidad): 1-H | DATE (Fecha): 5-14-17 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
El asunto de la queja no puede contener más de un asunto.
La solitud de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 5-14-17 | 7-TO-3 | Div-9- 1-H | Cook county officers |

Cruel treatment has been taken. Upon receiving lunch on 1-H officers came to the cell and demanded for me to step to the back of the cell and when I complied officer then open chuck holes and threw lunches in on floor. And we also didn't recieve our milk

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información:)
7 to 3 - shift officers Div #9

INMATE SIGNATURE: (Firma del Preso): Pedro Orozco

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): [signature] | SIGNATURE: [signature] | DATE CRW/PLATOON COUNSELOR RECIEVED: 5-15-17 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

(FCN-40a)(AUG 16)

2017

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

CONTROL NUMBER: 07372 | INMATE #: 019277

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

INMATE LAST NAME *(Apellido del Preso)*: Orozco
INMATE FIRST NAME *(Primer Nombre)*: Pedro
ID Number *(# de identificación)*: 15-0916195

GRIEVANCE ISSUE AS DETERMINED BY CRW: 090 Food Service

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO (*Example:* Superintendent, Cermak Health Services): D9 Dept
DATE REFERRED: 5/16/17

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

THIS MATTER WILL BE INVESTIGATED. DUE TO NUMEROUS STAFF ASSAULTS DETAINEES ARE TO FOLLOW ORDERS ESPECIALLY IN THE SMU UNIT.

PERSONNEL RESPONDING TO GRIEVANCE (Print): [illegible]
SIGNATURE: [signature]
DIV./DEPT.: DIV 9
DATE: 5/18/17

**THIS SECTION IS TO BE COMPLETED BY INMATE**

INMATE SIGNATURE *(Firma del Preso)*: Pedro Orozco
DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 5/28/17

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

**THIS SECTION IS TO BE COMPLETED BY INMATE**

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 5/28/17

INMATE'S BASIS FOR AN APPEAL: *(Base del preso para una apelación:)*
I would like for this issue to be investigated by D.O.J

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Sí)* ☐ No ☒
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*
You Should confer with your attorney.
ORIGINAL RESPONSE STANDS

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*: Rezko
SIGNATURE *(Firma del Administrador o/su Designado(a):)*: [signature]
DATE *(Fecha)*: 6/2/17

**THIS SECTION IS TO BE COMPLETED BY INMATE**

INMATE SIGNATURE *(Firma del Preso)*: [signature]
DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 6/20/17

(FCN-40b) (AUG 16) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – C.R.W.) (PINK COPY – INMATE)