

8:13:50.930 AM 1/11/2017