**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Pedro Orozco,                   )

                                      )      No. 18-cv-1938

           Plaintiff,         )

                                        )      Judge Charles R. Norgle, Jr.

       v.                     )

                                        )

Sgt. Hession and Sgt. Williamson,   )

                                        )

           Defendants.      )

### Declaration of Monica Williamson

     I, Monica Williamson, being first duly sworn under oath, depose and state that the following is based upon my personal, first-hand knowledge that I can testify to and that if I were called to testify, my testimony would be:

1.     In January of 2017, I was employed as a Sergeant in Division 10 of Cook County Jail.

2.     As Sergeant in January of 2017, my duties included reviewing reports, making security rounds, and responding to incidents as needed.

3.     On January 11, 2017, I was not the officer responsible for supervising Tier 3A in Division 10, nor did I respond to the incident that occurred involving the Plaintiff, Pedro Orozco.

FURTHER AFFIANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on January 28, 2021.

                              Monica Williamson