| Status | Inmate | Bed | Start Date | End Date |
|---|---|---|---|---|
| Inactive | Pedro Orozco | DIV9-1G-1085-2 | 7/19/17 18:00 | 7/19/17 18:00 |
| Inactive | Pedro Orozco | DIV9-2D-2189-2 | 7/19/17 18:00 | 7/27/17 5:00 |
| Inactive | Pedro Orozco | DIV9-2D-2189-1 | 7/18/17 16:00 | 7/18/17 16:00 |
| Inactive | Pedro Orozco | DIV9-2D-2189-2 | 7/18/17 16:00 | 7/19/17 18:00 |
| Inactive | Pedro Orozco | DIV9-2D-2189-1 | 5/18/17 19:40 | 7/18/17 16:30 |
| Inactive | Pedro Orozco | DIV9-1H-1266-1 | 3/31/17 18:30 | 5/18/17 19:40 |
| Inactive | Pedro Orozco | DIV9-1H-1266-2 | 3/30/17 17:45 | 3/31/17 18:30 |
| Inactive | Pedro Orozco | DIV10-3B-3214-1 | 1/11/17 18:00 | 3/30/17 17:15 |
| Inactive | Pedro Orozco | DIV10-3A-3101-1 | 10/18/16 18:00 | 1/11/17 18:00 |
| Inactive | Pedro Orozco | DIV10-2D-2403-1 | 10/18/16 13:00 | 10/18/16 17:00 |
| Inactive | Pedro Orozco | DIV10-3C-3324-2 | 9/20/16 12:30 | 10/18/16 13:00 |
| Inactive | Pedro Orozco | DIV08-3G-D5-33 | 9/19/16 1:30 | 9/20/16 10:30 |
| Inactive | Pedro Orozco | DIV10-2B-2203-1 | 9/18/16 23:30 | 9/19/16 0:00 |
| Inactive | Pedro Orozco | DIV08-3G-D5-33 | 9/16/16 17:45 | 9/18/16 23:30 |
| Inactive | Pedro Orozco | DIV08-3G-D5-33 | 8/27/16 13:30 | 9/16/16 15:55 |
| Inactive | Pedro Orozco | DIV08-3A-3-1 | 7/14/16 21:00 | 8/27/16 13:30 |
| Inactive | Pedro Orozco | DIV08-3G-D5-16 | 5/26/16 19:30 | 7/14/16 21:00 |
| Inactive | Pedro Orozco | DIV08-3A-6-1 | 5/15/16 1:30 | 5/26/16 19:30 |
| Inactive | Pedro Orozco | DIV08-3A-7-2 | 5/15/16 1:00 | 5/15/16 1:30 |
| Inactive | Pedro Orozco | DIV08-3A-6-1 | 4/30/16 11:00 | 5/15/16 1:00 |
| Inactive | Pedro Orozco | DIV08-3A-10-1_X | 4/30/16 10:00 | 4/30/16 11:00 |
| Inactive | Pedro Orozco | DIV08-4A-6-2_X | 4/16/16 21:00 | 4/30/16 10:00 |
| Inactive | Pedro Orozco | DIV08-4A-2-1 | 4/16/16 0:00 | 4/16/16 0:00 |
| Inactive | Pedro Orozco | DIV08-4A-10-1_X | 4/16/16 0:00 | 4/16/16 21:00 |
| Inactive | Pedro Orozco | DIV08-4A-10-1_X | 4/14/16 18:33 | 4/16/16 0:00 |
| Inactive | Pedro Orozco | DIV08-4A-9-2 | 4/14/16 17:33 | 4/14/16 18:32 |
| Inactive | Pedro Orozco | DIV08-3H-D6-37 | 4/14/16 10:47 | 4/14/16 17:32 |
| Inactive | Pedro Orozco | DIV08-2B-D1-1 | 4/13/16 19:30 | 4/14/16 10:47 |
| Inactive | Pedro Orozco | DIV 15-HP-HOSPITAL-GENERAL | 4/6/16 18:00 | 4/13/16 13:20 |
| Inactive | Pedro Orozco | DIV10-4A-4116-1 | 11/14/15 0:00 | 4/6/16 15:00 |
| Inactive | Pedro Orozco | DIV10-4A-4121-2 | 10/19/15 13:30 | 11/14/15 0:00 |
| Inactive | Pedro Orozco | DIV10-3C-3303-2 | 9/25/15 13:00 | 10/19/15 13:30 |
| Inactive | Pedro Orozco | DIV10-3C-3318-2 | 9/22/15 21:40 | 9/25/15 12:30 |
| Inactive | Pedro Orozco | DIV10-3C-3305-1 | 9/17/15 13:00 | 9/22/15 16:30 |
| Inactive | Pedro Orozco | DIV10-3C-3303-2 | 9/17/15 0:00 | 9/17/15 12:30 |