# COOK COUNTY DEPARTMENT OF CORRECTIONS



# INMATE INFORMATION HANDBOOK

**TABLE OF CONTENTS**

**INTRODUCTION**

Introduction to Handbook, 1

**CHAPTER 1 – FACILITY INTAKE PROCESS**

Intake Process, 2
      Medical and Mental Health Screening
      Classification and Housing Assignment

**CHAPTER 2 – SEXUAL ASSAULT, HARASSMENT AND INTIMIDATION**

Sexual Abuse, Assault, Harassment, Intimidation, and Retaliation, 2-3

Protect Yourself from Sexual Harassment, Intimidation and Sexual Assault, 3

Making Harassment or Abuse Complaints, 3

What to Do If I Am Sexually Abused, Assaulted or Harassed?, 3-4

What Happens After I Report the Sexual Assault?, 4

Confidentiality of Inmates Reporting Sexual Assault, 4

**CHAPTER 3 – INMATE RIGHTS**

Your Basic Rights While in the Custody of the CCDOC, 4-5

Feeling Unsafe, 5

Cell Facilities, 5

Bedding, Uniforms, and Toiletries, 6

Laundry, 6

Food and Diet, 6

Recreation, 6

Showers, 7

Haircuts, 7

Commissary, 7

How to Get Money While in Jail / Trust Account, 7-8

Program and Services, 8-10
      Religious Services
      Social Services
      Law Library
      Substance Abuse Treatment
      Educational Program
      Veteran's Assistance
      Inmate Work Programs

Interpretation Services, 10

Disability Assistance, 10

**CHAPTER 4 – HEALTH SERVICES**

Medical, Vision, Dental and Mental Health Care
      Intake, 10
      Routine Health Services & Health Service Requests, 10-11

Emergency/Urgent Hospital Care, 11

Medication, 11

Medical Appointments, 12

Refusal Medical Treatment, 12

Suicide Prevention/Mental Health, 12-13

Confidentiality of Medical Information, 13

Complaints about Your Medical, Mental Health or Dental Care, 13

**CHAPTER 5 – INMATE RESPONSIBILITIES**

Rules of Conduct, 13-15

Cleaning your Cell and Living Area, 15

Prevent the Spread of Germs, 15-16

Items Allowed in Cells, 16

Contraband, 16

Fire Safety, 17

Cooperation with Security Procedures, 17
Inmate Counts
Cell/Room Searches
Strip Searches
Pat/Frisk Searches

Improper Relationships, 18

Gang Activity, 18

**CHAPTER 6 – INMATE DISCIPLINE**

Inmate Discipline, 18

What Happens If I Break the Rules?, 18-19
Sanctions
Pre-Hearing Segregation
Disciplinary Segregation
Restitution

Inmate Disciplinary Process, 19

Inmate Disciplinary Appeal, 19

Help with Disciplinary Process/Hearing, 20

**CHAPTER 7 – THE INMATE REQUEST and GRIEVANCE PROCEDURES**

Inmate Request, 20

Inmate Grievance, 20-22

Grievance Process
Appropriate Use of the Grievance System

**CHAPTER 8 – OUTSIDE COMMUNICATION**

Telephone, 22-23
Intake Telephone Calls
General Access to Telephone Calls
Telecommunication Devices for the deaf or hard of hearing
Prohibited Telephone Use

Mail, 23-24
Incoming Mail
Outgoing Mail

Visitation, 24 - 26
Visitation Rules
Long Distance Visitors
Professional Visitors

**CHAPTER 9 – PROPERTY**

Personal Property, 26
Clothing
Releasing Personal Property

**CHAPTER 10 – BONDING PROCEDURES**

Bonding Procedures, 26

**CHAPTER 11 – ALTERNATIVE PROGRAMS**

Alternatives to Incarceration, 27
Day Reporting
Electronic Monitoring (EM)
Pre-Release Center
Sheriff's Work Alternative Program

Programs for Females, 27-28

# INTRODUCTION

This Handbook helps you understand the rules and regulations of the Cook County Department of Corrections (CCDOC).   While in custody, you must follow all CCDOC rules, act in an orderly manner, respect others, and obey CCDOC staff.   This will make your time at the CCDOC safer and easier.  Failure to follow the rules, regulations, and procedures will result in disciplinary action against you and possibly lengthen your incarceration.

Most problems or concerns you have can be addressed by correctional officers and correctional supervisors.  In addition, there are Correctional Rehabilitation Workers (also known as CRW's or Social Workers) who are available to talk to you or help you.

Look at the Table of Contents to learn what subjects are described in the Handbook.  It is your responsibility to learn its contents.  The Handbook is available in English and Spanish.  Inmates with disabilities, limited English understanding, or inmates who cannot read will be provided assistance.  Ask an Officer, CRW, or any other member of the CCDOC Staff if you need help understanding this Handbook and the rules of the CCDOC.   Also, if you know of someone who has trouble understanding this handbook, let staff know.

**Inmates Under 17 years old**:  If you are under the age of 17, or if you know of someone in the custody of the CCDOC who is under the age of 17, immediately notify a CCDOC staff member.

CCSAO OROZCO (18-C-1938) 002192

# CHAPTER 1
## FACILITY INTAKE PROCESS

**Medical and Mental Health Screening**
By the time you receive this handbook you will have gone through the intake process and received medical and mental health screens. These screens help identify medical or mental health problems you may have. If you believe the screens missed something, immediately tell correctional staff, CRW's, or medical staff. Be sure to tell them about any medical/psychological problems, drug addictions, and/or prescription drugs that you have taken. If you do not feel comfortable telling staff, you can also submit a Health Care Request form (see below for the Health Care Request process).

**Classification and Housing Assignment**
By the end of the intake process, CCDOC Classification personnel will determine your housing location and security classification level. You will either be a minimum, medium, or maximum security inmate. Maximum security is for inmates who present the greatest risk of harm to security in the CCDOC and the safety of others. The higher the classification, the more restrictions placed on inmates. If you believe that you have been classified incorrectly, notify correctional staff or a CRW immediately or file an inmate written request or grievance.

# CHAPTER 2
## SEXUAL ASSAULT, HARASSMENT and INTIMIDATION

### Sexual Abuse, Sexual Assault, Sexual Harassment, Sexual Intimidation and Retaliation

The CCDOC has a zero tolerance policy for sexual abuse, sexual assault, sexual harassment, sexual intimidation of inmates, or retaliation for those who report this conduct. Simply put, this behavior will not be tolerated.

The following acts by CCDOC staff, vendors, contract employees, and/or inmates, even where no objections are raised, are **ALWAYS PROHIBITED** and should be reported immediately.

