| | **Sheriff's Office**<br>**COOK COUNTY, ILLINOIS**<br># GENERAL ORDER<br>**Department of Corrections** | ISSUANCE DATE<br><br>**21 OCT 14** | EFFECTIVE DATE<br><br>**21 OCT 14** | NO<br><br>**24.14.5.0** |
|---|---|---|---|---|
| SUBJECT<br><br>**INMATE GRIEVANCE PROCEDURE** | | DISTRIBUTION<br><br>**G** | RESCINDS<br><br>**11.14.5.0** | |
| RELATED DIRECTIVES<br><br>*IM 74.14.5.0 Inmate Emergency Grievance Response Procedures* | | | AMENDS | |

## I.  PURPOSE

This order establishes the policy and procedures for the inmate grievance process in the Cook County Department of Corrections (CCDOC).

## II.  POLICY

It is the policy of the CCDOC to provide a procedure for all inmates to have their written complaints through a written grievance process, communicated to and addressed by Cook County Sheriff's Office (CCSO) staff members. Retaliation by CCSO staff members against any inmate for filing a grievance or appealing a grievance finding, or participating in the grievance process is strictly prohibited.

## III.  APPLICABILITY

This General Order is applicable to all CCSO staff members. Supervisors shall review the contents of this order with all employees under their supervision. Failure to adhere to the provisions of this order will result in disciplinary action up to and including termination.

## IV.  AUTHORITY / REFERENCE

A.    28 U.S.C. 1997, *et seq*., Civil Rights of Institutionalized Persons Act

B.    42 U.S.C. 1997, *et seq*., Prison Litigation Reform Act

C.    28 C.F.R. 40, Parts A & B

D.    Illinois County Jail Standards, 20 Illinois Administrative Code, Ch. I Sec. 701

E.    42 USC 147 Prison Rape Elimination Act of 2003

F.    Final Standards, Prison Rape Elimination Act – Part 115 of Title 28 of the Code of Federal Regulations

DOC GO 24.14.5.0

V.      **AMERICAN CORRECTIONAL ASSOCIATION REFERENCE**

4-ALDF-6B-01

VI.     **ENCLOSURES**

A.      Inmate Grievance Early Warning Action Review Form (FCN-39)(SEP 14)

B.      Inmate Grievance Form (FCN-40)(SEP 14)

C.      Inmate Grievance Form Tracking Logbook (FCN-38)(SEP 14)

D.      Inmate Grievance Response /Appeal Form (FCN-41)(SEP 14)

VII.    **DEFINITIONS**

A.      Correctional Rehabilitation Worker (CRW) – For the purposes of this order, the Sheriff's Office employee assigned to collect, process, and assist inmates with preparing grievances. Correctional Rehabilitation Workers include Vocational Rehabilitation Impact Center (VRIC) Platoon Counselors.

B.      Emergency Grievance – A grievance containing reasonable allegations that an inmate has been or may be in a substantial risk of imminent sexual abuse, sexual harassment or immediate harm to his/her welfare or safety which may include, but is not limited to staff or inmate battery, serious medical concerns, etc.

C.      Grievance – A written complaint by an inmate regarding a policy within the CCSO, a condition of confinement in the CCSO, or a CCSO action or incident affecting an inmate.

1.      Issues that can be grieved include, but are not limited to, the following:

a.      Alleged violations of civil, constitutional or statutory rights;

b.      Alleged criminal or prohibited acts by employees, volunteers, contractors, or other inmates involving physical, sexual, psychological abuse or failure to provide services resulting in physical harm;

c.      Concerns regarding unsafe or unsanitary living conditions within the jail;

d.      Issues related to an inmate's money, property, education, medical or mental health, and/or dental care; and

2

**DOC GO 24.14.5.0**

  e.  Alleged violations of departmental policies affecting an inmate's general welfare or safety.

  2.  The following issues cannot be grieved and shall be processed as Non-Grievance requests.

    a.  Application of state and federal laws and regulations;

    b.  State and federal court decisions;

    c.  Formulation of departmental policies;

    d.  Inmate classification, including designation of an inmate as a security risk or protective custody inmate; or

    e.  Decisions of the Inmate Disciplinary Hearings Officer.

D.  Appeal – If the inmate deems the grievance response unsatisfactory and requests a second review or consideration of the grieved matter.

