| Inmate Name: | Orozco, Pedro | Inmate #: | 0193177 | Booking #: | 20150916195 |

Wednesday, August 08, 2018
10:49:31 AM

## COOK COUNTY SHERIFF'S OFFICE
## BOOKING CARD



Pr soner Type: Pre-Tr a

| | | | | | |
|---|---|---|---|---|---|
| Bkg Date/T me: | 9/16/2015 2:51 PM | Ha r Co or: | B ack | C t zen Of: | USA |
| Age: | 37 | Eye Co or: | Brown | B rth P ace: | USA |
| DOB: | | He ght: | 5 ft 9 n | Re g on: | Mus m |
| SSN #: | | We ght: | 160 | | |
| FBI #: | 505177DB8 | Bu d: | Med um | | |
| SID #: | IL37859950 | Comp ex: | L ght Brown | Ce Locat on: | |
| IR #: | 1053080 | | | | |

Arrest Address:
Home Address:                    C ty: CHICAGO        State: IL      Z p: 60624     Phone #:
Emergency Name: Kahe ra Orozco        Re at onsh p:

| CCOMS Case | Type | Docket # | Current Bond | Last Court Date | Court ID |
|---|---|---|---|---|---|

**Orozco, Pedro**

| A as Fu Name | Date of B rth | SSN | Assoc ated Book ng | Date | A as Type |
|---|---|---|---|---|---|
| Orozco, Pedro | | | 20150916195 | 9/16/2015 | |
| Orozco, Pedro | | | 20090053129 | 10/8/2014 | |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.
For an off c a copy of a report from CCOMS, contact the Bus ness Inte gence Un t at CCSO.DataRequest@cookcounty .gov

CCSAO OROZCO (18-C-1938) 000001