**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Pedro Orozco, | ) | |
| | ) | No. 18-cv-1938 |
| Plaintiff, | ) | |
| | ) | Judge Charles R. Norgle, Jr. |
| v. | ) | |
| | ) | |
| Sgt. Hession and Sgt. Williamson, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on February 5, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

    The undersigned attorney further certifies that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

Pedro Orozco
K-58570
Menard - MND
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

    */s/ Ryan Suniga*
    Ryan Suniga