# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Pedro Orozco

                    Plaintiff,

v.                                                Case No.: 1:18−cv−01938
                                                      Honorable Charles R. Norgle Sr.

Thomas Dart, et al.

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 19, 2021:

      MINUTE entry before the Honorable Charles R. Norgle: Motions for Extension of Time to file response to Defendants Motion for Summary Judgment [85] and [86] are granted. Plaintiff's response is due by 4/30/2021. Defendants' reply is due by 5/21/2021. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.