1. Making sexual advances or sexual comments to another inmate;
2. Engaging in any sexual act;
3. Attempting to touch someone's genitalia, anus, groin, breast, inner thigh, or buttocks with the intent to abuse, humiliate, harass, degrade, arouse, or gratify;
4. Failing to respect the limited privacy rights of an inmate in-order to sexually harass or sexually intimidate the inmate, e.g., gawking at someone in the shower or when undressing;

- 2 -

CCSAO OROZCO (18-C-1938) 002193

5.  Influencing or threatening an inmate's safety, custody, privacy, housing, privileges, work detail, or program status in exchange for sexual favors;

6.  Retaliating in any way against an inmate who reports or causes to be reported any of the acts listed above.

Inmates are strongly encouraged to report any of these acts or other acts of sexual abuse, sexual assault, sexual harassment, or even consensual sexual acts involving themselves or other inmates. By speaking up you are protecting yourself, other inmates, and you are making your stay at the CCDOC safer.

## Protect Yourself from Sexual Harassment, Intimidation and Sexual Assault

1.  **Be alert!** Do not use contraband substances such as drugs or alcohol. They can weaken your ability to stay alert and make good judgments, and using drugs and/or alcohol is a violation of the CCDOC rules and regulations, which may result in a disciplinary report issued against you and possible discipline or criminal charges.

2.  Do not accept commissary items, gifts, or favors from other inmates or CCDOC staff. Do not accept an offer from another inmate to be your protector. That means that you owe that person something and it puts you in a bad situation.

## Making Harassment or Abuse Complaints

If you believe you have been physically or sexually harassed, abused, or threatened, tell correctional staff, a CRW, or medical staff immediately, complete an Inmate Grievance Form (see Chapter 7 of this Handbook), and/or take these actions:

1.  If you are uncomfortable telling a CCDOC or Cermak staff member call the Correctional Information and Investigation Division (CIID) at ext. 111, for complaints against other inmates.

2.  Call the Office of Professional Review (OPR) at 773.674.7545 (hotline) or 773.674.7580 for complaints against staff, or

3.  Complete an emergency grievance and give it to correctional staff or supervisors as soon as possible.

## What to do if you are sexually abused, assaulted, or harassed

1.  Immediately report any sexual misconduct, sexual intimidation, or fear of a sexual assault to a CCDOC staff member, who will offer you immediate protection from the assailant and if necessary refer you for a medical examination and clinical assessment.

2.  If you are not comfortable telling a sworn CCDOC staff member, call CIID at ext. 111, file an emergency grievance, or file a medical grievance.

- 3 -

CCSAO OROZCO (18-C-1938) 002194

3.   If you have been the victim of a sexual assault or rape, do not shower, brush your teeth, use the toilet, drink, eat, or change your clothes.  You might be getting rid of evidence by mistake.  Individuals who sexually abuse or sexually assault inmates can be prosecuted and disciplined.

## What happens after I report a sexual assault?

1.   The CCDOC will take immediate steps to protect you now and in the future during your incarceration. An investigation will be started.

2.   Medical staff will examine you for injuries, which may or may not be readily apparent to you.  Medical staff may also check you for sexually transmitted diseases.

3.   You will be offered counseling services.  Crisis counseling, coping skills, suicide prevention and mental health counseling are all available to you.

4.   You will be given appropriate medication to prevent sexually transmitted diseases and, if appropriate, pregnancy and follow-up for sexually transmitted diseases.\

5.   You will be housed so that you are protected from further harm or from retaliation.

## Confidentiality of Inmates Reporting Sexual Assault

All information that an inmate reports regarding a sexual assault or other sexual misconduct will be kept strictly confidential.  The information will be used to make decisions for protecting you or other inmates and for investigative purposes.  Confidential information includes the name(s) of the reporting inmate, the name(s) of the victim(s) (if different than the reporting inmate), the name(s) of the perpetrator(s), and all other relevant facts.  At the conclusion of the investigation, you will be advised of the outcome

# CHAPTER 3
## INMATE RIGHTS

## Your basic rights while in the Custody of the CCDOC

1.   You will be treated fairly and with respect.

2.   You are free to practice any religion that you choose.

3.   You have a right to be free from sexual abuse, sexual harassment, or sexual intimidation by other inmates and/or CCDOC staff.

4.   You have the right to lead a healthy lifestyle at the CCDOC, which means that while you are here you will get meals that are of sufficient nutritional value, the

- 4 -

CCSAO OROZCO (18-C-1938) 002195

chance to shower regularly, time for exercise, personal hygiene items, medical, vision, dental, and mental health care.

5.  You have the right to a clean uniform, soap, toothpaste, toothbrush and clean linens.

6.  You will be allowed to exchange your uniform for a clean one twice a week and linens once a week.

7.  You have the right to clean and sanitary living conditions.

8.  You have the right to speak to your attorney by telephone or in person, and you have the right to send letters and receive letters from your attorney.
    Conversations with your attorney, letters to and from your attorney are all private and privileged communication between you and your attorney.

9.  You have the right to use or obtain materials from the law library at the CCDOC to help you participate in your own defense.

10. If you are a pre-trial inmate, you have the right to register to vote and to cast an absentee ballot

## If You Feel Unsafe In Your Housing Unit

If you do not feel safe in your housing unit, you can do any of the following:

1.  Inform the housing unit officer;
2.  Inform a correctional supervisor;
3.  Inform a CRW; or
4.  Complete an emergency grievance

Instructions on filing an emergency grievance can be found in Chapter 7 of this Handbook.

You will be placed into an Administrative/Alternative Housing unit while the necessary investigation of potential risk or harm is completed. When it has been determined that you are at risk of being physically harmed if placed in General Population (GP), you will be transferred to a Protective Custody Housing Unit.

## Cell Facilities

You are entitled to being housed in a cell that has a functioning toilet, a sink that has running hot and cold water, reasonably comfortable air temperatures, and a functioning overhead light. If any of these are not available, notify correctional staff and, if necessary, fill out an Inmate Request Form or an Inmate Grievance.

- 5 -

## Bedding, Uniforms, and Toiletries

All inmates are issued uniforms, clean bedding items (linens), a towel, soap, a toothbrush, and toothpaste. Correctional staff may be able to replace or provide some of these items upon request. If they cannot, fill out an Inmate Request Form. You can also purchase other toiletries or clothing items from the commissary. For more information on the commissary refer to page 9 of this Handbook. In addition:

a.      Male inmates will be issued razors and allowed to shave at certain times. If you lose your razor or intentionally destroy, break, or hide razors, you will receive a Disciplinary Report (also referred to as a disciplinary ticket or disciplinary write-up).

b.      Female Inmates will be provided articles for feminine hygiene as needed, such as sanitary napkins.

You are accountable for all items that the CCDOC issues to you. If you intentionally destroy, misuse, or lose these items, you will receive an inmate Disciplinary Report and possibly have to pay for the property you damaged (restitution).

## Laundry

The CCDOC provides you clean uniforms twice (2) per week, fresh linens once (1) a week, and a clean blanket once (1) a month. In addition, laundry service for clothing purchased on commissary is regularly provided. Ropes or hand-made clothes lines **are not permitted to** be used in cells or dayrooms for drying clothes and/or linens (e.g., shirts, pants, uniforms, underclothes, sheets, towels, etc.). Washing and drying clothes in housing areas is not permitted. Failure to follow laundry procedures is a violation of CCDOC rules and regulations and will result in a disciplinary report and possible disciplinary sanctions. For information regarding laundry pick-up and distribution, please check the laundry schedule that is posted in your living unit.