E.  Non-Grievance Request – Inmate complaints documented on grievance forms may be classified as "non-grievance requests" and are not assigned a control number, based upon the nature of the issue, length of time since the issue occurred, except for allegations of sexual abuse, and the level of effort taken to resolve the issue. This determination will be made by an Inmate Services staff member.

F.  Remedy – The inmate's proposed response or action, to resolve the grievance.

G.  Retaliation – Any action or threat of action against anyone who participates in the grievance process or the informal complaint process including, but not limited to, unfair treatment, denial of programs or services, or refusal to accommodate basic needs, etc.

**VIII.**  **PROCEDURES**

A.  Inmate Grievances

  1.  The inmate shall submit the formal grievance within fifteen (15) calendar days of the original incident or issue, which forms the basis for the grievance, unless the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse there shall be no time limits for submission of the grievance.

3

**DOC GO 24.14.5.0**

2.  Grievances submitted after the fifteen (15) day period will be accepted, but returned to the inmate and noted as "denied" for being untimely. However, such untimely grievances that contain reasonable and serious allegations regarding criminal activity or misconduct which may be investigated regardless of the timing will be forwarded to the appropriate department for inquiry.

3.  CRWs shall collect and log inmate grievances in the CRW Inmate Grievance Form Tracking Logbook and/or applicable database on a daily basis with the exception of regular days off, holidays, mandatory furloughs, etc.

4.  CCDOC staff members shall immediately provide an Inmate Grievance Form when requested by an inmate, and instruct inmates how to fill out an Inmate Grievance Form, when necessary. If forms are not available, the use of blank writing paper, other department forms or any type of paper may be used by the inmate and must be identified as a grievance.

5.  CCDOC staff members shall instruct inmates to deliver the signed and dated Inmate Grievance Form to a CRW, Inmate Services Supervisor, or Correctional Supervisor (e.g., Sergeant or above). Inmates may also deposit the completed grievance form into an inmate grievance box, where the boxes are available.

6.  Upon receipt of an Inmate Grievance, whether directly from an inmate, a grievance depository on the living unit, Inmate Services staff or Correctional Supervisor, the CRW shall immediately provide a signature and date of receipt on the form as well as provide the inmate with a copy of the submitted grievance.

7.  Third parties, e.g., staff members, fellow inmates, family members, attorneys or outside advocates shall be permitted to file grievances and/or assist in filing grievances on behalf of an inmate.

8.  If the inmate declines to have the grievance filed on his/her behalf, CRW's shall document the inmate's decision in the CRW Inmate Grievance Form Tracking Logbook and applicable database.

9.  CCSO staff members will receive and provide a response to a grievance within fifteen (15) calendar days of the date that the grievance was collected and will be monitored by the respective CRW. Exceptions may apply in certain circumstances, but an explanation for the delay will be given to Inmate Services at the time the grievance response is due. The Inmate Services Department staff will then notify the inmate verbally that his/her grievance response has been delayed. The Inmate Services

CCSAO OROZCO (18-C-1938) 002249

**DOC GO 24.14.5.0**

Department staff, (i.e. CRW) shall make a notation in the tracking log that the inmate was notified of the delay.

**IX.     GENERAL DUTIES AND RESPONSIBILITIES RELATING TO THE GRIEVANCE PROCEDURES**

    A.     Sworn employees

        1.     CCDOC sworn employees are not authorized to provide the response to a grievance in which he or she is directly involved.

        2.     Superintendents and/or correctional supervisors shall:

           a.     Accept grievance forms from inmates directly or any mode of delivery and ensure timely delivery to a CRW or Inmate Services Supervisor.

               i.     if an inmate delivers a grievance form directly to a Superintendent or correctional supervisor, the Superintendent or correctional supervisor shall sign the form indicating receipt;

               ii.     provide the inmate with a copy; and

               iii.     ensure delivery of the grievance form to a CRW, an Inmate Services Supervisor, or designated CRW depository for collection and processing the following business day.

               iv.     In the event that the divisional Superintendent or watch commander is in receipt of an emergency grievance they shall make an immediate inquiry and take action to resolve the issue and alleviate the emergency, in accordance with CCDOC Immediate Notification Inmate Emergency Grievance Inquiry Acton Procedure.

           b.     Collect grievance forms from any inmate living unit when a CRW notifies the Superintendent and/or the correctional supervisor that grievance forms were not collected that day.

           c.     Make an inquiry into the grieved matter by conducting interviews and gathering information from witnesses and/or relevant sources which may include viewing video footage that will support a response to the inmate's grievance.

           d.     Take action to resolve an inmate's grievance.