## Food and Diet

Meals at the CCDOC are designed by a dietician to ensure that the required daily nutritional values are met. Everyone is served the same food items during meal times, with the exception of religious and medical diets, which should be requested through the inmate request process. These meals are provided only upon written approval from authorized medical staff or clergy. Religious and medical diets may be requested through medical staff or by filling out an Inmate Request Form and giving it to a CRW.

## Recreation

You will be allowed regular opportunities to participate in recreational activities unless the CCDOC administration determines that your participation in such activity is harmful or dangerous to the security of the institution or your health. Recreation schedules are posted in the living units.

CCSAO OROZCO (18-C-1938) 002197

## Showers
You will be allowed to shower on your living unit no less than three (3) times a week. For your health and cleanliness, you are encouraged to shower every opportunity you can.

## Haircuts
You may occasionally get your hair cut at no cost to you while housed at the CCDOC. There is a barber/beauty shop in every division. To request a visit to the barber/beauty shop, fill out an Inmate Request Form. Inmate Request Forms are located on each tier/living unit or by the CRW who works with your housing unit.

## Commissary
The Commissary is a product order service where you can purchase approved items such as food, additional clothing, and toiletries that are not issued by the CCDOC. You pay for these items out of your Inmate Trust Account (see below). You can only spend a maximum of $100 per week on commissary items.

To order items from the commissary, request a commissary sheet from your living unit correctional officer and fill it out. Correctional staff will collect these forms and you will generally receive your items within a week. In some divisions, an automated kiosk can be used to order commissary.

Unclaimed commissary items will be returned and refunds will be posted to your trust fund account if you are discharged prior to receiving the items ordered.

## How To Get Money in Jail / Inmate Trust Account:
People may send you money while you are incarcerated by using money orders, cashier's checks, certified checks, or electronic transfer. **Personal checks are not accepted.** The most money that anyone can send you at one time is $100 USC.

**Electronic Transfer:** To have funds quickly deposited into your Inmate Trust Account by electronic transfer, the check shall be made payable to your name, include your jail ID number, and include the appropriate code number listed below. If you are being sent money through Money Gram, they must enter CODE number #1750/Cook County Jail. If they are using Western Union, they must use CODE cite: CCDOC/State Il. Wire transfers will post to the inmate trust account within 1-2 business days.

**Money Orders and Checks:** All money transfers by Money Orders and cashier's/certified checks must contain your name and inmate ID number and be mailed to:

     CCDOC
     Inmate Welfare
     P.O. Box 089002
     Chicago, Illinois 60608

CCSAO OROZCO (18-C-1938) 002198

Most money orders or cashier's/certified checks take up to 5 business days to be processed and posted to your inmate account.

Any money remaining in your Inmate Trust Account will be given to you upon your release or discharge from CCDOC. You must stop by the Inmate Trust office upon release and complete the appropriate paperwork before any funds are issued to you. If you forget to stop by Inmate Trust, money remaining on your Inmate Trust Account will be mailed to the address on file, 30 days after your release from CCDOC. CCDOC is not responsible for checks that been cashed as a result of being sent to the wrong address (the address on file). Checks returned to CCDOC as a result of being undelivered, due to a wrong address (the address on file) will be deposited into Inmate Welfare in accordance to CCDOC general policy. For information on having money sent to your Inmate/Inmate Trust Account, refer to Chapter 3 of this Handbook.

## Program and Services
Programs and services offered at CCDOC include:

1.  Religious Services:
    The CCDOC allows clergy to conduct regular religious services within the divisions of the CCDOC. Ask your CRW or Correctional Staff for a religious services schedule. You will be allowed to attend religious services if it does not present scheduling conflicts or security problems.

2.  Social Services:
    CRW's assigned to your living unit can help you with questions about your money, personal property, visitation assistance, filling out any necessary paperwork, or arranging help through outside agencies, such as Child Welfare. CRW's assigned to your living unit are there to help you. CRW's are on duty seven (7) days a week. CRW's typically come between 8 am to 3 pm.

3.  Law Library Services:
    While incarcerated at the CCDOC, you are entitled to receive law library services and materials. You must request law library service through the Inmate Request process. Law Library services will be based on the schedule of the law library and law librarians'. Inmates with the soonest court dates will have priority. Law library services and resources include legal materials, notary service, photocopying and writing supplies (i.e., paper, pens, envelopes and folders). You may be assessed a fee for any requested service or supplies. Law librarians do not provide legal advice.

4.  Substance Abuse Treatment:
    If you want to begin a substance abuse treatment program while confined at the CCDOC, complete an Inmate Request Form. A Substance Abuse Treatment Coordinator will decide if you may enter the program based on your classification and program space.

CCSAO OROZCO (18-C-1938) 002199

5. Educational Programs:
   a. **CCDOC Alternative High School:** If you are between the ages of 17 and 22 years old, you may enroll in the **CCDOC Alternative High School** operated by Chicago Public School system. The Alternative High School program allows you to work towards obtaining a high school diploma while confined at the CCDOC.

   b. The **Programmed Activities for Correctional Education (PACE)** program is available to inmates of any age. The PACE program offers literacy classes, basic educational skills instruction, and GED preparation.

6. Veteran's Assistance:
   If you are an armed forces veteran, the Veteran's Administration (VA) and other volunteer agencies may help you get back on your feet after you leave the CCDOC. The VA and other groups can help you with housing, healthcare, education, job searches, and other needs. To begin this process, complete an Inmate Request Form.

7. Inmate Work Program:
   The Inmate Work Program offers a variety of work assignments that can help develop good work habits that can be applied to jobs after release. If you are interested in becoming an inmate worker, request an Inmate Work Program Application from your CRW and when completed, give it back to them.

   a. Inmates will be eligible if they:

      i. Volunteer
      ii. Successfully complete any training and orientation programs
      iii. Successfully meet additional criteria required by the divisional superintendent/unit head.

   b. Inmates will **not** be eligible if they:

      i. Are in a No-Bond status, unless sentenced to serve time at the CCDOC or authorized by the Executive Director;
      ii. Have a bond amount exceeding $100,000;
      iii. Have a detainer (e.g., outlying county, patrol hold, etc.);
      iv. Have any outstanding fugitive warrants;
      v. Have a criminal history with violent felonies or crimes against others;
      vi. Are currently charged with any violent crimes;
      vii. Have a history of escapes or attempted escapes; or
      viii. Have been found guilty in the past 6 months of any violation of the CCDOC Rules and Regulation or had any major sustained disciplinary charges against them during their incarceration.

CCSAO OROZCO (18-C-1938) 002200

## Interpretation Services: Understanding Staff or Written Guidelines

If you need help or believe that another inmate needs help understanding or interpreting spoken or written instructions, rules, policies, etc., ask an Officer or a CRW for help or complete an inmate request form asking for help. If the Officer or CRW is unable to help you, then CCDOC staff will use an outside translator to assist you.