CCSAO OROZCO (18-C-1938) 002250

**DOC GO 24.14.5.0**

e. Respond in writing to the grievance using language that is clear, professional, and thoroughly addresses the issue raised by the inmate.

f. Ensure grievance responses are returned to Inmate Services within five (5) calendar days of receipt of the grievance.

g. Obtain additional Inmate Grievance Forms from Inmate Services when needed.

3. Correctional Officers shall:

a. Notify an immediate supervisor, Inmate Services Supervisor or CRW when made aware of an inmate wishing to deliver a grievance form.

b. Provide a grievance form immediately when requested by an inmate.

c. Never interfere with an inmate's filing of a grievance or retaliate against, discourage or intimidate an inmate who wishes to file a grievance.

d. Make every effort to resolve the inmate's needs and/or concerns at the initial point of contact, prior to escalation to a grievance.

e. Not provide the formal written response on any grievance form.

f. Check the supply of Inmate Grievance Forms at least once per shift to ensure there is an adequate supply of forms that are in both English and Spanish. If more forms are needed, the officer shall notify his or her immediate supervisor.

g. Immediately contact a CRW when an inmate who is deaf and/or hearing impaired, blind and/or visually impaired, non-English speaking or illiterate wishes to submit grievances. If any inmate is experiencing difficulty filling out a grievance, a CRW may be requested to assist.

h. Provide direction to inmates who are unclear about the grievance procedure, by referring the inmate to the Inmate Orientation Handbook. If further clarification is needed, the officer may request the assistance of a CRW, via email, at CCSO.InmateServices@cookcountyil.gov.

CCSAO OROZCO (18-C-1938) 002251

**DOC GO 24.14.5.0**

B.    General Duties and Responsibilities for Inmate Services CRWs:

    1.    Make daily rounds on every living unit as assigned by Inmate Services Management to collect grievances.

        a.    Grievance collection efforts shall be made during hours when the CRW can reasonably expect the inmates to be awake and/or out of their cells.

        b.    Daily rounds exclude RDO's, holidays, mandatory furlough days or as directed by the divisional command staff.

    2.    Sign in and out in the officers Living Unit Logbook during every visit to the living unit noting the time in and out.

    3.    Check the supply of grievance forms whenever visiting the living units; and replenish as needed.

    4.    Provide instruction and assistance to any inmate found to have used the grievance procedure improperly (e.g., inmate requests, health care requests, disciplinary hearing appeals).

    5.    Assist any inmate who requests or otherwise requires assistance to prepare grievances including, but not limited to, inmates who are deaf and/or hearing impaired, blind and/or visually impaired, inmates with mental illness or medication conditions, non-English speaking or illiterate.

    6.    Utilize the Video Remote Interpretation System (VRIS) for interpretation of the deaf, hearing impaired and for those inmates whom English is not their primary language.

    7.    Inform inmates that they will receive a response within fifteen (15) calendar days. If exceptions apply, such as in-depth inquiry or supporting information is needed from various sources in order to provide an accurate and thorough response, Inmate Services will ensure that the delay will be communicated to the inmate.

    8.    Collect and review all inmate grievance forms to ensure that all issues raised can be addressed by the same unit, (i.e., the respective Superintendent's office, Inmate Services, Cermak, Support Services, Inmate Welfare, Records, Mailroom, Classification, etc.).  In the event more than one issue is raised, ask the inmate to write separate grievances for each issue and return the additional grievance(s) within fifteen (15) days.

7

**DOC GO 24.14.5.0**

9.      Ensure that grievance forms are signed and dated by the inmate and provide a signature of receipt.

10.     Provide the inmate with a copy of the signed and dated grievance form submitted whether received directly from an inmate, a grievance depository on the living unit or from Inmate Services staff.

11.     Determine if the grievance is a non-grievance request, and if so enter the inmate non-grievance request into the CRW Inmate Grievance Form Tracking Logbook and/or applicable database.

12.     Enter the information on the inmate grievance into the CRW Inmate Grievance Form Tracking Logbook and/or applicable database within forty-eight (48) hours of receipt, unless an extension is granted by Inmate Services Supervisor.

13.     In the event the inmate is filing a grievance regarding an issue or incident that he or she has previously grieved, respond in writing on the Inmate Grievance Response Form that his/her grievance:

      a.      Is currently being reviewed and when to expect a response; or

      b.      Has already exhausted the grievance process.