## Disability Assistance: What if I have a Disability?

The CCDOC strives to accommodate inmates with physical, mental health or developmental disabilities. If you need help getting an accommodation for a disability, ask an Officer, medical staff, or a CRW working in your living unit to assist. If you need a sign language interpreter, one will be made available to you at no cost. TDD devices are available for hearing impaired inmates and those inmates with family members who are deaf or hard of hearing.

# CHAPTER 4
## HEALTH CARE SERVICES

## Medical, Vision, Dental, and Mental Health Care

While at the CCDOC, you are allowed to receive medical, mental health, nursing, pharmacy, dental and vision care. Cermak Health Services (Cermak) provides health care at the jail to inmates in the CCDOC. Cermak is part of the Cook County Health & Hospitals System.

## Intake

Each new inmate will be asked health questions at intake by Cermak staff. Tell them if you receive care for medical or mental health problems. Tell them if you have dental problems. Tell them about any medicine you take. Tell them if you have or might have HIV, AIDS, or a sexually transmitted disease. If you have a medical or mental health condition, you will be sent for further screening or care. You will be checked for tuberculosis with a chest x-ray. You may also be checked for sexually transmitted diseases with a blood or urine test.

## Routine Health Services and the Health Service Request Process

The Health Service Request process will allow Cermak to know you need health care. Women will receive pap smears during annual health exams or sooner if needed. The Health Service Request process should be used to get an appointment for any medical, mental health, dental or vision care issue that is not an emergency. Your appointment will be scheduled as soon as possible based on the nature of the request. To get an appointment, follow these steps:

1.    Fill out a Health Service Request Form. Blank forms (English and Spanish) are available from CCDOC and Cermak staff members. You can also get them on your living unit. If you do not know where to find a form, ask a Correctional Officer, CRW or Cermak staff member.

- 10 -

2.      Put the form in a Health Service Request drop box after it is filled out.  A drop
box is located on each tier of the jail.  Do not give the form to a CCDOC staff
member because it contains your private health information.  After your request
has been reviewed by a Cermak staff member, you will be scheduled for an
appointment if needed.  The date will be based on the need of your request.

3.      All persons with chronic illness will be followed by a medical provider in a clinic.
You will be scheduled for regular check-ups.  If you forgot to tell our staff about
your chronic illness at intake, you may place a Health Service Request at any
time.  You will be scheduled for an appointment after you put the form in the drop
box.

## Emergency/Urgent Medical Care

You must immediately tell a CCDOC or Cermak staff member in person if you are
having a medical or mental health emergency.  You may also have a fellow inmate tell a
CCDOC or Cermak staff member if you cannot do it yourself.  Cermak Health Services
provides emergency medical care every day and night.  There is medical staff on-site in
an emergency room setting at Cermak or in the Division Dispensaries.  You will be sent
to an outside hospital emergency room if necessary.

## Medication

Medicine is to be taken under the care of a doctor or physician assistant.  If not used
correctly, they can be dangerous.  All medicine given to you by Cermak are prescribed
and given to you according to policy.  Be sure to tell the Cermak doctors **ALL** medicine
that you have been taking.  This includes both prescribed and street drugs.  A Cermak
Doctor or physician assistant will prescribe your medicine as needed.  The medicine may
look different or have a different name than the ones you took before you were in jail.
Do not share or give your medicine to any inmate.  Take your medicine as ordered.  Do
not share medicine with friends.  If you have questions about medicine, talk to Cermak
staff.

Some of you will receive every dose of medicine form a nurse.  Some of you will receive
medicine in a packet.  If you get your medicine in a packet, you will be responsible for
taking the medicine as you would at home.  This medicine must be kept in the identified
packet with your name on it.  Medicine without your name on it will be taken away by
CCDOC.  You must request a refill for some types of medicine such as an asthma inhaler
or tubes of certain ointments.  Tell the nurse or medical tech when you have two (2) days
or medicine left.  They may ask to see what is left.  You will fill out a request form.  The
nurse will confirm the order and send the form to the pharmacy for your refill.

## Medical Appointment

It is very important that you keep all scheduled medical appointments.  CCDOC will be
sure to get you to your appointments.  Your cooperation is needed.

CCSAO OROZCO (18-C-1938) 002202

## Refusal of Medical Treatment

If you wish to refuse medical care or medicine, you will be asked to sign a medical treatment refusal form. If you refuse to sign the form, a CCDOC sworn staff member, and nurse or another staff member will sign the form as a witness.

You may not refuse care in cases of some infectious diseases. This is to protect the jail population. Care that may not be refused or may be court-ordered, includes, but is not limited to:

1. Screening for Tuberculosis (TB);
2. Medical isolation ordered by a doctor for infection control; and
3. Medical housing to properly monitor your condition.

## Suicide Prevention/Mental Health

If you have a mental health emergency, notify any Correctional or medical staff member right away. Non-emergency mental health care is obtained by the using the Health Service Request process. You may feel some emotional stress, including thoughts of hurting yourself or suicide while in jail. These feelings may not have been present before coming to CCDOC. You might feel them now because of job loss, family concerns, problems related to your case or charges, financial or housing issues.

If you have thoughts of hurting yourself or suicide, seek help immediately. Tell a staff member that you need help. Staff is also available to talk to you if you experience feelings of anxiety, depression, nightmares, loss of appetite, mood swings, hearing or seeing things that do not appear to be real, or any other concerns about your mental health. Staff available to speak to you includes:

1. Doctor
2. Psychiatrist
3. Psychologist
4. Mental Health Specialist
5. Nurse
6. Medical/Clinical Social Worker
7. Religious Volunteer
8. Correctional Rehabilitation Worker (CRW) – often referred to as DOC "social worker"
9. Correctional Officer/Staff

Do not keep thoughts of hurting yourself or suicide to yourself. Talk to people who are here and trained to help you. If you were receiving mental health care before you came to CCDOC, inform a CCDOC or Cermak staff member. Mental Health services include help preventing suicide, help during a crisis, individual therapy and group therapy.

CCSAO OROZCO (18-C-1938) 002203

## Confidentiality of Medical Information

Your health care information is considered private and protected. This includes your medical record and all other health information that can identify you. Laws make it illegal for people to view your record without a need to know that information. You may request a copy of your records after you are released with proper consent. You will be required to fill out and sign a release form. This is available through Cermak Medical Records. You will not receive paper copies of your medical records while you are in jail. You may, however, discuss or review your medical care with a medical provider during a scheduled appointment. **NOTE:** You can be denied access to the information in your medical record if granting it would risk the health, safety, security, custody, or rehabilitation of you or other inmates or the safety of correctional or medical employees. This will be determined by CCDOC or Cermak staff.

## Complaints about Your Medical, Mental Health, Or Dental Care

If you have a complaint about your health care, use the grievance process listed in Chapter 4 of this handbook. Your grievance will be reviewed by Cermak and you will be provided a response.

# CHAPTER 5
# INMATE RESPONSIBILITIES

## Inmate Rules of Conduct – General Rules That You Must Follow

The following is a list of general rules that you must obey while in the CCDOC.