14.     Place grievance forms requiring a remedy into designated/secure divisional depository for collection by ISASS (Inmate Services Administrative Support Staff).

15.     If the subject of an inmate grievance is a CRW, notify his or her supervisor immediately, and that supervisor will process the inmate grievance form.

16.     Return the copy of the completed Inmate Grievance Response Form to the inmate after processing. Note the date of the form's return to the inmate in the CRW's Inmate Grievance Form Tracking Logbook and/or applicable database.

17.     If an inmate wishes to appeal the grievance response, the inmate shall have fourteen (14) calendar days from receipt of the response to appeal.

      a.      When the inmate completes the request for an appeal section of the form, the form will be forwarded to the Director of Inmate Services for review, and response. Appeals involving allegations of staff misconduct and/or sexual, harassment, voyeurism, or abuse will be forwarded to the Compliance Unit for further review and

CCSAO OROZCO (18-C-1938) 002253

**DOC GO 24.14.5.0**

response. Such requests for appeal shall be collected in the same manner as the original grievance.

b. The responder shall have fifteen (15) calendar days to review the grievance appeal, and reply to the inmate, exceptions may apply in certain circumstances. The inmate will be notified if the response will be beyond fifteen (15) calendar days.

c. The reply to the appeal shall be in writing and the inmate shall date and sign the written decision, indicating he or she has received notification of the appeal decision and response.

18. Collect grievance appeals and place in designated depository for pick up by the ISASS and update the CRW Inmate Grievance Form Tracking Logbook and applicable database.

19. Upon the completion of processing, deliver the appeal response and provide the pink copy of Part B to the inmate.

20. The CRW shall confer with an Inmate Services Supervisor whenever an inmate files a grievance that falls within the definition of Emergency Grievance. The CRW shall immediately deliver an emergency grievance to the divisional Superintendent or watch commander for his/her review and signature of receipt.

C. Inmate Services Supervisors shall:

1. Accept grievance forms from inmates directly or any mode of delivery and ensure timely delivery to a CRW or direct processing.

2. If an inmate delivers a grievance form directly to an Inmate Services Supervisor, the supervisor shall sign the form indicating receipt;

3. Provide the inmate with a copy; and

4. Ensure processing directly, or delivery of the grievance form to a CRW, or designated CRW depository for collection and processing the following business day. Note: Numbers, 5-8 are relevant when the grieved matters pertain to Social Services or CRW's.

5. Make an inquiry into the grieved matter, by conducting interviews and gathering information from witnesses and/or relevant sources which may include viewing video footage that will support a response to the inmate's grievance.

6. Take action to resolve an inmate's grievance.

CCSAO OROZCO (18-C-1938) 002254

**DOC GO 24.14.5.0**

7.     Respond in writing to the grievance using language that is clear, professional, and thoroughly addresses the issue raised by the inmate.

8.     Ensure grievance responses are returned to Inmate Services within five (5) calendar days of receipt of the grievance.

9.     Submit completed grievance form to ISASS for database updates, Jail Management System look-up of incarceration status/housing location, and re-distribution for delivery.

10.    If an Inmate Services Supervisor deems a grievance response inappropriate or doesn't address the issue raised by the inmate the Inmate Services Deputy Director or Director will be notified.

11.    If the inmate has been discharged, mail a copy to IDOC, other facility, or residence as noted in the Jail Management System.

12.    Forward non-appealed completed grievance forms to archiving department for updating in database, scanning and filing.

13.    Based on this directive, audit the grievance collection efforts of CRW's and make suggestions for improvement and implement upon approval.

14.    Generate a monthly report from the grievance database identifying all outstanding grievances from respective assigned divisions. Communicate via email report findings to respective divisional Superintendent.

D.     Inmate Services Administrative Support Staff (ISASS) shall:

1.     Retrieve grievance forms daily from all divisional depositories and forward them to the Inmate Services central office.

2.     Sort and package original grievance forms for distribution to the responding department.

3.     Upon completion, retrieve original grievance forms from responding departments and forward the completed grievance forms to the corresponding CRW's for return to the inmates.