1.  You will not harm, assault, or injure any other inmate, staff, or person.
2.  You will treat all staff, persons, and inmates with respect and dignity.
3.  You will comply with all directions and orders from CCDOC staff.
4.  You will lock up immediately when ordered to do so.
5.  You will make up your bed every day before daily cell inspection.
6.  You are forbidden to possess, manufacture, or use any type of weapon,
7.  You are forbidden to possess or hide any item that is considered contraband.
8.  You will not "cook" or heat up food in your cell.
9.  You will not cover air vents.
10. You will remain in full CCDOC uniform when in the dayroom or anywhere outside of your cell.
11. You will not enter any cell other than the one assigned to you.
12. You will not visit inmates on other living units.

CCSAO OROZCO (18-C-1938) 002204

13. You will not wear any head coverings (doo-rags, towels, etc.,) when you are outside of your cell.

14. You will not wear or display any type of gang signs or symbols.

15. You will not act or behave in any manner that impedes or obstructs staff from performing their duties.

16. You will not detain or hold any person as hostage.

17. You will not use railing, ropes, ties, and/or strings as clotheslines to hang clothes, linens, or similar items.

18. You will not hang or paste photographs anywhere in your cell, dayroom, or living unit.

19. You will not attach or stick objects to your cell or living area walls, vent covers, lights, doors or windows.

20. You may not have sex, or engage in sexual activities with another inmate, a staff member, or a volunteer while in CCDOC.   There is no such thing as "consensual" sex while you are incarcerated.

21. Sleeping nude is not allowed, period.

22. You will not expose yourself to CCDOC staff, volunteers, or any other inmate.

23. Masturbation or self-gratification will not be tolerated.

24. You will not vandalize the building, vents, windows, electrical outlets, sinks, toilets and/or any other property that belongs to the CCDOC or another person.

25. You will not tamper with the TV or cable cord.

26. You will not tamper with any locks or doors.

27. You will not vandalize or damage the telephones.

28. You will not draw anything or mar any CCDOC walls, doors, building, or any other CCDOC property.

29. You will not damage, destroy, tear, and/or alter any CCDOC linens, sheets, bedding, clothing items or shoes.

30. You will not use sheets as shower curtains.

31. You will not enter the inmate visiting area unless you are authorized to do so.

32. You will not be in an area that you are not directly authorized to be in at any time.

33. You will not block any doorways, hallways, or stairs.

- 14 -

34. You will not bring mattresses, blankets, or sheets into the dayroom.

35. You will not gamble.

36. You will not be loud, disruptive, or disrespectful.

37. You will not sit or stand on tables in the dayroom.

38. You will not fight, shadow box, or roughhouse.

39. You are not allowed to use the telephone until your cell passes daily inspection.

40. You must cooperate and follow instructions during an emergency drill and during a real emergency.

41. You will not violate any federal, state, or local laws while in custody at the CCDOC. You will be charged criminally if found in violation of any federal, state, or local law while in custody of the CCDOC.

42. You will maintain personal hygiene.

## Cleaning Your Cells and Living Areas: Keep Yourself, Your Cells and Living Areas Clean and Orderly

You must keep your cell or living unit and tiers clean and orderly at all times. At a minimum, this means keeping your possessions in your personal property storage box, keeping your cell or living area free from clutter, and making your bed after you wake up and keeping it made throughout the day, Failure to keep a clean cell can attract rodents and bugs and create an unsanitary environment that could expose you and others to diseases. Inmate workers and sanitation officers will regularly help you clean your cells and living units with cleaning supplies. If your cell needs disinfectant or other cleaning supplies in between visits, inform an officer and/or complete an Inmate Request Form.

All CCDOC meals must be consumed within one (1) hour of being served and any trash or excess food must be thrown-away immediately. All garbage/trash must be removed from the living unit by the beginning of each shift.

### Prevent the Spread of Germs

To prevent the spread of germs and maintain general cleanliness for yourself and others you must:

1. Wash your hands after using the toilet.
2. Cover your mouth when you cough.
3. Sweep your cell floor, make your bed, remove all garbage, and do whatever else is required to keep your cell clean and orderly before you leave your cell for daily cell inspection. Cleaning supplies may be available upon request.
4. Keep yourself clean by washing and showering when allowed (you will be living with other people).

- 15 -

5.      Keep the dayroom area clean and place all trash in designated containers.
6.      Notify your tier officer or CRW immediately if you have any sanitation concerns, e.g., if you have a sewage or water leak or your cell needs cleaning supplies and disinfectant.

**Items Allowed in Your Cell**

In addition to your legal papers and approved commissary items, the list below contains the only items that can be kept in your cell or living area. These items, except your shoes must be stored in your personal property box when not in use:

| | |
|---|---|
| ONE (1) COMB | ONE (1) PAIR OR EYE GLASSES OR CONTACT LENSES |
| ONE (1) PALM BRUSH | ONE (1) PERSONAL PROPERTY CONTAINER |
| ONE (1) TOOTHBRUSH/TOOTHPASTE | |
| ONE (1) BAR OF SOAP | |
| ONE (1) DEODORANT | ONE (1) PAPER BAG PER INMATE |
| ONE (1) BATH TOWEL | ONE (1) BIBLE OR KORAN |
| ONE (1) WASH CLOTH | ONE (1) STUDY BOOK (SCHOOL) |
| ONE (1) SHAMPOO | STAMPED ENVELOPES |
| ONE (1) CONDITIONER | STATIONARY |
| TWO (2) SHEETS PER INMATE | TWO (2) INMATE PENS |
| ONE (1) BLANKET PER INMATE | TWO (2) PENCILS |
| FOUR (4) T-SHIRTS | ONE (1) PIECE OF FRUIT |
| FOUR (4) PAIRS OF UNDERWEAR | ONE (1) DRINKING CUP |
| FOUR (4) BRAS (FEMALES) | TWO (2) DECKS OF CARDS |
| FOUR (4) PAIR OF SOCKS | TEN (10) PERSONAL PHOTOS |
| ONE (1) PAIR OF SHOES | THREE (3) TOTAL-MAGAZINES OR BOOKS PER INMATE (RELIGIOUS MATERIAL EXCLUDED) |
| ONE (1) PAIR OF GYM SHOES | |
| ONE (1) PAIR OF SHOWER SHOES | |
| ONE (1) PERSONAL PROPERTY BOX | |

## You Shall Not Possess, Make, or Hide Contraband

Possession of contraband in jail is illegal under Illinois law. Contraband is considered:

1.      Any items or articles inside the CCDOC which are prohibited by criminal law;
2.      Items for which an inmate, employee, or a visitor has no authorization to possess within the institution; or items prohibited by departmental written orders and/or notices; or items or property in excess of the amounts allowed above for that kind of item. Disciplinary reports and possible criminal charges will be given to inmates with contraband.
3.      Items prohibited by departmental written orders and/or notices;
4.      Items not purchased through approved channels or not authorized or approved for delivery by mail; or
5.      Items or property in excess of the amounts allowed above for that kind of item.

Disciplinary reports and possible criminal charges will be given to those inmates found to possess contraband.