## X.     EARLY WARNING SYSTEM

A.     The Grievance Summary Report will serve as an early warning system for identifying patterns and areas of concern within CCDOC.  Relevant staff will be alerted when inquiry, intervention, action plans, and/or additional training is

CCSAO OROZCO (18-C-1938) 002255

**DOC GO 24.14.5.0**

needed for early intervention to resolve any potential serious issues and/or behaviors or actions by employees as identified in patterns of grievances.

B.      The Inmate Services Director/designee will identify any patterns where three (3) or more grievances are reflected with the same division (e.g. multiple allegations against the same staff or similar facilities related concerns). If patterns are indicated, each grievance will be flagged within the early warning tracking system and forwarded to the respective Superintendent or Department Head and Assistant Executive Director (AED) for review and action.

C.      The Superintendent or Department Head shall take any action necessary to bring resolution to the identified pattern grievances and complete the Inmate Grievance Early Warning Action Review Form (EWARF) describing the action taken. The form should then be submitted to the respective AED within forty-eight (48) hours of receiving it.

D.      The AED should review all EWARF upon receipt to ensure all necessary and appropriate steps were taken by the Superintendent or Department Head in an effort to resolve and address the issues. If any steps were omitted or the AED believes other action is necessary they should confer immediately with the Superintendent to revise and resubmit the EWARF.  The AED should then forward the EWARF to the Inmate Services Director within 48 hours of receipt for updating and archiving.

## XI.      RECORD KEEPING AND  ACCOUNTABILITY

A.      All original grievances forms and responses shall be forwarded to the Inmate Services Department upon resolution of the grievance, where they shall be kept on file for a period of at least five years and maintained in accordance with the Illinois Record Retention Act.  An inmate's grievance shall not be kept in the inmate's divisional files.

B.      A weekly Grievance Summary Report of all Sheriff's Office grievance activity shall be prepared by the Director of Inmate Services or designee.  This report shall, identify areas of concerns, and contain the following categories:

1.      Nature of the grievance;

2.      Number of grievances that occurred in each division/department/unit segmented by category; and

3.      Narrative summary noting patterns and trends among grieved matters.

The Grievance Summary Report shall be included in the weekly CCDOC Summary Report and be distributed to all Superintendents and applicable department heads.

CCSAO OROZCO (18-C-1938) 002256

DOC GO 24.14.5.0

C.   The Director or Deputy Director of Inmate Services shall conduct routine weekly reviews of grievance responses to ensure professionalism, quality, and that a course of resolving action has been or will be taken.  Any concerns and issues within the responses are addressed directly via email with the grievance responder and/or their supervisor as well as the CCSO Legal Quality Assurance representatives cited below.

D.   Representatives from the CCSO Legal Department shall conduct a monthly audit of a minimum of 5% of a randomly selected sample of the total grievances generated within a month's time to ensure professionalism, quality, and that a course of resolving action has been or will be taken. The grievance and appeal responses are carefully reviewed and any concerns and issues are addressed directly via email with the grievance responder and/or their Supervisor and Inmate Services staff.

E.   Inmate Services shall conduct an annual audit of the grievance system and collected grievance data.  The findings of the audit, as well as recommendations for improvement to the system, shall be shared with the CCDOC Executive Director.

F.   Copies of the grievance documents shall be released to those outside CCDOC only with proper authorization from the Executive Director of the CCDOC or designee, Inmate Services Director or CCSO Legal Department.

BY ORDER OF:

CARA SMITH
EXECUTIVE DIRECTOR
COOK COUNTY DEPARTMENT OF
CORRECTIONS

CCSAO OROZCO (18-C-1938) 002257

**COOK COUNTY DEPARTMENT OF CORRECTIONS**
**CRW INMATE GRIEVANCE / NON-GRIEVANCE REQUEST**
**TRACKING LOG**

CRW: _____

| REQUEST/GRIEVANCE | CONTROL NUMBER (if applicable) | INMATE NAME (Last, First, M.I.) | SUBJECT MATTER | REFERRED TO | DATE REFERRED | DATE RETURNED TO INMATE | GRIEVANCE APPEALED (if applicable) | DATE RETURNED TO INMATE (if applicable) |
|---|---|---|---|---|---|---|---|---|
| ☐ REQUEST ☐ GRIEVANCE | | | | | | | ☐ YES ☐ NO | |
| ☐ REQUEST ☐ GRIEVANCE | | | | | | | ☐ YES ☐ NO | |
| ☐ REQUEST ☐ GRIEVANCE | | | | | | | ☐ YES ☐ NO | |
| ☐ REQUEST ☐ GRIEVANCE | | | | | | | ☐ YES ☐ NO | |
| ☐ REQUEST ☐ GRIEVANCE | | | | | | | ☐ YES ☐ NO | |
| ☐ REQUEST ☐ GRIEVANCE | | | | | | | ☐ YES ☐ NO | |
| ☐ REQUEST ☐ GRIEVANCE | | | | | | | ☐ YES ☐ NO | |
| ☐ REQUEST ☐ GRIEVANCE | | | | | | | ☐ YES ☐ NO | |
| ☐ REQUEST ☐ GRIEVANCE | | | | | | | ☐ YES ☐ NO | |
| ☐ REQUEST ☐ GRIEVANCE | | | | | | | ☐ YES ☐ NO | |
| ☐ REQUEST ☐ GRIEVANCE | | | | | | | ☐ YES ☐ NO | |
| ☐ REQUEST ☐ GRIEVANCE | | | | | | | ☐ YES ☐ NO | |
| ☐ REQUEST ☐ GRIEVANCE | | | | | | | ☐ YES ☐ NO | |
| ☐ REQUEST ☐ GRIEVANCE | | | | | | | ☐ YES ☐ NO | |
| ☐ REQUEST ☐ GRIEVANCE | | | | | | | ☐ YES ☐ NO | |
| ☐ REQUEST ☐ GRIEVANCE | | | | | | | ☐ YES ☐ NO | |
| ☐ REQUEST ☐ GRIEVANCE | | | | | | | ☐ YES ☐ NO | |

(FCN-38)(SEP 14)

CCSAO OROZCO (18-C-1938) 002258

THIS PAGE WAS INTENTIONALLY LEFT BLANK.

CCSAO OROZCO (18-C-1938) 002259



**COOK COUNTY DEPARTMENT OF CORRECTIONS**

**INMATE GRIEVANCE EARLY WARNING ACTION FORM**

| GRIEVANCE INFORMATION | | |
|---|---|---|
| **Date Alerted to Grievance Pattern** | **Grievances Dated** | |
| **Officer(s) or Staff Accused (if applicable)** | | **Topic or Facility Related Issue (if applicable)** |
| **Division** | | **Living Unit** |

**GRIEVANCES SUMMARY & INQUIRY FINDINGS**

**ACTION TAKEN**

| GRIEVANCE SUMMARY | | |
|---|---|---|
| **Superintendent/Designee (Print)** | **Signature** | **Date/Time** |
| **AED (Print)** | **Signature** | **Date/Time** |
| **Director or Deputy Director Inmate Svcs. (Print)** | **Signature** | **Date/Time** |

(FCN-39)(SEP 14)

THIS PAGE WAS INTENTIONALLY LEFT BLANK.

CCSAO OROZCO (18-C-1938) 002261



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
|  |  |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !**   *(! Para ser llenado solo por el personal de Inmate Services !)*

### GRIEVANCE FORM PROCESSED AS:
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

### REFERRED TO:
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE **LAST** NAME *(Apellido del Preso):* | PRINT - **FIRST** NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
|  |  |  |

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

THIS PAGE WAS INTENTIONALLY LEFT BLANK.

CCSAO OROZCO (18-C-1938) 002263

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de Identificación del detenido)*: |
|---|---|---|
| | | |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

GRIEVANCE/REQUEST ISSUE AS DETERMINED BY CRW/PLATOON COUNSELOR:

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel):

DATE REFERRED:

RESPONSE BY PERSONNEL HANDLING REFERRAL:

| PERSONNEL RESPONDING TO GRIEVANCE/REQUEST (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|

| NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box)*: | INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida:)* |
|---|---|---|

## INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

## INMATE SERVICES DIRECTOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?  **Yes** *(Si)* ☐  **No** ☐
*(¿ Apelación del detenido aceptada por el administrador con programa de servicios al detenido o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*

| INMATE SERVICES DIRCTOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: |
|---|---|---|

| INMATE SIGNATURE *(Firma del Preso)*: | DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibió respuesta a su apelación):* |
|---|---|

(FCN-41)(SEP 14)  (**WHITE COPY** – PROGRAM SERVICES)  (**YELLOW COPY** – C.R.W./PLATOON COUNSELOR)  (**PINK COPY** – INMATE)

CCSAO OROZCO (18-C-1938) 002264

THIS PAGE WAS INTENTIONALLY LEFT BLANK.