- 16 -

## Fire Safety

The CCDOC conducts fire and emergency evacuation drills on an unscheduled basis. You are required to cooperate fully and to follow all directions during the drills. You are forbidden from starting any type of fire or "cooking", meaning you are not permitted to heat up your food in your cell, dayroom, or any other living unit area, unless your living unit has been granted microwave privileges.

To promote fire safety, you shall not keep food and other items in your cells other than those permitted by this Handbook, have a cluttered cell, jam locks, or cover lights or vents. Doing any of these can put you and others at serious risk of injury from fire or smoke and may be grounds for additional criminal prosecution or restitution proceedings.

## You Must Fully Cooperate with the Following Security Procedures:

### Inmate Counts

At various times throughout the day, the CCDOC will conduct "counts" to ensure that all inmates are where they are supposed to be. You must cooperate with all counts. You may not disrupt, delay, or interfere with counts in any form or fashion. If you are not in your proper place for a count or disrupt a count, you will receive a disciplinary report.

### Cell/Room Searches and Sanitation Checks

CCDOC staff has the right to conduct random and/or unannounced cell/room searches. You do not have to be present for your cell/room to be searched. You are responsible for keeping your cell/room clean as well as for items found within your cell/room. So, if contraband is found within your property, cell, or living unit, you will receive a disciplinary report and possible criminal charges.

### Strip Searches

Strip searches of inmates are only conducted in the limited circumstances, where there is reasonable belief that you (the inmate) may be in possession of an item of contraband. In the event of a strip search, all necessary steps will be taken to ensure your privacy. The removal or rearranging of clothing reasonably required rendering medical treatment or assistance, or the removal of outer clothing such as coats, ties, belts, or shoelaces does not constitute a strip search.

### Pat/Frisk Searches

You are subject to pat down frisk searches at any time. Female inmates will only be frisked by female officers unless exigent circumstances exist. You are expected to comply with an officer's directions and not resist the search in any way. If contraband is found in your possession during a frisk search, or if you resist in any way, you will receive a disciplinary report and possible criminal charges.

CCSAO OROZCO (18-C-1938) 002208

## You Must Avoid Sexual and other Improper Relationships

Friendships with other inmates are encouraged. Sexual or other intimate relationships or activity with CCDOC staff, maintenance workers, volunteers, vendors, contractual employees, or other inmates are strictly prohibited. Sexual relationships and sexual activity include:

1. Sexual intercourse or any sexual activity, such as intentional touching directly or indirectly of another genitalia, anus, groin, breast, inner thigh, or buttocks
2. Anal or oral sex
3. Fingering
4. Kissing
5. Hugging
6. Fondling
7. Groping

Sexual or intimate relationships with other inmates will result in a disciplinary report and/or criminal charges.

## Gang Activity: You Must Not Participate in Gang Activity

The CCDOC enforces gang free living and has a zero tolerance policy for gang activity. All gang activity is strictly forbidden within CCDOC. You are **not** permitted to wear or display gang colors, possess gang paraphernalia, give hand signals, create gang graffiti, or be involved in any gang activity including meeting, recruiting, or organizing, etc., while confined in the CCDOC. Violating this rule will result in a disciplinary report and disciplinary actions against you.

# CHAPTER 6
## INMATE DISCIPLINE

## Inmate Discipline

Maintaining discipline among inmates is critical to your safety and security, as well as that of staff, other inmates, and the CCDOC. There are different levels of rule violations that are based on the seriousness of the threat posed by the conduct. The sanctions you get or the amount of time you spend in segregation housing, if found guilty, are based on the rule violation committed.

## What happens if you break the rules?

If an Officer or other CCDOC staff member has reasonable belief that you have committed a violation of CCDOC rules, you will be issued an Inmate Disciplinary Report. Appropriate disciplinary action(s) will be taken against you if you are found guilty of the charges. This could include sanctions, disciplinary segregation, restitution, and even criminal charges (which may lengthen your incarceration).

- 18 -

**Sanctions** include, but are not limited to the following:
1. Loss of work assignment;
2. Loss of commissary privileges;
3. Restricted visitation privileges (except attorney and clergy visits);
4. Restricted phone privileges;
5. Loss of special event programs (excluding religious services);
6. Placement in alternative housing;
7. Financial restitution; and
8. Receiving nutra-loaf (as meal substitute)

**Pre-Hearing Segregation** – If you pose a threat to others or the safety of the jail, you may be held in segregation pending your disciplinary hearing.

**Disciplinary Segregation** - If you are found guilty of the charges against you, you may be assigned to a cell separated from the general population. You will only have one hour out of your cell per day and have other privileges restricted.

**Restitution:** If you are found guilty of damaging property, you will have to pay for any property damage you cause. The money will be deducted from your inmate account if you have funds available, or otherwise a civil action may be brought against you. You may also be charged for any additional costs caused by your actions, such as paying for an ambulance ride for someone that you injured

## The Inmate Disciplinary Process
1. If you are formally charged with breaking the rules, you will get a Disciplinary Report. You will receive this report not less than twenty-four (24) hours before your hearing. The Disciplinary Report will indicate what rule you broke and how you broke it. For violating certain rules, you may be sent to pre-hearing disciplinary segregation until your hearing. If so, you will receive a hearing within seventy-two (72) hours, (including weekends and holidays) or be taken out of pre-hearing disciplinary segregation until your hearing can be scheduled. If you remain on your living unit until your hearing, you will receive a disciplinary hearing within eight (8) days (including weekends and holidays).

2. At the hearing, you will have the right to tell your side of the story, present evidence, and possibly call witnesses who have first-hand knowledge of the event, if this will not pose a security threat.

3. The Hearing Board will decide if you are guilty or not guilty of the charge(s).

**Inmate Disciplinary Appeal**
You have a right to appeal any disciplinary process by submitting a Request for Appeal Form to the CRW within five (5) working days from receipt of the decision. The Request for Appeal Form will be included in the disposition form given to you at the conclusion of the hearing.

- 19 -

CCSAO OROZCO (18-C-1938) 002210

**Help with the Disciplinary Process and Hearing** — If you need help at any stage of the disciplinary process, a CRW can assist you if you fill out an Inmate Request Form and indicate what kind of help you need. Additionally, if you are disabled, deaf, having trouble understanding English (written or spoken), and/or illiterate, assistance will also be made available for you at no cost.

# CHAPTER 7
# INMATE REQUEST AND GRIEVANCE PROCEDURES

## Inmate Requests and Inmate Grievances

**An Inmate Request** is a request that you should make when you would like or need assistance, services, or basic supplies.  If a correctional officer, supervisor, or CRW cannot address your request after you verbally ask them, then you should fill out an Inmate Request Form.  Inmate requests are generally made under the following circumstances:

1. If you require a "write-out," which is a pre-stamped envelope containing paper and/or pen
2. If you need your trust fund balance
3. If you need basic supplies such as soap, toothpaste, or shampoo.
4. If you require accommodations because you have a disability
5. If you need  law library services
6. If you require help in filling out a grievance form
7. If you want to attend religious services
8. If you want to begin substance abuse treatment or attend an educational program
9. If you require help with filling out any necessary paperwork or arranging help through outside agencies, such as Child Welfare
10. If you want to visit the barber or beauty shop
11. If you request to be considered for participation in the inmate work program, also see page 9 or 27.
12. If you are a veteran and require help when you are released from custody
13. If you have trouble reading or writing  and need help in understanding or interpreting spoken or written instructions, rules, policies, etc.

**An Inmate Grievance** is a formalized written complaint you may use to seek review of a problem related to your conditions of confinement. You may file a grievance if you believe:

1. That your Constitutional or other legal rights have been violated;

CCSAO OROZCO (18-C-1938) 002211

2.      That a CCDOC employee broke the law or a CCDOC rule that adversely affects you;
3.      Your safety or well-being is at risk;
4.      That your living area is unsafe or unclean;
5.      That your money or your personal property was mishandled;
6.      That you are not getting programs that you have the right to attend or been court-ordered to attend; and
7.      That you are not receiving medical, dental, or mental health help that you need.

What you cannot grieve:

1.      State and federal laws and regulations;
2.      State and federal Court decisions;
3.      Formulation of departmental policies;
4.      Designation of an inmate as a Security Risk or Protective Custody inmate;
5.      Decisions of the Inmate Disciplinary Boards.

**THE INMATE GRIEVANCE PROCESS**

1.      To file a grievance, fill out an Inmate Grievance Form within fifteen (15) days of the occurrence of the incident, problem, or event that you are grieving. There is no time limit however for grievances involving sexual safety. The forms are available on your living unit or by your CRW during their rounds. If you have trouble filling out a grievance for any reason, ask your CRW or a correctional supervisor for help.

2.      After you finish writing your grievance, hand your grievance form to the CRW or a correctional supervisor when he/she makes their daily rounds. Please be aware that CRW's may not be available on holidays or days when security concerns make it dangerous to visit the living unit.

3.      The CCDOC or other responding party (for example, Cermak or the food service provider) has 15 business days upon receipt of your grievance to sustain or not sustain your grievance and assign a remedy.

4.      You will receive a written decision about your grievance. You will be required to sign the form saying that you received the response to your grievance - not that you necessarily agree with the decision.

5.      If you have an **emergency** that involves you or another inmate being at substantial risk of immediate harm or possibly being transferred to another facility, notify correctional staff immediately. However, if you believe the emergency can be handled through the grievance process, or that a grievance is the best and most efficient way to handle the emergency, then you must indicate on the Inmate Grievance Form that you are experiencing an emergency and why

- 21 -

you believe this to be an emergency. If it is determined that you have an emergency, it will generally be resolved within forty-eight (48) hours and you will receive a written response. However, if it is determined not to be an emergency, the CRW or correctional supervisor will inform you within one (1) business day of the determination, and your grievance will be processed according to standard grievance procedures.

6. Correctional Officers are not allowed to interfere with the grievance process or to collect the grievance forms. Tell the CRW or a Correctional Supervisor if this happens.

7. If you do not agree with the grievance decision, you have fourteen (14) calendar days from receipt of the decision to appeal. A CRW can instruct you on how to file an appeal.

8. You will not be retaliated against for filing a grievance or appealing a grievance response.

## Appropriate Use of the Grievance System

Be considerate to fellow inmates, CRW's, and other staff and avoid filing false, frivolous, or unnecessarily repetitive grievances. The more time staff, CRW's, and third-parties spend processing and responding to false and/or frivolous grievances, the less time they have to address the legitimate concerns that you and other inmates may have.

Also, do not swear, make threats, or use vulgar language in your grievances or else your grievance may not be processed and you will receive a disciplinary report. You may also receive a disciplinary report if you purposely file false grievances.

# CHAPTER 8
## OUTSIDE COMMUNICATION

## How do I stay in touch with people outside of the CCDOC?

1. Telephone

   a. Intake Telephone Calls

      During the intake process, you are permitted to make a reasonable number of completed telephone calls, both local and long distance, to an attorney and to a family member. Such calls shall be afforded to you as soon as practicable during the admission process in RCDC. The expense of such calls shall be your responsibility or the person you are calling. The date and time of telephone calls made during the admission process will be recorded.

- 22 -

  b.  General Access to Telephone Calls

    Inmates share telephones with the other inmates in the living units.  You may place at least one (1) call each week, but are usually given more.  You are required to bear the expense of any telephone call you make, or you may place collect calls, which means that the person you are calling pays for the call.  If you are unable to call collect, you should contact a CRW who will help make contact with the person you are trying to call.  A minimum of five (5) minutes will be allotted for each phone call.  Telephone calls may be monitored unless prior special arrangements have been made (court ordered) to make confidential telephone calls to your attorney.  You are not permitted to receive incoming telephone calls.

  c.  Telecommunications Device for the Deaf (TDD)

    Telecommunications Device for the Deaf (TDD) or comparable equipment is available for those inmates with hearing disabilities or those with a family member who is deaf or hard or hearing.  The use of TDD equipment shall be requested through the CRW on an Inmate Request Form located on your tier/living unit.

  d.  Prohibited Telephone Use

    Three-way telephone calls, fraudulent calls, and harassing calls are prohibited and will result in a loss of telephone privileges, a disciplinary report, disciplinary action, and/or criminal charges.

2.  Mail

  a.  For security reasons, CCDOC mailroom staff will open and inspect mail you receive, unless it is clearly designated as Legal Mail.  Legal mail will be opened in front of you, checked for contraband, but not read.

  b.  **Incoming mail** should have the following information:

    Sender's Full Name
    Sender's Full Address
    Sender's Zip Code

      Inmates Name   ID #
      Division     Wing/Cell
      P.O. Box 089002
      Chicago, Illinois 60608

CCSAO OROZCO (18-C-1938) 002214

c. You are NOT permitted to receive subscriptions or periodical publications from outside vendors. These items may be sent to an inmate by any person not incarcerated.

d. Hardcover books are not allowed. If you receive a hard cover book, you will be notified by the mailroom staff with a "Notice of Book Arrival". You will choose either to allow the hard cover to be removed by the mailroom personnel or to have the book returned to the sender.

e. Correspondence with inmates at other correctional/rehabilitation institutions are prohibited unless you have written permission of a court, the Sheriff, the Executive Director of the CCDOC or his/her designee.

f. Correspondence with CCDOC staff, volunteers, contractors and/or vendors of the Sheriff's Office is strictly prohibited.

g. Cash **will not be accepted through the mail**. All monies sent to you must be in the form of a cashier's check or money order and must be sent directly to your inmate trust account and include your inmate ID number (for additional information refer to Chapter 10 of this handbook – Trust Department).

h. **Outgoing mail** should have the following information in the return address corner:

    Inmate's Name               ID #
    Division                     Wing/Cell
    P.O. Box 089002
    Chicago, Illinois 60608

    All outgoing mail that is not clearly marked with the inmate's name, complete and correct identification number and Department address will be returned to the inmate provided the inmate is known. If the inmate is unknown, the mail will be disposed of.

i. **Outgoing mail must be submitted in an unsealed envelope to be inspected by CCDOC mailroom staff, with the exception of legal mail**. Postage can be purchased through commissary. Indigent inmates may request postage through a CRW.

j. For more information ask the correctional officer, or CRW, for help.

3. Visitation

    a. Transportation Options

CCSAO OROZCO (18-C-1938) 002215

i.     Visitors may utilize public transportation to access the Department of Corrections on your visiting days.  Cook County Department of Corrections is accessible by bus and train.

ii.     If visitors prefer driving their personal vehicles, there is paid public parking available.

b.     Visitation Rules

i.     You will receive two (2) visiting days a week, one (1) day during the week, and one (1) on the weekend, Saturday or Sunday. Visitors will  be allowed one (1) visit per week and each visit will be fifteen (15) minutes in duration, unless extenuating circumstances exist (e.g., court order, security classification, etc.). Visits may be restricted or eliminated as a result of discipline.

ii.     All Visitors must follow the current Visitation Rules for the CCDOC.  You are encouraged to tell potential visitors that they should visit the Cook County Sheriff's website for more information about hours and rules for visitors.

iii.     Visitors will be searched for contraband (a list of contraband items are posted in designated area within the institution) and possibly undergo a background check prior to the visit.  All visits may be monitored and recorded.

iv.     You must tell all possible visitors that they must behave and dress appropriately.

v.     Visitors must also have one valid (not expired) government photo ID (driver's license, state ID, passport, military ID, or foreign consulate identification (Metricula, etc.).  No individual under 17 years of age will be allowed to visit you unless accompanied by an adult.

vi.     A visitation schedule is posted in every living unit.  To learn more about visiting times and schedules, you should tell visitors to call the Inmate Information Hotline at 773.674.JAIL (5245) or check the Cook County Sheriff's website at cookcountysheriff.org.

c.     Visitors Coming from Long Distances

Occasionally an inmate's family or friend who is not on the approved visitor's list may travel a long distance (150 miles or more) and arrive at a time and day **NOT** scheduled as a visiting period for a particular inmate. In such instances, approval to visit a particular inmate may be granted by the division superintendent or designee on a case-by-case basis.  Long

- 25 -

CCSAO OROZCO (18-C-1938) 002216

distance visitors may visit a particular inmate up to four (4) times (once per day) in a thirty (30) day period. After thirty (30) days the long distance visitor must go on your inmate visitor's list.

d.    Professional Visitors

Lawyers, clergyman, foreign consulate, or a representative of the foreign consulate may visit an inmate any day of the week, but they must call the division in which the inmate is housed, twenty-four (24) hours in advance of their visit to reserve space for a private visit.

# CHAPTER 9
## PROPERTY

### What happens to my money and property while I am in the CCDOC?

Your personal property (cell phone, keys ID cards, etc.,) are kept at the CCDOC Property Office, located at 2700 S. California Avenue, Chicago, Illinois. When you are discharged, you must show the Property Office your photo ID to have your property returned. Property will be kept in the Property Office for 90 days after you leave the CCDOC, then it will be disposed of in accordance with the CCDOC general order. For more information, call the Property Office at 773.674.5780.

### Clothing
Unclaimed personal clothing items shall be placed in the divisional unclaimed clothing (poor box).

### Releasing Personal Property
You may authorize an individual to retrieve your personal property. Upon the request of the inmate, CRW's will assist in the release of personal property to another individual or agency. The inmate will sign a release form identifying the name and address of the person authorized to receive the property. The receiving party must have valid picture identification.

# CHAPTER 10
## BONDING PROCEDURES

### How do I bond out while I am at the CCDOC?
The Bond Office is located at 2700 S. California Avenue and is open every day of the week from **9:00 a.m. – 9:00 p.m.**, including holidays. The Bond Office accepts payment by cash, cashier's check, certified checks or credit card. The bond clerk must verify cashier and certified checks with the bank. Checks are to be made payable to: **Clerk of the Circuit Court.** Credit Cards will be accepted in accordance with the guidelines set

- 26 -

CCSAO OROZCO (18-C-1938) 002217

by the Circuit Court of Cook County. For more information regarding bond call 773.674.5245 or 773.674.7100.

# CHAPTER 11
# ALTERNATIVE PROGRAMS

## Alternatives to incarceration in the CCDOC

As a Cook County jail inmate, there may be programs that offer alternatives to staying in the CCDOC. These are described below. If you believe you may be a candidate for one of the various programs, speak to your attorney about getting a court order to approve the change.

1.  **Day Reporting Center (DRC)** – A supervised program that provides services and direction for pre-trial, non-violent offenders. This community-based correctional program requires offenders to report to the center for daily sessions in drug and alcohol rehabilitation, violence prevention training, literacy and GED courses and job skills training.

2.  **Electronic Monitoring (EM)** – A pre-trial monitoring program where inmates are put on "house arrest." Participants may be allowed to leave their designated residences to go to work, school or job training programs, upon approval. For inmates who have been placed on electronic monitoring but do not have a place to reside, you may qualify to reside at a drug treatment facility or half-way house. Ask a CRW or Correctional Staff for more information.

3.  **Pre-Release Center (PRC)** – A secure residential drug treatment program for pre-trial inmates. The center offers a variety of programs aimed at breaking the cycle of addiction and discouraging future criminal behavior.

4.  **Sheriff's Work Alternative Program (SWAP)** – A program where non-violent offenders charged with DUI and other misdemeanor crimes "swap" jail time for community service sentences and work on a variety of public works projects such as: cleaning parks, viaducts and streets.

## Programs for female inmates

Sheriff's Women's Justice Programs (SWJP) incorporates a trauma informed integrated model of treatment programs that addresses mental health and substance abuse issues, as well as physical health concerns. SWJP understands the complex issues that women involved in the criminal justice system face on the day-to-day basis.

In order to be considered for one of the Women's Justice Programs, you must be court ordered by a Judge, medically cleared and meet the program criteria. Discharge planning begins as soon as women are accepted into the program utilizing a comprehensive screening process. This enables the treatment team to quickly identify immediate needs

CCSAO OROZCO (18-C-1938) 002218

and develop individualized treatment and discharge plans for community re-entry. All programs are very structured and require the woman to participate in order to fully benefit from the treatment being offered.

If you qualify for SWJP, you will be placed in one of the following three programs:

1.      Women's Residential Program (WRP): An intensive in-patient treatment program offered in a modified therapeutic community setting within the Cook County Jail compound, Division 17.

2.      Sheriff's Female Furlough Program (SFFP): An outpatient day-reporting program, where women are required to report daily for treatment and case management services, returning home in the evening to care for their families while on electronic monitoring.

3.      MOM's Program: An off-site community-based treatment program for pregnant/post-partum and parenting women and their preschool age children offered in a safe, supportive environment that promotes the mother/child bond.

Upon discharge from any of the Women's Justice Programs, you may access a continuum of services in the community through the SWJP Empowerment Center. The Empowerment Center offers a safe place for women seeking a supportive environment after incarceration; it provides community and family reunification linkages, assists women to discover new and health ways to cope with stressors and assist as they continue their successful recovery journey.

**Chicago Legal Aid to Incarcerated Mothers (CLAIM):** This agency provides free legal services to mothers in jail in order to help the mothers take care of their families.

- 28 -